002280/0074 PAGE 2

APPLICATION NUMBER: 75239399    FILING DATE: 02/10/1997
REGISTRATION NUMBER:    ISSUE DATE:

MARK: LEAPFROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75239425    FILING DATE: 02/10/1997
REGISTRATION NUMBER:    ISSUE DATE:

MARK: LEAPFROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75239516    FILING DATE: 02/10/1997
REGISTRATION NUMBER:    ISSUE DATE:

MARK: LEAPFROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75239538    FILING DATE: 02/10/1997
REGISTRATION NUMBER:    ISSUE DATE:

MARK: LEAPFROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75240078    FILING DATE: 02/10/1997
REGISTRATION NUMBER: 2448032    ISSUE DATE: 05/01/2001

MARK: LEAPFROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75238938    FILING DATE: 02/10/1997
REGISTRATION NUMBER:    ISSUE DATE:

MARK: LEAPFROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75410344    FILING DATE: 12/23/1997
REGISTRATION NUMBER:    ISSUE DATE:

MARK: LEAPFROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75239546    FILING DATE: 02/10/1997
REGISTRATION NUMBER:    ISSUE DATE:

MARK: LEAPFROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75645900    FILING DATE: 02/19/1999
REGISTRATION NUMBER:    ISSUE DATE:

MARK: LEAPFROG LEAPPAD
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

COPY

002280/0074 PAGE 3

APPLICATION NUMBER: 76197255          FILING DATE: 01/19/2001
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: LEAPFROG LEARNING POND
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 76197256          FILING DATE: 01/19/2001
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: LEAPFROG LEARNING POND
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 76175391          FILING DATE: 11/30/2000
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: LEAPFROG SCHOOLHOUSE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 76175320          FILING DATE: 11/30/2000
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: LEAPFROG SCHOOLHOUSE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75764192          FILING DATE: 07/30/1999
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: LEAPFROG SCHOOLHOUSE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 76129744          FILING DATE: 09/15/2000
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: LEAPLINK
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75645939          FILING DATE: 02/19/1999
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: LEAPPAD
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 76177320          FILING DATE: 12/07/2000
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: LEAP'S PHONICS POND
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75916117          FILING DATE: 02/11/2000
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: LEAPZONE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

COPY

002280/0074 PAGE 4

APPLICATION NUMBER: 75916589          FILING DATE: 02/11/2000
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: LEAPZONE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75938867          FILING DATE: 03/08/2000
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: MINDLINK
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75445409          FILING DATE: 02/27/1998
REGISTRATION NUMBER: 2455717          ISSUE DATE: 05/29/2001

MARK: THINK & GO
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75916584          FILING DATE: 02/11/2000
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: TURBO TWIST
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75437996          FILING DATE: 02/20/1998
REGISTRATION NUMBER: 2453490          ISSUE DATE: 05/22/2001

MARK: TWIST & SHOUT
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 76083941          FILING DATE: 07/05/2000
REGISTRATION NUMBER:                  ISSUE DATE:

MARK: WEBFROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75430319          FILING DATE: 02/06/1998
REGISTRATION NUMBER: 2406699          ISSUE DATE: 11/21/2000

MARK: FLASH MAGIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75444999          FILING DATE: 03/05/1998
REGISTRATION NUMBER: 2300772          ISSUE DATE: 12/14/1999

MARK: HUG & LEARN
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75238939          FILING DATE: 02/10/1997
REGISTRATION NUMBER: 2211682          ISSUE DATE: 12/15/1998

MARK: LEAPFROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

COPY

002280/0074 PAGE 5

APPLICATION NUMBER: 74635980       FILING DATE: 02/17/1995
REGISTRATION NUMBER: 2120195     ISSUE DATE: 12/09/1997

MARK: LEAPFROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75351148       FILING DATE: 09/03/1997
REGISTRATION NUMBER: 2264123     ISSUE DATE: 07/27/1999

MARK: LEAPFROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75350979       FILING DATE: 09/03/1997
REGISTRATION NUMBER: 2284485     ISSUE DATE: 10/12/1999

MARK: LEAP FROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74635811       FILING DATE: 02/17/1995
REGISTRATION NUMBER: 2169827     ISSUE DATE: 06/30/1998

MARK: LEAP FROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73435765       FILING DATE: 07/22/1983
REGISTRATION NUMBER: 1294594     ISSUE DATE: 09/11/1984

MARK: LEAP FROG
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73457270       FILING DATE: 12/14/1983
REGISTRATION NUMBER: 1306993     ISSUE DATE: 11/27/1984

MARK: LEAPFROG SERIES LIMITED VOCABULARY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75444977       FILING DATE: 03/05/1998
REGISTRATION NUMBER: 2388261     ISSUE DATE: 09/19/2000

MARK: LITTLE COMPOSER
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75463815       FILING DATE: 04/07/1998
REGISTRATION NUMBER: 2294754     ISSUE DATE: 11/23/1999

MARK: LITTLE LEAP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75173519       FILING DATE: 09/30/1996
REGISTRATION NUMBER: 2206377     ISSUE DATE: 12/01/1998

MARK: PHONICS BUS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

COPY

002280/0074 PAGE 6

APPLICATION NUMBER: 75173520       FILING DATE: 09/30/1996
REGISTRATION NUMBER: 2206378    ISSUE DATE: 12/01/1998

MARK: PHONICS DESK
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75173521       FILING DATE: 09/30/1996
REGISTRATION NUMBER: 2119426    ISSUE DATE: 12/09/1997

MARK: PHONICS TRAVELER
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

ALLYSON PURNELL, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

COPY

**...CORDATION FORM COVER SHEET**
**TRADEMARKS ONLY**

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

101688127

...atents and Trademarks.  Please record the attached original documents or copy thereof.

MRD
4.11.01

| | |
|---|---|
| **1. Name of conveying party(ies):**<br><br>Knowledge Kids Enterprises, Inc.<br><br>☐ Individual(s)        ☐ Association<br>☐ General Partnership  ☐ Limited Partnership<br>☒ Corporation-State  Delaware<br>☐ Other _____<br><br>Additional name(s) of conveying party(ies) attached?  No | **2. Name and address of receiving party(ies):**<br><br>Name:  LeapFrog Enterprises, Inc.<br><br>Street Address:  6401 Hollis Street, Suite 150<br><br>City:  Emeryville  State:  California  ZIP:  94608<br><br>☐ Individual(s) citizenship<br>☐ Association<br>☐ General Partnership<br>☐ Limited Partnership<br>☒ Corporation-State  Delaware<br>☐ Other _____ |

| | |
|---|---|
| **3. Nature of conveyance:**<br><br>☐ Assignment   ☐ Merger<br>☐ Security Agreement   ☒ Change of Name<br>☐ Other _____<br><br>Execution Date:  February 1, 2001 | APR 11 2001<br><br>If assignee is not domiciled in the United States, a domestic representative designation is attached:<br>        ☐ Yes     ☐ No<br>(Designation must be a separate document from Assignment.)<br>Additional name(s) & address(es) attached?   ☐ Yes   ☐ No |

| | |
|---|---|
| **4. Application number(s) or registration number(s):**<br>**A. Trademark Application No.(s)**<br><br>26 applications – please see attached | **B. Trademark Registration No.(s)**<br><br>14 registrations – please see attached |

**Additional numbers attached?  Yes**

| | |
|---|---|
| **5. Name and address of party to whom correspondence concerning document should be mailed:**<br><br>Name:  Kathryn M. Wheble, Esq.<br><br>Internal Address:  Cooley Godward LLP<br><br>Street Address:  One Maritime Plaza, 20th Floor<br><br>City:  San Francisco  State:  California  ZIP  94111-3580 | **6.  Total number of applications and registrations involved:**  40<br><br>**7. Total fee (37 CFR 3.41):** $1,015.00<br><br>☒  Enclosed<br>☐  Authorized to be charged to deposit account<br><br>**8. Deposit account number:**<br>please charge discrepancy or credit overpayment to 03-3118<br>(Attach duplicate copy of this page if paying by deposit account) |

**DO NOT USE THIS SPACE**

**9. Statement and signature.**
*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

_____Kable_____        4-9-01
Kathryn M. Wheble              Date

**Total number of pages including cover letter, cover sheet, attachments, and document:  Eight (includes check)**

Mail documents to be recorded with required cover sheet information to:
**Commissioner of Patents and Trademarks, Box Assignments, Washington, D.C. 20231**

04/25/2001 DBYRNE   00000069 75E93801
01 FC:481                40.00 OP
02 FC:482               975.00 OP

**633880 v1/SF**
**DL3S011.DOC**



*CONFIDENTIAL:*
*ATTORNEY-CLIENT PRIVILEGED*
*ATTORNEY WORK PRODUCT*

# LEAPFROG ENTERPRISES, INC.

PENDING APPLICATIONS

| MARK | APPLICATION NO. |
|------|-----------------|
| ALPHABET PAL | 75/693,801 |
| LEAPFROG | 75/239,375 |
| LEAPFROG | 75/239,399 |
| LEAPFROG | 75/239,425 |
| LEAPFROG | 75/239,516 |
| LEAPFROG | 75/239,538 |
| LEAPFROG | 75/240,078 |
| LEAPFROG | 75/238,938 |
| LEAPFROG | 75/410,344 |
| LEAPFROG | 75/239,546 |
| LEAPFROG LEAPPAD | 75/645,900 |
| LEAPFROG LEARNING POND | 76/197,255 |
| LEAPFROG LEARNING POND | 76/197,256 |
| LEAPFROG SCHOOLHOUSE | 76/175,391 |
| LEAPFROG SCHOOLHOUSE | 76/175,320 |
| LEAPFROG SCHOOLHOUSE | 75/764,192 |
| LEAPLINK | 76/129,744 |
| LEAPPAD | 75/645,939 |
| LEAP'S PHONICS POND | 76/177,320 |
| LEAPZONE | 75/916,117 |
| LEAPZONE | 75/916,589 |
| MINDLINK | 75/938,867 |
| THINK & GO | 75/445,409 |
| TURBO TWIST | 75/916,584 |
| TWIST & SHOUT | 75/437,996 |
| WEBFROG | 76/083,941 |



CONFIDENTIAL:
ATTORNEY-CLIENT PRIVILEGED
ATTORNEY WORK PRODUCT

# LEAPFROG ENTERPRISES, INC.

## REGISTERED MARKS

| MARK | REGISTRATION NO |
|------|-----------------|
| FLASH MAGIC | 2,406,699 |
| HUG & LEARN | 2,300,772 |
| LEAPFROG | 2,211,682 |
| LEAPFROG | 2,120,195 |
| LEAPFROG | 2,264,123 |
| LEAP FROG and Design | 2,284,485 |
| LEAP FROG and Design | 2,169,827 |
| LEAP FROG and Design | 1,294,594 |
| LEAPFROG SERIES LIMITED VOCABULARY and Design | 1,306,993 |
| LITTLE COMPOSER | 2,388,261 |
| LITTLE LEAP | 2,294,754 |
| PHONICS BUS | 2,206,377 |
| PHONICS DESK | 2,206,378 |
| PHONICS TRAVELER | 2,119,426 |



*State of Delaware*

*Office of the Secretary of State*          PAGE   1

---

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "KNOWLEDGE KIDS ENTERPRISES, INC.", CHANGING ITS NAME FROM "KNOWLEDGE KIDS ENTERPRISES, INC." TO "LEAPFROG ENTERPRISES, INC.", FILED IN THIS OFFICE ON THE FIRST DAY OF FEBRUARY, A.D. 2001, AT 11 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



2780677  8100

010053093


Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 0949871

DATE: 02-01-01

COPY

CERTIFICATE OF AMENDMENT
OF
AMENDED AND RESTATED CERTIFICATE OF INCORPORATION
OF

KNOWLEDGE KIDS ENTERPRISES, INC.

Knowledge Kids Enterprises, Inc., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware,

DOES HEREBY CERTIFY:

FIRST:  That the Board of Directors of said corporation by the unanimous written consent of its members, filed with the minutes of the board, adopted a resolution proposing and declaring advisable the following amendment to the Amended and Restated Certificate of Incorporation of said corporation:

NOW, THEREFORE, BE IT RESOLVED, that the Amended and Restated Certificate of Incorporation be amended by changing Article I thereof so that, as amended, said Article I shall read in its entirety as follows:

"The name of the corporation (the "Corporation") is:

LEAPFROG ENTERPRISES, INC. "

SECOND:  That in lieu of a meeting and vote of stockholders entitled to vote, the holder of a majority of the shares entitled to vote has given written consent to said amendment in accordance with the provisions of Section 228 of the General Corporation Law of the State of Delaware.

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 02/01/2002
020063283 - 2760677



THIRD: That the aforesaid amendment was duly adopted in accordance with the applicable provisions of Section 242 and 228 of the General Corporation Law of the State of Delaware.

IN WITNESS WHEREOF, said Knowledge Kids Enterprises, Inc. has caused this certificate to be signed by Stanley E. Maron, its Secretary, this 1st day of February, 2001.

KNOWLEDGE KIDS ENTERPRISES, INC.

By: _____
STANLEY E. MARON, Secretary

2

COPY

U.S. Patent and Trademark Office (PTO)

# NOTICE OF ALLOWANCE

(NOTE: If any data on this notice is incorrect, please submit a written request for correction of the NOA to: Assistant Commissioner for Trademarks, Box ITU, 2900 Crystal Drive, Arlington, VA 22202-3513. Please include the serial number of your application on ALL correspondence with the PTO. 15 U.S.C. 1063(b)(2))

**ISSUE DATE OF NOA:** Apr 10, 2001

```
KARHRY M. WHEBLE
COOLEY GODWARD LLP
ONE MARITIME PLAZA
20TH FLOOR
SAN FRANCISCO CA 94111-3580
```

## ** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

To avoid ABANDONMENT of this application, either a "Statement of Use" (a.k.a. "Allegation of Use") or a "Request for Extension of Time to File a Statement of Use" (a.k.a. "Extension Request") and the appropriate fee(s) must be received in the PTO within six months of the issue date of this Notice Of Allowance (NOA) for those goods and/or services based on intent to use. Failure to do so will result in the ABANDONMENT of this application.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements, including fees. These requirements are explained in the PTO booklet "Basic Facts About Trademarks", which can be obtained upon request at (703)308-9000. In addition, there are printed forms contained in this booklet (for "Statements of Use" and "Extension Requests") for your use.

### The following information should be reviewed for accuracy:

```
SERIAL NUMBER: 75/916584
MARK:          TURBO TWIST
OWNER:         Knowledge Kids Enterprises, Inc.
               1400 65th Street
               Suite 200
               Emeryville, CALIFORNIA  946081071
```

This application has the following bases, but not necessarily for all listed goods/services:
      Section 1(a): NO       Section 1(b): YES      Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

028—Electronic handheld teaching game machines that teach children spelling, mathematics, science, music, history, geography and literature
      ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

UNITED STATES PARTMENT OF COMMERCE
Patent and Trademark Office

ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3513

Dec 15, 2000

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   75/916,584

2. Mark:
   TURBO TWIST

3. International Class(es):
   28

4. Publication Date:
   Jan 16, 2001

5. Applicant:
   Knowledge Kids Enterprises, Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA  15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

PCFD10 (REV 07/2000)

KARHRY M. WHEBLE                    TMP&I
COOLEY GODWARD LLP
ONE MARITIME PLAZA
20TH FLOOR
SAN FRANCISCO CA 94111-3580

☐ AMENDMENT STAGE    ☐ NO CHANGE    ☐ PUBLICATION/REGISTRATION STAGE

Name: **CHRISTINE TAYLOR**    L.O. _112_ Date _12/1/2000_ Serial No. 75 _9116584_

## Legal Instrument Examiner (LIE)

| Class Data | Amended | Data Element | | | |
|---|---|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | | ☐ Goods and Services | |
| | | ☐ First Use Date | | ☐ First Use in Commerce Date | |
| | | ☐ In Another Form | | ☐ Certification | |
| | | ☐ 1b | | | |
| **Mark Data** | | ☐ Word Mark | | ☐ Pseudo Mark | |
| | | ☐ Mark Drawing Code | | ☐ Design Search Code | |
| | | ☐ Sizing/Lining Code | | | |
| **Misc. Mark Data** | | ☐ Mark Description | | ☐ Disclaimer | |
| | | ☐ Lining/Stippling | | ☐ Name/Portrait/Consent | |
| | | ☐ Translation | | | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | | | |
| | | ☐ Section 2(f) Limitation Statement | | ☐ Section 2(f) in Part | |
| | | ☐ Amended Register | | ☐ Amended Register Date | |
| **Foreign Reg. Data** | | ☐ Foreign Country | | ☐ 44(d) | |
| | | ☐ Foreign Application Number | | ☐ Foreign Application Filing Date | |
| | | ☐ Foreign Registration Number | | ☐ Foreign Registration Date | |
| | | ☐ Foreign Registration Expiration Date | | ☐ Foreign Renewal Reg. Number | |
| | | ☐ Foreign Reg. Renewal Expiration Date | | ☐ Foreign Renewal Reg. Date | |
| **Owner Data** | | ☐ Owner Name | | ☐ DBA/AKA/TA | |
| | | ☐ Address 1 | | ☐ Address 2 | |
| | | ☐ City | | ☐ State | |
| | | ☐ Zip Code | | | |
| | | ☐ Citizenship | | ☐ Entity | |
| | | ☐ Entity Statement | | ☐ Composed of | |
| | | ☐ Assignment(s)/Name Change | | | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | | | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | | | |
| **Correspondence** | | ☐ Attorney | | ☐ Domestic Representative | |
| | | ☐ Attorney Docket Number | | | |
| | | ☐ Correspondence Firm Name/Address | | | |

I certify that all corrections has been entered in accordance with text editing guidelines.

**CTAYLOR**
LIE

_12/1/2000_
DATE

Other: _____

_____

5/99

Case 2:12-cv-05796-ADS Document 1-3 Filed 11/26/12 Page 16 of 110 PageID #: 226

# TRADEMARK EXAMINATION WORK SHEET

☑ AMENDMENT STAGE    ☐ NO CHANGE    ☐ PUBLICATION/REGISTRATION STAGE

Name: __Lorri White__    L.O. __112__    Date __11/17/00__    Serial No. __75/916584__

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

## Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | ✓ | ☐ Prime/International Class | ☑ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Sizing/Lining Code | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_Lorri Smith_      __11/17/00__
LIE              DATE

Other: _____
_____
_____

5/99

## UNITED STATES PATENT AND TRADEMARK OFFICE

| SERIAL NO. | APPLICANT | PAPER NO. |
|---|---|---|
| 75/916584 Knowledge Kids Enterprises, Inc. | | |

| | | |
|---|---|---|
| **MARK** | | **ADDRESS:** |
| TURBO TWIST | | Commissioner for Trademarks |
| **ADDRESS** | | 2900 Crystal Drive |
| KARHRY M. WHEBLE | **ACTION NO.** | Arlington, VA 22202-3513 |
| COOLEY GUDWARD LLP, | 02 | www.uspto.gov |
| ONE MARITIME PLAZA | | If no fees are enclosed, the address should |
| 20TH FLOOR | **MAILING DATE** | include the words "Box Responses - No Fee " |
| SAN FRANCISCO ,CA 94111-3580 | 11/15/00 | Please provide in all correspondence: |
| | **REF. NO.** | 1. Filing Date, serial number, mark and Applicant's name. |
| | | 2. Mailing date of this action. |
| FORM PTO-1525 (5-90)   U.S. DEPT. OF COMM. PAT. & TM OFFICE | | 3. Examining Attorney's name and Law Office number. |
| | | 4. Your telephone number and ZIP code. |

### EXAMINER'S AMENDMENT

| EXAMINING ATTORNEY | PERSON CALLED/INTERVIEWED | TELEPHONE NUMBER |
|---|---|---|
| Scott Baldwin | Kathryn M. Wheble, Esq. | 415-693-2032 |
| X  TELEPHONE CALL | INTERVIEW DATE | X  ATTORNEY |
| PERSONAL INTERVIEW | November 14, 2000 | APPLICANT |

| CALL RECORD/NOTES |
|---|
| OFFICE SEARCH: The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). TMEP section 1105.01.<br>RE: Serial Number 75/916584 |

In accordance with the authorization granted by the above Applicant or attorney, the application has been AMENDED as indicated below. No response is necessary unless there is an objection to the amendment.

### IDENTIFICATION OF GOODS

The identification of goods is amended in its entirety to read as follows:

Electronic handheld teaching game machines that teach children spelling, mathematics, science, music, history, geography and literature, in International Class 28.

*Scott Baldwin*

Scott Baldwin
Trademark Attorney
Law Office 112
(703) 308-9112, ext. 124

## Baldwin, Scott

**From:**      kwheble@cooley.com
**Sent:**      Tuesday, November 14, 2000 1:22 PM
**To:**        sbaldwin@uspto.gov
**Subject:**   Knowledge Kids:Turbo Twist cl 28


Scott, we agree with the identification you suggested:

Electronic handheld teaching game machines that teach
> > children spelling, mathematics, science, music, history,      geography
> > and literature, in International Class 28.
> >
and shall await the examiner's amendment.


Kathryn M. Wheble
Cooley Godward LLP
One Maritime Plaza
San Francisco, CA 94111
415/693-2032
kwheble@cooley.com


=======================================================
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message

1

# UNITED STATES PATENT AND TRADEMARK OFFICE

| | PAPER NO. |
|---|---|

| SERIAL NO. | APPLICANT | |
|---|---|---|
| 75/916584 | Knowledge Kids Enterprises, Inc. | |

| MARK | | ADDRESS: |
|---|---|---|
| TURBO TWIST | | Commissioner for Trademarks<br>2900 Crystal Drive<br>Arlington, VA 22202-3513<br>www.uspto.gov |

| ADDRESS | | ACTION NO. |
|---|---|---|
| KARHRY M. WHEBLE<br>COOLEY GODWARD LLP.<br>ONE MARITIME PLAZA<br>20TH FLOOR<br>SAN FRANCISCO ,CA 94111-3580 | | 01 |

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

**MAILING DATE**
07/31/00

**REF. NO.**

Please provide in all correspondence:

1. Filing Date, serial number, mark and Applicant's name.
2. Mailing date of this Office action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and ZIP code.

**FORM PTO-1525 (5-90)**   U.S. DEPT. OF COMM. PAT. & TM OFFICE

A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID *ABANDONMENT*. *For your convenience and to ensure proper handling of your response, a label has been enclosed. Please attach it to the upper right corner of your response. If the label is not enclosed, print or type the Trademark Law Office No., Serial No., and Mark in the upper right corner of your response.*

RE: Serial Number: 75/916584

The assigned examining attorney has reviewed the referenced application and determined the following.

## SEARCH
The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). TMEP section 1105.01.

## IDENTIFICATION & CLASSIFICATION OF GOODS
The wording "**units**" in the identification of goods is unacceptable as indefinite because the exact nature and classification of the goods is unclear. The applicant must amend the identification to specify the common commercial name of the goods. If there is no common commercial name for the product, the applicant must describe the product and its intended uses. TMEP section 804.

75/916584                                   -2-

The applicant may adopt the following identification of goods, if accurate:

> Electronic handheld **computers** that teach children spelling, math, science, music, history, geography, and literature, in International <u>Class 9</u>.

> **or**

> Hand held unit for <u>playing electronic games</u> that teach children spelling, math, science, music, history, geography, and literature, in International <u>Class 28</u>.

If the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

Scott Baldwin
Trademark Attorney
Law Office 112
(703) 308-9112, ext. 124

Certificate of Mailing: # EL 491 205 736 US

I hereby certify that this correspondence is being deposited with the United States Postal Service as Express Mail, postage prepaid in an envelope addressed to: Box NEW APP FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____ (Name)

2/11/00 _____ (Date)

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:     TURBO TWIST

Int'l. Class:   28

TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

Applicant: Knowledge Kids Enterprises, Inc., a Delaware corporation, having its principal place of business at 1400 65th Street, Suite 200, Emeryville, California 94608-1071.

Applicant requests registration of the above-identified trademark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 et seq., as amended) for the following goods: Electronic handheld units that teach children spelling, math, science, music, history, geography, and literature in International Class 28.

Applicant has a *bona fide* intention to use the mark in commerce on, or in connection with, the above-identified goods (15 U.S.C. § 1051(b), as amended).

484191 v1/SF
@DLR011.DOC

## DECLARATION

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the Application or any resulting registration, declares that he/she is properly authorized to execute this Application on behalf of the Applicant; he/she believes the Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when used on or in connection with the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

## POWER OF ATTORNEY

Applicant hereby appoints Kathryn M. Wheble, John W. Crittenden, Janet L. Cullum, Anne H. Peck, Susan D. Berney-Key, Todd S. Bontemps, Deborah A. Davis, Nate A. Garhart, Francine M. Hanson, Larissa A. J. Kehoe, Tsan Merritt-Porée, Eugene M. Pak, Cheryl L. Sakowski, Jamie R. Shelden, Debbie R. Stern, Gretchen R. Stroud, and Peter J. Willsey, Cooley Godward LLP, One Maritime Plaza, 20th Floor, San Francisco, California 94111-3580, Attorneys at Law, to prosecute this Application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

2

484191 v1/SF
@DLR01!.DOC

Applicant requests that all correspondence be directed to:

Kathryn M. Wheble, Esq.
COOLEY GODWARD LLP
One Maritime Plaza
20th Floor
San Francisco, CA  94111-3580
Telephone:  (415) 693-2000

Knowledge Kids Enterprises, Inc.
a Delaware Corporation

Date: 2|10|00

By: _____

Robert Lally

Name

VP

Title

484191 v1/SF
@DLRQ1! DOC

Applicant:          Knowledge Kids Enterprises, Inc.

Address:            1400 65th Street, Suite 200
                    Emeryville, California 94608-1071

Goods:              Electronic handheld units that teach children spelling, math,
                    science, music, history, geography, and literature in International
                    Class 28

02-11-2000
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #31

TURBO TWIST

484191 v1/SF
@DLR01!.DOC

Certificate of Mailing: # EL 491 205 736 US

I hereby certify that this correspondence is being deposited with the United States Postal Service as Express Mail, postage prepaid in an envelope addressed to: Box NEW APP FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____ (Name)

_____2/11/00_____ (Date)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:        TURBO TWIST

Int'l. Class:    28

TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

Applicant: Knowledge Kids Enterprises, Inc., a Delaware corporation, having its principal place of business at 1400 65th Street, Suite 200, Emeryville, California 94608-1071.

Applicant requests registration of the above-identified trademark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 et seq., as amended) for the following goods: Electronic handheld units that teach children spelling, math, science, music, history, geography, and literature in International Class 28.

Applicant has a *bona fide* intention to use the mark in commerce on, or in connection with, the above-identified goods (15 U.S.C. § 1051(b), as amended).

484191 v1/SF
@DLR01!.DOC

## DECLARATION

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the Application or any resulting registration, declares that he/she is properly authorized to execute this Application on behalf of the Applicant; he/she believes the Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when used on or in connection with the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

## POWER OF ATTORNEY

Applicant hereby appoints Kathryn M. Wheble, John W. Crittenden, Janet L. Cullum, Anne H. Peck, Susan D. Berney-Key, Todd S. Bontemps, Deborah A. Davis, Nate A. Garhart, Francine M. Hanson, Larissa A. J. Kehoe, Tsan Merritt-Porée, Eugene M. Pak, Cheryl L. Sakowski, Jamie R. Shelden, Debbie R. Stern, Gretchen R. Stroud, and Peter J. Willsey, Cooley Godward LLP, One Maritime Plaza, 20th Floor, San Francisco, California 94111-3580, Attorneys at Law, to prosecute this Application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

2

484191 v1/SF
@DLR01!.DOC

Applicant requests that all correspondence be directed to:

> Kathryn M. Wheble, Esq.
> COOLEY GODWARD LLP
> One Maritime Plaza
> 20th Floor
> San Francisco, CA  94111-3580
> Telephone:  (415) 693-2000

Knowledge Kids Enterprises, Inc.
a Delaware Corporation

Date: 2/10/00

By: _Ratt Lally_____

_Robert Lally_____

Name

_VP_____

Title

# Cooley Godward LLP

ATTORNEYS AT LAW

One Maritime Plaza
20th Floor
San Francisco, CA
94111-3580
Main    415 693-2000
Fax     415 951-3699

www.cooley.com

KATHRYN M. WHEBLE
415 693-2032
kwheble@cooley.com

Boulder, CO
303 546-4000

Denver, CO
303 606-4800

Kirkland, WA
425 893-7700

Menlo Park, CA
650 843-5100

Palo Alto, CA
650 843-5000

Reston, VA
703 262-8000

San Diego, CA
858 550-6000

February 11, 2000

VIA EXPRESS MAIL

Assistant Commissioner for Trademarks
BOX NEW APP - FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:    **New Intent-to-Use Trademark Application**
       **Our File: Knowledge Kids Enterprises, Inc./TURBO TWIST/U.S., Class 28**

Dear Assistant Commissioner:

Enclosed for filing is a new Intent-to-Use Trademark Application identified as follows:

|   |   |
|---|---|
| Applicant: | Knowledge Kids Enterprises, Inc. |
| Int. Class: | 28 |
| Mark: | TURBO TWIST |

Also enclosed is a check in the amount of $325.00 which represents payment of the filing fee associated with filing this application. Please charge any deficiency or credit any overpayment of this fee to Deposit Account No. 03-3118. A duplicate copy of this letter as authorization is attached hereto for your convenience.

Please return the enclosed postcard noting the filing date and serial number for this application. Thank you.

Very truly yours,

COOLEY GODWARD LLP

Kathryn M. Wheble

KMW:mxb

Enclosures

cc:    Nancy Bender
       Deborah A. Davis, Esq.

# Cooley Godward LLP

ATTORNEYS AT LAW

One Maritime Plaza
20th Floor
San Francisco, CA
94111-3580
Main    415 693-2000
Fax      415 951-3699

www.cooley.com

Boulder, CO
303 546-4000

Denver, CO
303 606-4800

Kirkland, WA
425 893-7700

Menlo Park, CA
650 843-5100

Palo Alto, CA
650 843-5000

Reston, VA
703 262-8000

San Diego, CA
858 550-6000

February 11, 2000

VIA EXPRESS MAIL

Assistant Commissioner for Trademarks
BOX NEW APP - FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

KATHRYN M. WHEBLE
415 693-2032
kwheble@cooley.com

Re:    **New Intent-to-Use Trademark Application**
          **Our File: Knowledge Kids Enterprises, Inc./TURBO TWIST/U.S., Class 28**

Dear Assistant Commissioner:

Enclosed for filing is a new Intent-to-Use Trademark Application identified as follows:

|  |  |
|---|---|
| Applicant: | Knowledge Kids Enterprises, Inc. |
| Int. Class: | 28 |
| Mark: | TURBO TWIST |

Also enclosed is a check in the amount of $325.00 which represents payment of the filing fee associated with filing this application. Please charge any deficiency or credit any overpayment of this fee to Deposit Account No. 03-3118. A duplicate copy of this letter as authorization is attached hereto for your convenience.

Please return the enclosed postcard noting the filing date and serial number for this application. Thank you.

Very truly yours,

COOLEY GODWARD LLP

Kathryn M. Wheble

KMW:mxb

Enclosures

cc:    Nancy Bender
         Deborah A. Davis, Esq.

# 75916584

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

02/17/2000 CNAY11   00000103 75916584

01 FC:351                    325.00 OP

PTO-1555
(5/87)

REGISTRATION REVIEW REPORT

SN: 75/916584           DATE OF REPORT: Nov 18, 2000          PAGE:  1

APPROVED BY: BALDWIN, SCOTT          FILING DATE: FEB.11,2000
LAW OFFICE 112
FILED Sec 1(b): YES          CURRENTLY Sec 1(b): YES
FILED Sec 1(a): NO           CURRENTLY Sec 1(a): NO
FILED Sec 44(d): NO          CURRENTLY Sec 44(d): NO
FILED Sec 44(e): NO          CURRENTLY Sec 44(e): NO
FILED No Basis: NO           CURRENTLY No Basis: NO

MARK TYPE: Trademark
REGISTER: Principal
MARK:     TURBO TWIST

**Color Drawing Currently: NO**

OWNER:    Knowledge Kids Enterprises, Inc. (DELAWARE,
          CORPORATION)
          1400 65th Street
          Suite 200
          Emeryville, CALIFORNIA 94608

FOR:      Electronic handheld teaching game machines
          that teach children spelling, mathematics,
          science, music, history, geography and literature
          INT. CLASS 028 (U.S. CLASS 022,023,038 AND
          050)

**OTHER INFORMATION TO BE PRINTED ON CERTIFICATE:**

TRADEMARK ASSIGNMENT QUERY AS OF 10/31/2001  9:43:24
REEL/FRAME DATA

REEL:    2280
FRAME:  0074

NUMBER OF PAGES: 006

ELECTRONIC SUBMISSIONN
PTAS SUBMISSION:      Y

DATE LAST UPDATED:      09/20/2001
DATE IN SYSTEM:
DATE KEYED IN:
RECORDATION DATE:       04/11/2001
DATE MAILED:            07/03/2001
ASSIGNMENT RECEIPT DATE04/26/2001
CONVEY EFFECTIVE DATE:

CORRESPONDENCE
NAME:   COOLEY GODWARD LLP
        KATHRYN M. WHEBLE, ESQ.
        ONE MARITIME PLAZA, 20TH FLOOR
        SAN FRANCISCO, CALIFORNIA 94111-3580

BRIEF CODE: 33
BRIEF TEXT:  CHANGE OF NAME

### CONVEYING PARTY DATA

ENTRY:            001
NAME:             KNOWLEDGE KIDS ENTERPRISES, INC.
FORMERLY:
ENTITY:           03 - CORPORATION
ENTITY TEXT:
CITIZENSHIP:      DE - DELAWARE
EXECUTION DATE: 02/01/2001

### RECEIVING PARTY DATA

ENTRY:            600
NAME:             LEAPFROG ENTERPRISES, INC.
COMPOSED OF:
DBA/AKA/TA:
ADDRESS:          6401 HOLLIS STREET, SUITE 150
                  EMERYVILLE
STE/CTRY CODE:CA - CALIFORNIA
ZIP CODE          94608
ENTITY:           03 - CORPORATION
ENTITY TEXT:
CITIZENSHIP:      DE - DELAWARE

### DOMESTIC REPRESENTATIVE DATA

NAME:

### PROPERTY DATA

SERIAL NUMBER:75916584       FILING DATE:   02/11/2000
REGISTRATION NUMBER0000000   ISSUE DATE:    00/00/0000
WORD MARK: TURBO TWIST
MARK DESCRIPTION:WORDS, LETTERS, OR NUMBERS IN TYPED FORM
LOCATION:710 - DIVISIONAL UNIT
LOCATION DATE:   10/31/01
EXAMINER:BALDWIN, SCOTT

**PAGE 1 of 2**

**END OF DATA**

NOTE: Assignments prior to 01/01/1955 are not contained in this data base.

Applicant:    Knowledge Kids Enterprises, Inc.

Address:      1400 65th Street, Suite 200
              Emeryville, California 94608-1071

Goods:        Electronic handheld units that teach children spelling, math,
              science, music, history, geography, and literature in International
              Class 28

02-11-2000

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #31

TURBO TWIST

PUBLISHED
1/16/01

REGISTER
1/29/02

484191 v1/SF
@DLR01!.DOC



TRADEMARK

75916584

| # | Total Marks | Dead Marks | Liv Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 3073 | N/A | 0 | 0 | 0:02 | *t{"ue"}rb*[bi,ti] |
| 02 | 1544 | N/A | 0 | 0 | 0:01 | *tw{"iy"}st*[bi,ti] |
| 03 | 6 | 0 | 6 | 6 | 0:05 | (1 and 2) not dead[ld] |
| 04 | 664 | N/A | 0 | 0 | 0:06 | (1 and 009[cc]) not dead[ld] |
| 05 | 300 | N/A | 0 | 0 | 0:06 | (1 and (009 or a or b or 200)[ic]) not dead[ld] |
| 06 | 110 | N/A | 0 | 0 | 0:01 | turbo[fm] |
| 07 | 54 | 0 | 54 | 54 | 0:05 | 6 not dead[ld] |
| 08 | 280 | 0 | 280 | 280 | 0:06 | (2 and 009[cc]) not dead[ld] |

Session started  7/28/00 10:17:09 AM
Session finished 7/28/00 10:28:54 AM
Total search duration 0:32 minutes
Session Duration 11:45 minutes

Default NEAR limit= 1 ADJ limit= 1

# Change Of Owner's Address

## The table below presents the data as entered.

| | |
|---|---|
| SERIAL NUMBER | 75916584 |
| REGISTRATION NUMBER | 2534765 |
| LAW OFFICE ASSIGNED | LAW OFFICE 112 |
| **MARK SECTION** | |
| MARK | TURBO TWIST |
| **OWNER SECTION (current)** | |
| NAME | LEAPFROG ENTERPRISES, INC. |
| STREET | 6401 HOLLIS STREET, SUITE 150 |
| CITY | EMERYVILLE |
| STATE | California |
| ZIP/POSTAL CODE | 94608 |
| COUNTRY | US |
| **CORRESPONDENCE SECTION (current)** | |
| ORIGINAL ADDRESS | KARHRY M. WHEBLE<br>COOLEY GODWARD LLP<br>ONE MARITIME PLAZA<br>20TH FLOOR<br>SAN FRANCISCO California 94111-3580<br>United States |
| | |
| INTERNAL ADDRESS | Suite 100 |
| STREET | 6401 Hollis Street |
| CITY | Emeryville |
| STATE | California |
| ZIP/POSTAL CODE | 94608 |
| COUNTRY | United States |
| | |
| NAME | Anna Silva |
| FIRM NAME | LeapFrog Enterprises, Inc. |
| INTERNAL ADDRESS | Suite 100 |
| STREET | 6401 Hollis St. |
| CITY | Emeryville |
| STATE | California |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 94608 |
| PHONE | 510-420-5000 |
| FAX | 510-420-5011 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /anna silva/ |

**SIGNATORY NAME**                Anna Sileo

**SIGNATORY DATE**                10/09/2006

**SIGNATORY POSITION**            Intellectual Property Counsel

**FILING INFORMATION SECTION**

**SUBMIT DATE**                   Mon Oct 09 15:37:09 EDT 2006

**TEAS STAMP**                    USPTO/COA-63.114.26.14-20
                                  061009153709831435-787385
                                  16-350f58666e33ebea41789a
                                  763c83965b1-N/A-N/A-20061
                                  009153551489597

OMB No 0651-0056 (Exp 10/31/2008)

## Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 75916584 |
| **REGISTRATION NUMBER** | 2534765 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **MARK SECTION** | |
| **MARK** | TURBO TWIST |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | KARHRY M. WHEBLE<br>COOLEY GODWARD LLP<br>ONE MARITIME PLAZA<br>20TH FLOOR<br>SAN FRANCISCO CA 94111-3580 |
| **CORRESPONDENCE SECTION** | |
| **ORIGINAL ADDRESS** | KARHRY M. WHEBLE<br>COOLEY GODWARD LLP<br>ONE MARITIME PLAZA<br>20TH FLOOR<br>SAN FRANCISCO CA 94111-3580 |
| | |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney: |
| **NAME** | Anna Silva |
| **FIRM NAME** | LeapFrog Enterprises, Inc. |
| **INTERNAL ADDRESS** | Suite 100 |
| **STREET** | 6401 Hollis Street |
| **CITY** | Emeryville |
| **STATE** | California |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 94608 |
| **PHONE** | 510-420-5000 |
| **FAX** | 510-420-5011 |
| **EMAIL** | trademarks@leapfrog.com |
| **ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| | |
| **NAME** | Anna Silva |
| **FIRM NAME** | LeapFrog Enterprises, Inc. |
| **INTERNAL ADDRESS** | Suite 100 |
| **STREET** | 6401 Hollis Street |
| **CITY** | Emeryville |
| **STATE** | California |

| | |
|---|---|
| POSTAL/ZIP CODE | 94608 |
| PHONE | 510-420-5000 |
| FAX | 510-420-5011 |
| EMAIL | trademarks@leapfrog.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |

**SIGNATURE SECTION**

| | |
|---|---|
| SIGNATURE | /anna silva/ |
| SIGNATORY NAME | Anna Silva |
| SIGNATORY DATE | 10/09/2006 |
| SIGNATORY POSITION | Intellectual Property Counsel |

**FILING INFORMATION SECTION**

| | |
|---|---|
| SUBMIT DATE | Mon Oct 09 15:06:18 EDT 2006 |
| TEAS STAMP | USPTO/RAA-63.114.26.14-20 061009150618274691-759768 89-350180afc37a0829d92a4e 7636be567a-N/A-N/A-200610 09150430761415 |

PTO Form 2196 (Rev 9/2005)
OMB No 0651-0056 (Exp 10/31/2008)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
MARK: TURBO TWIST
**SERIAL NUMBER:** 75916584
**REGISTRATION NUMBER:** 2534765

**The original attorney**
KARHRY M. WHEBLE
COOLEY GODWARD LLP
ONE MARITIME PLAZA
20TH FLOOR
SAN FRANCISCO CA 94111-3580

**Original Correspondence Address :**
KARHRY M. WHEBLE
COOLEY GODWARD LLP
ONE MARITIME PLAZA
20TH FLOOR
SAN FRANCISCO CA 94111-3580

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney:

**Newly Appointed Attorney:**
Anna Silva
LeapFrog Enterprises, Inc.
6401 Hollis Street
Suite 100
Emeryville
California
94608
United States

**The following is to be used as the correspondence address:**
Anna Silva
LeapFrog Enterprises, Inc.
Suite 100
6401 Hollis Street
Emeryville
California
United States
94608

510-420-5000
510-420-5011
trademarks@leapfrog.com


Signature: /anna silva/    Date: 10/09/2006
Signatory's Name: Anna Silva
Signatory's Position: Intellectual Property Counsel

Serial Number: 75916584
Internet Transmission Date: Mon Oct 09 15:06:18 EDT 2006
TEAS Stamp: USPTO/RAA-63.114.26.14-20061009150618274
691-75976889-350180afc37a0829d92a4e7636b
e567a-N/A-N/A-20061009150430761415

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Registration of:

LeapFrog Enterprises, Inc.

Reg. Date:  January 29, 2002

Mark:       TURBO TWIST

Reg. No.:   2,534,765

Class:      28

---

## REVOCATION OF POWER OF ATTORNEY AND
## APPOINTMENT OF NEW ATTORNEY

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Registrant, LeapFrog Enterprises, Inc., hereby revokes all previously executed powers of attorney, and appoints Tsan Abrahamson and all other attorneys of LeapFrog Enterprises, Inc. to transact all business in the U.S. Patent and Trademark Office in connection with the above-mentioned registration.

Please direct all future communications in this matter to:

Tsan Abrahamson
Intellectual Property Counsel
LeapFrog Enterprises, Inc.
6401 Hollis Street, Suite 150
Emeryville, CA 94608-1070
Phone:  (510) 420-5253
Fax:  (510) 420-5011
Email:  trademarks@leapfrog.com

LEAPFROG ENTERPRISES, INC.

Dated: November 5, 2002

Pepi Ross
Director of Legal Affairs

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**Reg. No. 2,534,765**

## United States Patent and Trademark Office

Registered Jan. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TURBO TWIST

LEAPFROG ENTERPRISES, INC. (DELAWARE CORPORATION)
6401 HOLLIS STREET, SUITE 150
EMERYVILLE, CA 94608 BY CHANGE OF NAME KNOWLEDGE KIDS ENTERPRISES, INC. (DELAWARE CORPORATION) EMERYVILLE, CA 946081071

FOR: ELECTRONIC HANDHELD TEACHING GAME MACHINES THAT TEACH CHILDREN

SPELLING, MATHEMATICS, SCIENCE, MUSIC, HISTORY, GEOGRAPHY AND LITERATURE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-25-2000; IN COMMERCE 8-25-2000.

SN 75-916,584, FILED 2-11-2000.

SCOTT BALDWIN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,534,765
Registered Jan. 29, 2002

### TRADEMARK
### PRINCIPAL REGISTER

## TURBO TWIST

LEAPFROG ENTERPRISES, INC. (DELAWARE CORPORATION)
6401 HOLLIS STREET, SUITE 150
EMERYVILLE, CA 94608 BY CHANGE OF NAME KNOWLEDGE KIDS ENTERPRISES, INC. (DE-LAWARE CORPORATION) EMERYVILLE, CA 946081071

FOR: ELECTRONIC HANDHELD TEACHING GAME MACHINES THAT TEACH CHILDREN

SPELLING, MATHEMATICS, SCIENCE, MUSIC, HISTORY, GEOGRAPHY AND LITERATURE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-25-2000; IN COMMERCE 8-25-2000.

SN 75-916,584, FILED 2-11-2000.

SCOTT BALDWIN, EXAMINING ATTORNEY

10-22-2001

U.S. Patent & TMOfc/TM Mail RcptDt. #76

<table>
<tr><td colspan="2" align="center">**Certificate of Mailing**</td></tr>
<tr><td colspan="2">I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail, postage prepaid in an envelope addressed to: BOX ITU - FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.</td></tr>
<tr><td></td><td align="right">(Name)</td></tr>
<tr><td>10-17-01</td><td align="right">(Date)</td></tr>
</table>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## TRADEMARK EXAMINING OPERATION

In Re the Trademark Application:

Serial No.:            75/916,584

Applicant:            LeapFrog Enterprises, Inc.

Trademark:            TURBO TWIST

Int'l Class:            28

Notice of
Allowance Date:    April 10, 2001

Assistant Commissioner For Trademarks
BOX ITU – FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

10/24/2001 TSMITH  00000196 75916584
01 FC:363                                100.00 OP

## STATEMENT OF USE UNDER 37 C.F.R. § 2.88

Applicant: LeapFrog Enterprises, Inc., a Delaware corporation, formerly known as Knowledge Kids Enterprises, Inc., having its principal place of business at 6401 Hollis Street, Suite 150, Emeryville, CA 94608-1070.

The applicant herein requests registration of the above-identified mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 et seq., as amended) for those goods identified in the Notice of

689162 v1/SF
#RR#01!.DOC

Allowance issued for this application. The mark was first used at least as early as August 25, 2000; was first used in commerce at least as early as August 25, 2000; and is now in use in such commerce. The applicant is using the mark in commerce on or in connection with all the goods listed in the Notice of Allowance.

One specimen showing the mark as actually used is presented herewith.

**Applicant's change of name from Knowledge Kids Enterprises, Inc. to LeapFrog Enterprises, Inc., was effective February 1, 2001 and is shown at Reel/Frame No. 2280/0074. A copy of the Notice of Recordation is enclosed for your reference. Applicant requests the Certificate of Registration issue in the name of LeapFrog Enterprises, Inc. at its new address: 6401 Hollis Street, Suite 150, Emeryville, California 94608.**

## POWER OF ATTORNEY

Applicant hereby appoints Deborah A. Davis, John W. Crittenden, Janet L. Cullum, Andrew Hartman, Anne H. Peck, Kathryn M. Wheble, Keith J. Berets, Susan D. Berney-Key, Todd S. Bontemps, Victor F. DeFrancis, Nate A. Garhart, Lisa M. Greenwald, Francine M. Hanson, Lisa K. Koenig, Mary G. Manley, Lisa M. Martens, Mary C. O'Connor, Debbi R. Stern, Gretchen R. Stroud and Peter J. Willsey, Cooley Godward LLP, One Maritime Plaza, 20th Floor, San Francisco, California 94111-3580, Attorneys at Law, to prosecute this Application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

2

## DECLARATION

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that she is properly authorized to execute this Statement of Use on behalf of the applicant; she believes the applicant to be the owner of the mark sought to be registered; and all statements made on her own knowledge are true and all statements made on information and belief are believed to be true.

LeapFrog Enterprises, Inc.
a Delaware Corporation

Date: 5 Oct 01

By: _____
Pepi Ross
Director of Legal Affairs

# Cooley Godward LLP

| | |
|---|---|
| ATTORNEYS AT LAW | Broomfield, CO<br>720 566-4000 |
| One Maritime Plaza<br>20th Floor<br>San Francisco, CA<br>94111-3580<br>Main 415 693-2000<br>Fax 415 951-3699 | Denver, CO<br>303 606-4800<br>Kirkland, WA<br>425 893-7700<br>Menlo Park, CA<br>650 843-5100<br>Palo Alto, CA<br>650 843-5000 |
| www.cooley.com | Reston, VA<br>703 262-8000<br>San Diego, CA<br>858 550-6000 |

10-22-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #76

October 17, 2001

VIA FIRST CLASS MAIL

Assistant Commissioner for Trademarks
Box ITU FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

DEBORAH A. DAVIS
415 693-2168
ddavis@cooley.com

**Re:** **Statement of Use for Trademark Application**
**Our File: LeapFrog Enterprises, Inc./TURBO TWIST/U.S., Class 28**
**Our Reference: 123021-254**

Dear Assistant Commissioner:

Enclosed please find a Statement of Use for the following trademark application:

| | |
|---|---|
| Applicant: | LeapFrog Enterprises, Inc., formerly known as Knowledge Kids Enterprises, Inc. |
| Mark: | TURBO TWIST |
| Serial No.: | 75/916,584 |

Applicant changed its name from Knowledge Kids Enterprises, Inc. to LeapFrog Enterprises, Inc., effective February 1, 2001. The assignment is recorded at Reel/Frame No. 2280/0074 and is enclosed for your convenience.

Also enclosed is a check in the amount of $100.00 which is the required fee for filing this document. Please charge any deficiency or credit any overpayment of this fee to Deposit Account No. 03-3118. A duplicate copy of this letter as authorization is attached for your convenience.

Very truly yours,

COOLEY GODWARD LLP

Deborah A. Davis

DAD:dlm
Enclosures
cc: Pepi Ross, Esq. (w/encl.)
Susan C. Philpot, Esq. (w/o encl.)
Kathryn M. Wheble, Esq. (w/encl.)
695863

10-22-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #76

> **Certificate of Mailing**
>
> I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail, postage prepaid in an envelope addressed to: BOX ITU - FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.
>
> _____ (Name)
>
> 10·17·01 (Date)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## TRADEMARK EXAMINING OPERATION

In Re the Trademark Application:

Serial No.:      75/916,584

Applicant:      LeapFrog Enterprises, Inc.

Trademark:      TURBO TWIST

Int'l Class:      28

Notice of
Allowance Date:   April 10, 2001

Assistant Commissioner For Trademarks
BOX ITU – FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

### STATEMENT OF USE UNDER 37 C.F.R. § 2.88

Applicant: LeapFrog Enterprises, Inc., a Delaware corporation, formerly known as Knowledge Kids Enterprises, Inc., having its principal place of business at 6401 Hollis Street, Suite 150, Emeryville, CA 94608-1070.

The applicant herein requests registration of the above-identified mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 et seq., as amended) for those goods identified in the Notice of

689162 v1/SF
#RR#011.DOC

Allowance issued for this application. The mark was first used at least as early as August 25, 2000; was first used in commerce at least as early as August 25, 2000; and is now in use in such commerce. The applicant is using the mark in commerce on or in connection with all the goods listed in the Notice of Allowance.

One specimen showing the mark as actually used is presented herewith.

**Applicant's change of name from Knowledge Kids Enterprises, Inc. to LeapFrog Enterprises, Inc., was effective February 1, 2001 and is shown at Reel/Frame No. 2280/0074. A copy of the Notice of Recordation is enclosed for your reference. Applicant requests the Certificate of Registration issue in the name of LeapFrog Enterprises, Inc. at its new address: 6401 Hollis Street, Suite 150, Emeryville, California 94608.**

## POWER OF ATTORNEY

Applicant hereby appoints Deborah A. Davis, John W. Crittenden, Janet L. Cullum, Andrew Hartman, Anne H. Peck, Kathryn M. Wheble, Keith J. Berets, Susan D. Berney-Key, Todd S. Bontemps, Victor F. DeFrancis, Nate A. Garhart, Lisa M. Greenwald, Francine M. Hanson, Lisa K. Koenig, Mary G. Manley, Lisa M. Martens, Mary C. O'Connor, Debbi R. Stern, Gretchen R. Stroud and Peter J. Willsey, Cooley Godward LLP, One Maritime Plaza, 20th Floor, San Francisco, California 94111-3580, Attorneys at Law, to prosecute this Application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

## DECLARATION

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that she is properly authorized to execute this Statement of Use on behalf of the applicant; she believes the applicant to be the owner of the mark sought to be registered; and all statements made on her own knowledge are true and all statements made on information and belief are believed to be true.

LeapFrog Enterprises, Inc.
a Delaware Corporation

Date: 5 Oct 01

By:

Pepi Ross
Director of Legal Affairs

689162 v1/SF
#RR#011.DOC

Applicant:                    Knowledge Kids Enterprises, Inc.

Address:                      1400 65th Street, Suite 200
                              Emeryville, California 94608-1071

Goods:                        Electronic handheld units that teach children spelling, math,
                              science, music, history, geography, and literature in International
                              Class 28

02-11-2000
U S Patent & TMOfc/TM Mail Rcpt Dt #31

TURBO TWIST

484191 v1/SF
@DLR011.DOC

**TRADEMARK**

75916584

# 75916584

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

02/17/2000 CMAY11   00000103 75916584
01 FC:361                    325.00 OP

*PTO-1555*
  *(5/87)*

## Cooley Godward LLP

| | |
|---|---|
| ATTORNEYS AT LAW | Boulder, CO<br>303 546-4000 |
| One Maritime Plaza<br>20th Floor | Denver, CO<br>303 606-4800 |
| San Francisco, CA<br>94111-3580 | Kirkland, WA<br>425 893-7700 |
| Main   415 693-2000<br>Fax     415 951-3699 | Menlo Park, CA<br>650 843-5100 |
| | Palo Alto, CA<br>650 843-5000 |
| | Reston, VA<br>703 262-8000 |
| www.cooley.com | San Diego, CA<br>858 550-6000 |

February 11, 2000

VIA EXPRESS MAIL

Assistant Commissioner for Trademarks
BOX NEW APP - FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

KATHRYN M. WHEBLE
415 693-2032
kwheble@cooley.com

Re:   **New Intent-to-Use Trademark Application**
      **Our File: Knowledge Kids Enterprises, Inc./TURBO TWIST/U.S., Class 28**

Dear Assistant Commissioner:

Enclosed for filing is a new Intent-to-Use Trademark Application identified as follows:

| | |
|---|---|
| Applicant: | Knowledge Kids Enterprises, Inc. |
| Int. Class: | 28 |
| Mark: | TURBO TWIST |

Also enclosed is a check in the amount of $325.00 which represents payment of the filing fee associated with filing this application. Please charge any deficiency or credit any overpayment of this fee to Deposit Account No. 03-3118. A duplicate copy of this letter as authorization is attached hereto for your convenience.

Please return the enclosed postcard noting the filing date and serial number for this application. Thank you.

Very truly yours,

COOLEY GODWARD LLP

Kathryn M. Wheble

KMW:mxb

Enclosures

cc:   Nancy Bender
      Deborah A. Davis, Esq.

Certificate of Mailing: # EL 491 205 736 US

I hereby certify that this correspondence is being deposited with the United States Postal Service as Express Mail, postage prepaid in an envelope addressed to: Box NEW APP FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____ (Name)

2/11/00 _____ (Date)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:       TURBO TWIST

Int'l. Class:   28

TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

Applicant: Knowledge Kids Enterprises, Inc., a Delaware corporation, having its principal place of business at 1400 65th Street, Suite 200, Emeryville, California 94608-1071.

Applicant requests registration of the above-identified trademark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 et seq., as amended) for the following goods: Electronic handheld units that teach children spelling, math, science, music, history, geography, and literature in International Class 28.

Applicant has a *bona fide* intention to use the mark in commerce on, or in connection with, the above-identified goods (15 U.S.C. § 1051(b), as amended).

484191 v1/SF
@DLR01!.DOC

## DECLARATION

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the Application or any resulting registration, declares that he/she is properly authorized to execute this Application on behalf of the Applicant; he/she believes the Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when used on or in connection with the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

## POWER OF ATTORNEY

Applicant hereby appoints Kathryn M. Wheble, John W. Crittenden, Janet L. Cullum, Anne H. Peck, Susan D. Berney-Key, Todd S. Bontemps, Deborah A. Davis, Nate A. Garhart, Francine M. Hanson, Larissa A. J. Kehoe, Tsan Merritt-Porée, Eugene M. Pak, Cheryl L. Sakowski, Jamie R. Shelden, Debbie R. Stern, Gretchen R. Stroud, and Peter J. Willsey, Cooley Godward LLP, One Maritime Plaza, 20th Floor, San Francisco, California 94111-3580, Attorneys at Law, to prosecute this Application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

Applicant requests that all correspondence be directed to:

> Kathryn M. Wheble, Esq.
> COOLEY GODWARD LLP
> One Maritime Plaza
> 20th Floor
> San Francisco, CA 94111-3580
> Telephone: (415) 693-2000

Knowledge Kids Enterprises, Inc.
a Delaware Corporation

Date: ⏀⏀/⏀⏀/⏀⏀

By: _____

Robert Lally

Name _____

UP

Title _____

| | |
|---|---|
| Applicant: | Knowledge Kids Enterprises, Inc. |
| Address: | 1400 65th Street, Suite 200<br>Emeryville, California 94608-1071 |
| Goods: | Electronic handheld units that teach children spelling, math, science, music, history, geography, and literature in International Class 28 |

02-11-2000
U S Patent & TMOfc/TM Mail Rcpt Dt. #31

TURBO TWIST

484191 v1/SF
@DLR01!.DOC

**TRADEMARK**

75916584

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

## United States Patent and Trademark Office

Reg. No. 2,534,765
Registered Jan. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TURBO TWIST

LEAPFROG ENTERPRISES, INC. (DELAWARE CORPORATION)
6401 HOLLIS STREET, SUITE 150
EMERYVILLE, CA 94608 BY CHANGE OF NAME KNOWLEDGE KIDS ENTERPRISES, INC. (DELAWARE CORPORATION) EMERYVILLE, CA 946081071

FOR: ELECTRONIC HANDHELD TEACHING GAME MACHINES THAT TEACH CHILDREN SPELLING, MATHEMATICS, SCIENCE, MUSIC, HISTORY, GEOGRAPHY AND LITERATURE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-25-2000; IN COMMERCE 8-25-2000.

SN 75-916,584, FILED 2-11-2000.

SCOTT BALDWIN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,534,765
Registered Jan. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

# TURBO TWIST

LEAPFROG ENTERPRISES, INC. (DELAWARE CORPORATION)
6401 HOLLIS STREET, SUITE 150
EMERYVILLE, CA 94608 BY CHANGE OF NAME KNOWLEDGE KIDS ENTERPRISES, INC. (DE-LAWARE CORPORATION) EMERYVILLE, CA 946081071

FOR: ELECTRONIC HANDHELD TEACHING GAME MACHINES THAT TEACH CHILDREN

SPELLING, MATHEMATICS, SCIENCE, MUSIC, HISTORY, GEOGRAPHY AND LITERATURE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-25-2000; IN COMMERCE 8-25-2000.

SN 75-916,584, FILED 2-11-2000.

SCOTT BALDWIN, EXAMINING ATTORNEY

**Exhibit O**

**Sue Bailey**

| | |
|---|---|
| **From:** | Franco, Stephanie (NBC Universal) [stephanie.franco@nbcuni.com] |
| **Sent:** | Tuesday, December 16, 2008 4:27 PM |
| **To:** | Sue Bailey |
| **Subject:** | FW: SVU Episode Guides |

Susan,
Here is the information you requested.   Hopefully, this satisfies yor request.  Let me know if I need to do more.  If so, plse contact me and not the people on this email chain...I left their info on so that you can see the sources for the information only.  Thanks.
Stephanie

**From:** Harland, Rob (NBC Universal)
**Sent:** Tuesday, December 16, 2008 12:18 PM
**To:** Franco, Stephanie (NBC Universal)
**Subject:** FW: SVU Episode Guides

Stephanie,

I've verified this air date with the producer, and with Wolf Films.  In the first season, ten days after the network airing, the episode aired on USA cable.

Hope this helps.

*Rob Harland*
Sr VP Production
NBC Universal Television
100 Universal City Plaza
Universal City, CA  91608
818.777.1266

------ Forwarded Message

> **From:** Mike Ciliento <svumike@gmail.com>
> **Date:** Tue, 16 Dec 2008 08:55:29 -0800
> **To:** R Harland <rob.harland@nbcuni.com>
> **Subject:** SVU Episode Guides
>
>
> Hi Rob,
>
> Here is the link David was talking about:
> http://www.geocities.com/lawandordervictims/

12/17/2008

Epsiode #1 Aired September 20, 1999 (Monday)

Here are a few other Epsiode Guides that confirm that info:

http://en.wikipedia.org/wiki/SVU_episodes

http://www.tv.com/law-and-order-special-victims-unit/show/334/episode_guide.html?season=1


--
Michael Ciliento
Law & Order SVU
201-662-7170 (office)
201-662-7175 (fax)


This message is intended only for the use of the individual(s) to which it is addressed and may contain information that is privileged and/or confidential.  If you are the intended recipient of this message, you agree to keep all privileged and/or confidential information private without written consent of the sender, and will use any such information only within the necessary scope of your professional work. If you are not the intended recipient of this message, you have received this transmission in error, and any review, distribution or copying of this transmission is prohibited – please notify sender immediately and safely dispose of this message.


------ End of Forwarded Message

Case 2:12-cv-05796-ADS Document 1-3 Filed 11/26/12 Page 63 of 110 PageID #: 273

# Law & Order: Special Victims Unit



**An episode guide by Tom Myers**

**Christopher Meloni** as Det. Elliot Stabler
**Mariska Hargitay** as Det. Olivia Benson
**Richard Belzer** as Det. (later Sgt.) John Munch
**Dann Florek** as Capt. Donald (Don) Cragen
**Ice-T** as Det. Odafin (Fin) Tutuola [ episode 24+, uncredited on episode 23 ]
**B.D. Wong** as Dr. George Huang [ season 4+, recurring seasons 2 & 3 ]
**Tamara Tunie** as Medical Examiner Malinda Warner [ season 7+, recurring previously ]
**Michaela McManus** as ADA Kim Greylek [ season 10+ ]
**Diane Neal** as ADA Casey Novak [ seasons 5 (episode 96) - season 9 ]
**Adam Beach** as Det. Chester Lake [ season 9, recurring previously ]
**Stephanie March** as ADA Alexandra (Alex) Cabot [ episodes 24 - 95, guest star on episode 23 ]
**Michelle Hurd** as Det. Monique Jeffries [ episodes 14 - 23, 29, and 38, recurring episodes 1 - 13 ]

*"In the criminal justice system, sexually based offenses are considered especially heinous. In New York City, the dedicated detectives who investigate these vicious felonies are members of an elite squad known as the Special Victims Unit. These are their stories."*

The series is filmed on location in New York City and in New Jersey by Wolf Films in association with Studios USA.

Detective John Munch originally appeared on the critically acclaimed NBC TV show *Homicide: Life On The Street* which used to air on Friday nights at 10 PM. The relocation of *Law & Order: Special Victims Unit* to its Friday time slot returned Belzer's Munch to his home of seven years. Interestingly enough, their CBS counterpart *Nash Bridges* was responsible for the cancellation of *Homicide*. To the joy of many *Homicide* fans, including myself, *Bridges* has been cancelled due to the popularity of *SVU*.

6 February 2007: Reports indicate that Adam Beach (season 7 guest star as Det. Chester Lake) will join the

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 64 of 110 PageID #: 274

cast as a regular.

25 February 2006: Connie Nielsen will guest star on *Law & Order: Special Victims Unit* while Mariska Hargitay is on maternity leave.

16 January 2005: Mariska Hargitay won a Golden Globe for Best Actress in a Dramatic Series for her role as Det. Olivia Benson on *Law & Order: Special Victims Unit*.

23 June 2003: Dick Wolf announced that Diane Neal has been cast in the role of the new ADA. She replaces Stephanie March, who left the series at the end of the fourth season. Neal, who appeared as a guest star in the 2001 episode "Ridicule," will be a recurring guest star with the option of becoming a regular.

13 May 2003: NBC announced that *Law & Order: Special Victims Unit* will move to Tuesday nights in the Fall 2003 programming schedule. That would put the series in competition with ABC's cop show *NYPD Blue*.

17 December 2002: Stephanie March announces that she will leave *Law & Order: Special Victims Unit* at the end of the season.

August 2002: *Law & Order: Special Victims Unit* will debut its fourth season on Friday, September 27 @ 10:00 as part of NBC's 'Premiere Week'.

July 2002: *Law & Order: Special Victims Unit* has received an Emmy nomination in the Outstanding Guest Actress in a Drama Series category. The nominated actress is Martha Plimpton as Claire Rinato in the episode "Denial." The Emmy Awards will be broadcast on Sunday, September 22 at 8:00 PM on NBC.

18 May 2001: CBS has announced that *Nash Bridges*, among other shows, would not receive a season renewal. One of the reasons stated was its viewers were tuning into *20/20* and *Law & Order: Special Victims Unit*. While it is too late for *Homicide*, one cast member, Richard Belzer, can reap the benefits of this latest development. Richard Belzer used to play Detective John Munch on *Homicide* before he was transferred to *SVU*.

May 2000: NBC announced that *SVU* would get a renewal of not just one, but two years! It was the only "freshman series" of the 1999-2000 to get a season renewal of more than one year.

First Aired: September 20, 1999
Running Time: 60 minutes
Currently Appears: Tuesday 10:00 PM [ episode 92 - 135, 137+ ], Tuesday 9:00 PM [ episode 136 ] Friday 10:00 PM [ episodes 10 - 14, 16 - 91 ], Friday 9:00 PM [ episode 15 ], Monday 9:00 PM [ episodes 1 - 9 ]
Network: NBC

### Episode Guides (listed by season)

### Season 1 - September 1999 - May 2000

### Season 2 - October 2000 - May 2001

### Season 3 - September 2001 - May 2002

### Season 4 - September 2002 - May 2003

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 65 of 110 PageID #: 275

Season 5 - September 2003 - May 2004

Season 6 - September 2004 - May 2005

Season 7 - September 2005 - May 2006

Season 8 - September 2006 - May 2007

Season 9 - September 2007 - May 2008

Season 10 - September 2008 - May 2009

### The Crossover Episodes

The information on Seasons 1 and 2 comes from the episode guides of *Law & Order* and *Law & Order: Special Victims Unit* written by Donna Lemaster and Bob Ashley.

©1999-2007 by Tom Myers. All rights reserved.

No part of this episode guide is to be reproduced without written consent of the author.

Case 2:12-cv-05796-ADS Document 1-3 Filed 11/26/12 Page 66 of 110 PageID #: 276

»

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 67 of 110 PageID #: 277

**YAHOO!** GEOCITIES

**SPONSORED LINKS**

### Law And Order Special Victims Unit

Browse a huge selection now. Find exactly what you want today.
www.ebay.com

### Ohio Homicide Crimes Criminal Defense

Avoid jail. We fight to win. Aggressive homicide crimes criminal...
www.ohio-criminaldefense.com

### Law & Order on TNT

Watch Law & Order episodes on TNT. Weekdays at 2/1 c.
www.tnt.tv/lawandorder

### criminal attorneys

Find criminal attorneys Near You. The Web's Local Search Engine.
Local.com

See your message here...

Search the Web:

[ Search ]


HOSTED BY
**YAHOO!**

Get a free web site or business web hosting with Yahoo!

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 68 of 110 PageID #: 278

# Season 1



**September 20, 1999 - May 19, 2000**

Created by: Dick Wolf
Executive producers: Dick Wolf, Robert Palm
Co-executive producers: Ted Kotcheff, Peter Jankowski
Producers: Michael R. Perry, David Declerque
Co-Producer: Joe Lazarov
Consulting Producer: Billy Fox [ billed for Episode 15 only ]
Editors: Doug Ibold, A.C.E.; Scott Boyd, A.C.E.; Karen Stern
Music: Mike Post

====================================================================================

**Episode #1: "Payback"**
**Guest Stars:** Gordana Rashovich [ Anya Ragova ], Dean Winters [ Detective Brian Cassidy ], Michelle Hurd
[ Detective Monique Jeffries ], Isabel Gillies [ Kathy Stabler ], Elizabeth Ashley [ Serena Benson ], Ned
Eisenberg [ Jerry Kleinert ], Tina Benko [ Mrs. Panacek ], Ronald Guttman [ Art Gallery Owner ], Mark
Zimmerman [ Mr. Dupree ], Angie Harmon [ ADA Abbie Carmichael ], Mili Avital [ Marta Stevens ], Leslie
Hendrix [ M.E. Rodgers ], P.J. Brown [ Bremmer ], Ramsey Faragallah [ Taxi Driver ], Rebecca Creskoff
[ Waitress ], Angela Bullock [ Prosecutor ], Mark Nelson [ Robert Stevens ], Jeremy Bergman [ Nicholas
Stevens ], Matt Skollar [ Victor Spicer ], Irma St. Paule [ Aunt Jashari ], Sevanne Martin [ Ileana Jashari ],
Daniel Bess [ Policeman ], Judy Del Giudice [ Judge Elizabeth Masullo ], Bill Driscoll [ Mr. Kloster ], Vivian
Nesbitt [ Farley ], Chris Orbach [ Detective Ken Briscoe ]

Captain Donald Cragen oversees Manhattan Special Victims Unit Detectives Elliot Stabler and Olivia Benson
in the investigation of the murder and dismemberment of a cab driver, with help from Detective Brian Cassidy
and his new partner, Detective John Munch, a recent transfer from the Homicide Unit in Baltimore, Maryland.

September 20, 1999
Written by Dick Wolf
Directed by Jean DeSegonzac

NOTE: Baltimore Detective John Munch's marriage to Billie Lou at the end of the final season of *Homicide:*

*Life on the Street* lasted only one night when Munch says that she ran off with a former colleague (although Det. Stuart Gharty's name is never mentioned, it is probable that Gharty was the homewrecker). So Munch retires from the Baltimore force and relocates to NYC and joins this unit. In *Homicide: The Movie* it is implied that Billie Lou didn't leave Munch for Gharty, but they also don't say what really happened.

==================================================================================

**Episode #2: "A Single Life"**
**Guest Stars:** Dennis Boutsikaris [ Dr. Mark Daniels ], Laila Robins [ Ellen Travis ], Dean Winters [ Detective Brian Cassidy ], Paul Hecht [ Robert Sodarsky ], Michelle Hurd [ Detective Monique Jeffries ], Isabel Gillies [ Kathy Stabler ], Michael Gaston [ Buddy, the *New York Ledger* Reporter ], Matthew Arkin [ Attorney Daniels ], Erin Broderick [ Maureen Stabler ], Holiday Segal [ Kathleen Stabler ], Patricia Cook [ Elizabeth Stabler ], Jeffrey Scaperrotta [ Dickie Stabler ], Angie Harmon [ ADA Abbie Carmichael ], Michael Nouri [ Dallas Warner ], Leslie Hendrix [ M.E. Rodgers ], Walt McPherson [ Detective Mourad ], Leslie Lyles [ Doctor Chatman ], Liam Craig [ Hawkins ], Keenan Shimzu [ Grocer ], Randy Lutterman [ Neighbor ], John Elsen [ Policeman #1 ], Lou Bonacki [ Policeman #2 ], Douglas D. McInnis [ Trent Peterson ], Virginia Louise Smith [ Page ], Clyde Baldo [ Little Suit ], Julia M. Murney [ Waitress ], Michael Wiggins [ Waiter ], Clif Thorn [ Yuppie Guy ], Mary Hammett [ Yuppie Girl ], Chris Orbach [ Detective Ken Briscoe ], Welly Yang [ Tech ], Andrew Boyer [ Maitre D' ]

The case of a woman who fell to her death wearing only a slip leads the detectives to her psychiatrist, a television anchorman and the dead woman's estranged father.

September 27, 1999
Written by Miriam Kazdin
Directed by Lesli Linka Glatter

NOTE: Marge Cragen was killed in a plane crash.
==================================================================================

**Episode #3: "...Or Just Look Like One"**
**Guest Stars:** Bebe Neuwirth [ Nina Laszlo ], Catherine Dent [ Deborah Latrell ], Dean Winters [ Detective Brian Cassidy ], Ritchie Coster [ Carlo Parisi ], Michelle Hurd [ Detective Monique Jeffries ], Isabel Gillies [ Kathy Stabler ], Erin Broderick [ Maureen Stabler ], Holiday Segal [ Kathleen Stabler ], Patricia Cook [ Elizabeth Stabler ], Jeffrey Scaperrotta [ Dickie Stabler ], Damian Young [ Hampton Trill ], Todd Stashwick [ Ricky Blaine ], Liana Pai [ Assistant District Attorney ], Laura Poe [ Sue Burgess ], Michael Mastro [ Postal Medic ], Peter Marx [ Tom Burgess ], Carolyn McCormick [ Dr. Elizabeth Olivet ], Jerry Orbach [ Detective Lennie Briscoe ], Jesse L. Martin [ Detective Ed Green ], Rica Martens [ Mrs. Johnson ], Gary Klar [ Lt. Joey Poole ], Saidah Arrika Ekulona [ Dr. Lakhmajara ], Elizabeth Van Dyke [ Attorney Harris ], Ray Virta [ Schecter ], Felix Solis [ Nick ], Rafael Ferrer [ Mooney ], Frank Senger [ Pampas ], Carl Palmer [ EMT ], Nancy McDoniel [ Nurse ], Chris Orbach [ Detective Ken Briscoe ], Lawrence Woshner [ Doctor Sullivan ]

The beating and hospitalization of a teenage model lead Benson and Stabler into the murder investigation of the victim's friend, which is being conducted by Detectives Lennie Briscoe and Ed Green from the 27th Precinct Homicide Squad.

October 4, 1999
Written by Michael R. Perry
Directed by Rick Rosenthal

NOTE: Detective Ken Briscoe, who is a detective in the SVU, is the nephew of Detective Lennie Briscoe. The actors who play Lennie Briscoe and Ken Briscoe are, respectively, father and son.
==================================================================================

**Episode #4: "Hysteria"**

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 70 of 110 PageID #:280

**Guest Stars:** Garrett M. Brown [ Officer Peter Ridley ], Joe Lisi [ Officer Sal D'Angelo ], Dean Winters [ Detective Brian Cassidy ], Michelle Hurd [ Detective Monique Jeffries ], Isabel Gillies [ Kathy Stabler ], Erin Broderick [ Maureen Stabler ], Holiday Segal [ Kathleen Stabler ], Patricia Cook [ Elizabeth Stabler ], Jeffrey Scaperrotta [ Dickie Stabler ], Lisa Tharps [ Assistant District Attorney ], Frederick B. Owens [ John Henderson ], Jillian Bowen [ Rose ], Jerry Orbach [ Detective Lennie Briscoe ], Brad Beyer [ Dennis Caufield ], Leslie Hendrix [ M.E. Rodgers ], Lisa Summerour [ Carol Henderson ], Delphi Harrington [ Evelyn Caufield ], Gloria Sauve [ Jocelyn Myers ], Page Johnson [ Harry Rosen ], Redman Maxfield [ Charles Caufield ], Susan Willis [ Mrs. Overton ], Dan Snook [ Bill Griswold ], Shantell Herndon [ Angee ], Selenis Leyva [ Lorinda Guterrez ], Anne Kanengeiser [ Court Reporter ], Katy Grenfell [ BJ ], Dana Lynn Mauro [ Maria ], Bridgit Antoinette Evans [ Tawana ], Sondra James [ Agnes Rosen ], David Newer [ Defense Attorney ], Irene Mazeski [ Candy ], Mashom Benjamin [ Chick ], Scott Weston [ Lola ], Judy Del Giudice [ Judge Elizabeth Masullo ], James Coyle [ Forensics Technician ], Welly Yang [ Medical Examiner's Assistant ], Tom Gerard [ Fredo Valenti ]

During the murder investigation of a young girl mistaken for a prostitute, Benson and Stabler soon find out that they are looking for a man who has been killing prostitutes for thirty years.

October 11, 1999
Written by Dawn DeNoon & Lisa Marie Petersen
Directed by Richard Dobbs

==================================================================================
**Episode #5: "Wanderlust"**
**Guest Stars:** Lynn Collins [ Virginia Hayes ], John Dossett [ Tom Dayton aka Scott Dayton ], Dean Winters [ Detective Brian Cassidy ], Michelle Hurd [ Detective Monique Jeffries ], Isabel Gillies [ Kathy Stabler ], Henry Strozier [ Jon Freeman ], Lisa Tharps [ Prosecuting Attorney ], Erin Broderick [ Maureen Stabler ], Holiday Segal [ Kathleen Stabler ], Patricia Cook [ Elizabeth Stabler ], Jeffrey Scaperrotta [ Dickie Stabler ], Patricia Richardson [ Annabel Hayes ], William Westenberg [ Ed Sostek ], Marisa Redanty [ Dr. Ramsdale ], Liza Lapira [ Waitress ], Anne Hubbard [ Allison Logreco ], Kamal Marayati [ Patel ], Michael David Mantell [ Jimmy Delmonico ], John Thrall Bush [ Tourist ], Bruce Barney [ Richard Schiller ], Roxanne Raja [ Policewoman ]

When a travel writer is found murdered with a woman's underwear found stuffed inside of his mouth, the suspect list includes the victim's landlord, the landlord's boyfriend, and the landlord's daughter.

October 18, 1999
Written by Wendy West
Directed by David Jones

==================================================================================
**Episode #6: "Sophomore Jinx"**
**Guest Stars:** Lothaire Bluteau [ Professor James Henry Rousseau ], Sean Squire [ Chuck Mosley ], Dean Winters [ Detective Brian Cassidy ], Kohl Sudduth [ Riley Couger ], Michelle Hurd [ Detective Monique Jeffries ], Isabel Gillies [ Kathy Stabler ], Erin Broderick [ Maureen Stabler ], Holiday Segal [ Kathleen Stabler ], Patricia Cook [ Elizabeth Stabler ], Jeffrey Scaperrotta [ Dickie Stabler ], Tom O'Rourke [ Campus Security Officer Anthony Schlasser ], Novella Nelson [ Mrs. Mosley ], Claire Lautier [ Shelley Brown ], Angie Harmon [ ADA Abbie Carmichael ], George Martin [ Father McCourt ], Reverand Al Sharpton [ Himself ], Frank Deal [ Prosecuting Assistant District Attorney ], John Elsen [ Weatherbee ], Bill Mitchell [ Judge John Beale ], Leslie Hendrix [ M.E. Rodgers ], Julian Gamble [ Vargas ], Rose Stockton [ Mrs. Gallagher ], Lauren Stamile [ Sarah ], Barbara Caruso [ Dr. Sara Goodnall ], Carla Bianich [ Mrs. Dunbar ], Michael Hobbs [ Mr. Gallagher ], Teri Lamm [ Becky Underwood ], Christopher Murphy Carley [ Adam ],

Case 2:12-cv-03796-ADS   Document 1-3   Filed 11/26/12   Page 71 of 110 PageID #: 281

Chris Orbach [ Detective Ken Briscoe ]

The detectives suspect a pair of college basketball players in the rape and murder of their fellow classmate. Their investigation is continually hampered, however, when officials don't want to draw negative attention towards the college or to the basketball team.

October 25, 1999
Written by John Chambers
Directed by Clark Johnson

====================================================================================

**Episode #7: "Uncivilized"**
**Guest Stars:** Stephen Bogardus [ Bill Turbit ], Jessica Hecht [ Miss Croitzer ], Dean Winters [ Detective Brian Cassidy ], Michelle Hurd [ Detective Monique Jeffries ], Isabel Gillies [ Kathy Stabler ], Ian Reed Kesler [ Jimmy G. ], Austin Lysy [ Mike D. ], Terry L. Beaver [ State Attorney General Morris Klein ], Torquil Campbell [ Christopher James ], Steve Ryan [ Hank (Bartender) ], Randy Danson [ Dr. Greenblatt ], Lisa Tharps [ Assistant District Attorney ], Adam Grupper [ Dr. Malloy ], Erin Broderick [ Maureen Stabler ], Holiday Segal [ Kathleen Stabler ], Patricia Cook [ Elizabeth Stabler ], Jeffrey Scaperrotta [ Dickie Stabler ], Mike Hodge [ Captain Lloral ], David Jung [ Forensics Technician ], James Coyle [ Forensics Technician Assistant ], Bill Mitchell [ Judge Connolly ], Camilla Enders [ Teacher ], Myk Watford [ Terry Davies ], Caren Browning [ Linda Davies ], Ellen Horst [ Girl Scout Mom ], Jonathan Fried [ Angry Father ], Ryan Shively [ Policeman ], Jerry Careccio [ First Boy in Park ], Dominick Charles Carbone [ Second Boy in Park ], Joanna Wolff [ Girls Scout ], Anthony Fortunato [ Kid ], Elaine Formicola [ Rachel James ]

The murder of an 8-year-old boy leads to a case involving the rights of a convicted child molester who has served his sentence and has returned to society.

November 15, 1999
Teleplay by Robert Palm & Wendy West
Story by Robert Palm
Directed by Michael Fields

====================================================================================

**Episode #8: "Stalked"**
**Guest Stars:** Bruce Kirkpatrick [ Richard White ], Allison Mackie [ Kimberly Phillips ], Dean Winters [ Detective Brian Cassidy ], Michelle Hurd [ Detective Monique Jeffries ], Jack Hallett [ Barlow ], Charles Brown [ Mr. Krim ], Sandra Shipley [ Lila White ], Ben Lin [ Mr. Tong ], Linda Powell [ Armstrong ], Bruno Gioiello [ Kenneth Maggio ], Nat deWolf [ Mr. Cummings ], Dominic Fumusa [ Detective Lopez ], Don Creech [ Atkins ], Lorca Simons [ Joan Simon ], Mark Alan Gordon [ Detective Carlyle ], Joel Rooks [ Grandfather ], Chris Orbach [ Detective Ken Briscoe ], Barbara McCulloh [ Mills ], Michael Phelan [ Boy ], Santi Formoso [ Flower Boy ], Adrienne Dreiss [ Louise Billings ], Steve Routman [ Harold Levin ]

The murder of ADA Karen Fitzgerald leads to a case in which the murderer is someone who stalks his victims ... and Stabler fears that a combative Benson is the next target.

November 22, 1999
Written by Roger Garrett
Directed by Peter Medak

NOTE: On this episode, broadcast on the thirty-sixth anniversary of the assassination of President John F.

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 72 of 110 PageID #:282

Kennedy, Munch discusses Chappaquiddick and the moon landing, a very fitting Belzeresque tribute.

===================================================================================

**Episode #9: "Stocks & Bondage"**
**Guest Stars:** Geoffrey Nauffts [ Frank Martin ], V. Craig Heidenreich [ Fred Tucker ], Dean Winters [ Detective Brian Cassidy ], Lourdes Benedicto [ Angela Torres aka Sho-Ling Fu ], Michelle Hurd [ Detective Monique Jeffries ], Maria Tucci [ Anne Briggs ], Christopher McCann [ David Kelp ], Francesca Faridany [ Amy Tanner ], Leslie Hendrix [ M.E. Rodgers ], P.J. Brown [ Elijah ], Gordon Joseph Weiss [ David McKuin ], David Jung [ Tsumuru ], Jeannine Comeau [ Attendant ], Nina Landley [ Doreen ], Don T. Maseng [ Shaked ], Sean Arbuckle [ Medical Examiner ], Monica Steuer [ Anna Faust ], Sarah Zhang [ Debbie Minh ]

The investigation of the killing of a Wall Street stock analyst involves illicit financial dealings and sado-masochism.

November 29, 1999
Written by Michael R. Perry
Directed by Constantine Makris

===================================================================================

**Episode #10: "Closure"**
**Guest Stars:** Tracy Pollan [ Harper Anderson ], Neil Maffin [ Kenneth Cleary ], Dean Winters [ Detective Brian Cassidy ], Michelle Hurd [ Detective Monique Jeffries ] Roger Bart [ Benjy Dowe ], Olivia Birkelund [ Jane Tyler ], Michael Kell [ Sam Lardner ], Ross Gibby [ E. R. Doctor ], Angie Harmon [ ADA Abbie Carmichael ], Michael H. Ingram [ Super ], Harriet D. Foy [ Admit Nurse ], Terry Serpico [ Ron Johnson ], Mary Sharmat [ Older Woman ], Liam Craig [ Jeff McClintock ], Meskhemnu [ Detective Halligan ], Jerry O'Donnell [ Uniform ], Evy O'Rourke [ Meredith Cleary ], Simon Brooking [ Number Five ], Christopher Baker [ Number Two ], Bruce Barney [ Number One ], Tommy Humphreys [ Number Three ]

Stabler and Benson encounter problems when a traumatized sexual assault victim cannot help them identify the prime suspect, because the victim is having trouble dealing with the aftermath of the crime.

January 7, 2000
Written by Wendy West
Directed by Stephen Wertimer

NOTE: This was the first episode that aired on Fridays. One of its predecessors, *Homicide* had this time slot, but was cancelled because their ratings couldn't top *Nash Bridges*. The move from Mondays to Fridays returned Richard Belzer's Detective John Munch to his TV home for many years. As a result their ratings went up, beating their CBS counterpart, *Nash Bridges*.

===================================================================================

**Episode #11: "Bad Blood"**
**Guest Stars:** James McCaffrey [ Jesse Hansen ], Amy Ryan [ Lorraine Hansen ], Dean Winters [ Detective Brian Cassidy ], Stephen Beach [ Ray Gunther ], Michelle Hurd [ Detective Monique Jeffries ], Stephen Barker Turner [ Steven Hale ], Angie Harmon [ ADA Abbie Carmichael ], Peter Rini [ Officer Joe Bandolini ], Jerry Lanning [ William H. Langdon ], Leonid Citer [ Andre Lasnik ], Anthony Mangano [ Mancini ], Irene Mazeski [ Cindy Stocklash ], Scott Robertson [ Mr. Shore ], Joseph Jamrog [ Detective Pete ], Chris Orbach [ Detective Ken Briscoe ], Alex Sullivan [ Mikey ], Michael Early [ Gerald ], Ken Land [ Bob ], Zoe Yeoman [ DNA Technician ], Carla Klein [ Victim (Serena Benson) Voiceover ]

Stabler and Benson hunt for the killer of a gay man whose father heads a conservative watchdog group; Munch looks for Benson's biological father.

January 14, 2000
Written by Lisa Marie Petersen & Dawn DeNoon
Directed by Michael Fields

===============================================================
**Episode #12: "Russian Love Poem"**
**Guest Stars:** Olek Krupa [, Alexander Strizhov ], Nadine Stenovitch [ Katya Ivanova ], Dean Winters [ Detective Brian Cassidy ], Michelle Hurd [ Detective Monique Jeffries ], Melissa Sagemiller [ Becky Sorenson ], Christian Lincoln [ Adam Harlin ], Allison Munn [ Emily Harlin ], Snezhana Kushnir [ Sonja Pietrovich ], Spiro Malas [ Russian Businessman ], Michael Aronov [ Spa Owner ], Russ Anderson [ Charlie Poe ], Jonathan Sharp [ "Bull Dozer" ], Deborah Rush [ Christina Harlin ], Guy Ale [ Russian Cousin ], Vitale Baganov [ Bartender ], Dmitry Clidt [ Mafia Type ], Chuck Lewkowicz [ Doorman ], Chris Orbach [ Detective Ken Briscoe ], Marin Rybchevsky [ Natasha ], Partia Thomas [ Receptionist ], Ray Michael Karl [ Policeman #1 ], Russell B. Hunston [ Andrew Harlin ]

The investigation of a multimillionaire's killing involves bisexual infidelities and a number of Russians.

January 21, 2000
Written by Eva Nagorski
Directed by Rick Rosenthal

NOTE: This episode was originally scheduled to air on December 13, 1999.
===============================================================
**Episode #13: "Disrobed"**
**Guest Stars:** Kathryn Meisle [ Gina Silver ], Jack Gwaltney [ Roger Silver ], Dean Winters [ Detective Brian Cassidy ], Michelle Hurd [ Detective Monique Jeffries ], Bill Marcus [ Marcus (State Attorney General) ], Kelly DeMartino [ Junkie ], Linda Halaska [ Varella's Secretary ], Angie Everhart [ Emily Waterbury ], Leslie Hendrix [ M.E. Rodgers ], Brenda Pressley [ Carole Pinto ], Lanette Ware [ Shenna Reid ], David Mucci [ Sergeant ], Judy Frank [ Winnie Varella ], Frank Deal [ Assistant District Attorney ], Echo Allen [ La Vonne ], Chris Orbach [ Detective Ken Briscoe ], Ken Garito [ Uniform #1 ], Otto Sanchez [ Delfino Melendez ], Pammy Martin [ Jillian Silver ], Charles Tuthill [ Peter Tyler ]

The investigation of a shooting death of a sleazy judge who abused the criminal justice system involves blackmail, sexual favors, and a convict's wife, who was a battered spouse. Cassidy considers his future at the unit.

February 4, 2000
Written by Janet Tamaro
Directed by David Platt

NOTE: This was Dean Winters' final appearance on the show to date. He has left so that he could concentrate more on his acting role on the HBO prison drama *Oz* which features SVU costar Chris Meloni, and is produced by former *Homicide* producers, Barry Levinson and Tom Fontana.
===============================================================
**Episode #14: "Limitations"**
**Guest Stars:** Jenny Bacon [ Jennifer Neal ], Judith Hawking [ Victoria Kraft ], Jenna Stern [ ADA Kathleen Eastman ], Seana Kofoed [ Lois Creen ], John Driver [ Police Commissioner Lyle Morris ], Sam Freed [ Private Investigator ], Isaiah Whitlock Jr. [ Robbery Division Captain ], John Doman [ Dan Latimer ], Leslie Ayvazian [ Trail Judge #2 ], Harvey Atkin [ Judge Ridenour ], Peter Francis James [ Judge Beck ], Paul Reggio [ Roy ], Tom Bloom [ Andrew Garrick ], Gustave Johnson [ Man ], Francesca Rizzo [ Ruby

Mazzanti ], Nicholas J. Giangiulio [ Tony ], Kate Hampton [ Younger Quaker ], Michael Ornstein [ Charles "Harvey" Denis ], Margaret Goodman [ Older Quaker Woman ]

Faced with the expiration of a statute of limitations, the staff tries to find a rapist involved in three assaults that occurred five years earlier.

February 11, 2000
Written by Michael R. Perry
Directed by Constantine Makris

====================================================================

**Episode #15: "Entitled: Part 1"**
**Guest Stars:** Josef Sommer [ Patrick Rumsey ], Noelle Beck [ Stephanie Mulroney ], Katy Selverstone [ Emily Shore ], Leslie Hendrix [ M.E. Rodgers ], Jessie Doran [ Police Commissioner's Aide ], Nahanni Johnstone [ Helen Katish ], Sean Cullen [ Arthur Pruitt ], Jane Alexander [ Regina Mulroney ], Angie Harmon [ ADA Abbie Carmichael ], Steven Hill [ District Attorney Adam Schiff ], Jesse L. Martin [ Detective Ed Green ], Jerry Orbach [ Det. Lennie Briscoe ], Sam Waterston [ Executive ADA Jack McCoy ], Betsy Aidem [ Pauline Brecker ], Amy Hohn [ Delia Woodruff ], Bill Hoag [ Betty Rhinehart ], Sophie Hayden [ Dr. Winters ], Jordan Lage [ Alfred ], Samantha Buck [ Waitress ], Thomas Schall [ Doctor ], Chris Lindsay-Abaihe [ Moira Shannon ], Chris Orbach [ Detective Ken Briscoe ], Randy Lewis [ CSU Technician ], Gregory Nothrop [ CSU Detective ], Steve Harris [ Uniform ], Anthony Barrill [ Lab Technician ], Nick Muglia [ Eddie ], Joe Pentangelo [ Sammy ], Allison Krizner [ Jill Templeton ], David Toney [ Building Manager ], Michael Cavalier [ Neighbor #1 ], Diane Cossa [ Neighbor #2 ], Drew Richardson [ Reporter #1 ], Patrick F. Kline [ Snotty Guy ], Dara Brown [ Snotty Girl ], Jim Barry [ Reporter #2 ], Dennis Higgins [ Bailiff ], Patrick Tovatt [ Arraignment Judge Barry Abrams ]

The murder of a fitness equipment salesman, an alleged sexual predator, leads the detectives to a politically influential family, then to a suspect who eluded Briscoe and his former partner, Mike Logan, six years ago.

February 18, 2000
Teleplay by Robert Palm & Wendy West
Story by Dick Wolf & Rene Balcer & Robert Palm
Directed by Ed Sherin

NOTE: Part 2 of this story continues on Episode #219 on *Law & Order*. A synopsis of the episode can be found here.

This episode aired an hour earlier to make room for Part 2 of the story (featured on *Law & Order*).

The unsolved case to which Brisoce is referencing can be seen in Episode #83 of *Law & Order*. A synopsis of the episode can be found here.
====================================================================

**Episode #16: "The Third Guy"**
**Guest Stars:** Denis O'Hare [ Jimmy Walp ], Eugene Byrd [ Carlos Medina ], Katherine Borowitz [ ADA Fahey ], Rick Gonzalez [ Alfonso Cardenas ], Lance Reddick [ Medical Examiner ], Liz Larsen [ Attorney for Carlos Medina ], J.K. Simmons [ Dr. Emil Skoda ], Vincent Guastaferro [ Stan Bosick ], William C. Mitchell [ Judge ], Peggy Pope [ Sylvia Walp ], David Adkins [ Public Defender Trax ], Madison Arnold [ Owner ], Diego Lopez [ Emmanuel Clemente ], Francine Beers [ Francis Reiner ], P.J. Brown [ Corelli ], Teddy Coluca [ Landlord ], Patrick Garner [ Patient #1 ], Cynthia Darlow [ Waitress ], Michelle Hurst [ Gloria Milton ], Charlie Fersko [ Public Defender David Venko ], Randy Lewis [ CSU Technician ], Philip McAdoo [ Patient

#2 ], Natalia Ortiz [ Sonia Medina ], Jose Radelo [ Hispanic Man ], Welly Yang [ Technician ], Stu 'Large' Riley [ Johnny Schmidt ], John Rafael Peralta [ Hiphop ]

After two teens are caught in connection to an assault and robbery of an elderly woman, it's apparent that someone else committed the attack.

February 25, 2000
Written by Dawn DeNoon & Lisa Marie Petersen
Directed by Jud Taylor

========================================================================

**Episode #17: "Misleader"**
**Guest Stars:** Robert Foxworth [ Dr. Ben Hadley ], Anne Twomey [ Sharon Hadley ], Richard Thompson [ Brad Weber ], John Benjamin Hickey [ Assistant District Attorney ], Leslie Hendrix [ M.E. Rodgers ], Tom Lacy [ Professor ], Norbert Leo Butz [ John Fenwick ], Harry Goz [ Hotel Security Manager ], Rich Hebert [ Burglary Detective ], Bo Foxworth [ Ben Hadley, Jr. ], Linda Powell [ CSU Technician Brice ], Welly Yang [ Tech ], Chris Orbach [ Detective Ken Briscoe ], Jim Weston [ Dr. Hadley's Attorney ], Michael James Gannon [ Bartender ], Al Thompson [ Tony ], Kelly Deadmon [ Lana Hoffman ], Patrick Boll [ Room Service Manager ], Christopher D. Wells [ Ben Hadley's Attorney ], Matthew Lawler [ Fenwick's Attorney ], Iraida Polanco [ Maid ], Kirby Ward [ Brad Weber's Attorney ]

When the pregnant daughter-in-law of a prominent religious group's leader is found slain in a hotel room, it is discovered she may have been having an affair.

March 31, 2000
Teleplay by Nick Kendrick
Story by Nick Harding & Nick Kendrick
Directed by Richard Dobbs

========================================================================

**Episode #18: "Chat Room"**
**Guest Stars:** Paz de la Huerta [ Karen Raye ], Reed Birney [ Harry Waters ], Jenna Stern [ ADA Kathleen Eastman ], Ben Shenkman [ Kenneth Brill ], Siobhan Fallon [ Melissa Raye ], Isabel Gillies [ Kathy Stabler ], Erin Broderick [ Maureen Stabler ], Rita Gardner [ Doris Harrington ], John C. Havens [ Johnstone ], Ellen Muth [ Elaine Harrington ], Mark Zeisler [ McClintock ], Angela Bullock [ Ms. Hammond ], Jeffrey Bean [ Wallis ], Adam LeFevre [ Principal ], Wally Dunn [ Michael Marolo ], Ray Fitzgerald [ FBI Agent Schreck ], Mark Matkevich [ Keith Van Eschel ], Joanne Bayes [ Old Woman ], John Fiske [ Pedophile #1 ], Richard C. Johnson [ Pedophile #2 ]

A teenage girl's claim that a man who befriended her on the Internet assaulted her leads to a sting operation involving pedophilia.

April 18, 2000
Written by Roger Garrett
Directed by Richard Dobbs

========================================================================

**Episode #19: "Contact"**
**Guest Stars:** Nicole Sullivan [ Jen Caulder ], Sal Viscuso [ Sal Avelino ], Bruce Bohne [ Bruce Abbott ], Reiko Aylesworth [ ADA Erica Alden ], Peter Appel [ Detective Greenberg ], Angel David [ Uniform

Policeman ], Peter Francis James [ Judge Kevin Beck ], John Littlefield [ C.P.A. Schreiber ], Audra McDonald
[ Dr. Audrey Jackson ], Tom McCarthy [ Nick Ganzner ], Sylvia Kauders [ Mare ], Gerard O'Brien [ ER
Doctor ], Richard Litt [ Super ], Bruce Birns [ Bruce's Lawyer ], Kamal Marayati [ Ahmal ], Rosalyn Coleman
[ Flower Vendor ], Chris Orbach [ Detective Ken Briscoe ], Welly Yang [ CSU Technician ], Michael
Broughton [ Mr. Dewell ], Leonora Gershman [ Sidra Lonstein ], Tracey Toomey [ Sporty Spice ], Danielle
Fradette [ Kelli ], Dina Pearlman [ Lisa Scopes ], Ellen Whyte [ Singer ], Kim Cea [ Angry Woman ],
Michelle Parylak [ Meek Pink ], Christina Campanella [ Waitress ], Wendy Walker [ Mascara ], Tricia
Padluccio [ Sal's Lawyer ], Ron Castellano [ Wrestler ]

A forensic psychologist is called in to help apprehend a serial rapist who preys on women in the subway.

April 25, 2000
Written by Robert Palm & Wendy West
Directed by Michael Zinberg

===============================================================

**Episode #20: "Remorse"**
**Guest Stars:** Jennifer Esposito [ Sarah Logan ], Daniel Sunjata [ Bomb Squad Detective ], Reiko Aylesworth
[ ADA Erica Alden ], Josh Pais [ Robert Sorensen ], Jayce Bartok [ "PK" ], Kristin Lee Kelly [ Krieger's
Date ], Christopher Evan Welch [ William Lexner ], Peter Francis James [ Judge Kevin Beck ], Patrick
Fitzgerald [ Tommy McConagh ], Juan Carlos Hernandez [ Prison Source ], Michael Medico [ EMT ],
Richard Petrocelli [ Buck ], Richard V. Licata [ Bartender ], Christa Scott-Reed [ Producer ], Sandra Dailey
[ Rosa Ferrell ], Chris Fischer [ Firefighter ], Jason Field [ Mark Krieger ]

Munch bonds with a TV reporter who was sexually assaulted by two men.

May 5, 1999
Written by Miriam Kazdin
Directed by Michael R. Perry

===============================================================

**Episode #21: "Nocturne"**
**Guest Stars:** Wilson Jermaine Heredia [ Evan ], John Benjamin Hickey [ Assistant District Attorney ], Carole
Shelley [ Trial Judge Pamela Mizener ], Isabel Gillies [ Kathy Stabler ], Kent Broadhurst [ Larry Holt ], Marc
John Jeffries [ Jonathan ], Alex Draper [ Larry Holt, Jr. ], Nancy Ticotin [ Evan's Mother ], Patricia Cook
[ Elizabeth Stabler ], Jeffrey Scaperrotta [ Dickie Stabler ], Tibor Feldman [ Oslow ], Peter Francis James
[ Arraignment Judge Kevin Beck ], Dennis Paladino [ Video Store Owner ], Joseph Edward [ Jonathan's
Father ], Tanya Alexander [ Single Mom ], Julian Caiazzo [ Evan, Age 8 ], Gregory Esposito [ Ricky ], Brian
Guzman [ Taylor Campbell ], Robert Jason Jackson [ Grocer ], Bruce Birns [ Public Defense Lawyer ], Steven
Lee Merkel [ Clerk ], Anton Nadler [ Evan, Age 15 ], Jerry O'Donnell [ Officer Tula ], Barbara Tirrell [ Judge
Rothman ]

The case against a piano teacher accused of molesting children is jeopardized when none of his victims will
testify against him.

May 12, 2000
Written by Wendy West
Directed by Jean de Segonzac

===============================================================

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 77 of 110 PageID #: 287

**Episode #22: "Slaves"**
**Guest Stars:** Andrew McCarthy [ Randolph Morrow ], Reiko Aylesworth [ ADA Erica Alden ], Kelly Bishop [ Homicide Detective ], Mary Lou Rosato [ Constanta Condrescu ], Harvey Atkin [ Judge Ronald Mannheim ], Evelyn Furtak [ NYU Admissions Director ], Lance Reddick [ Medical Examiner ], Michael Kelly [ Barry ], Audra McDonald [ Audrey Jackson ], Susan Floyd [ Mrs. Morrow ], Layla Alexander [ Ilena Condrescu ], Kirsten Sans [ Lab Technician ], Natacha Roi [ Lindsay Haver ], Dyanne Iandoli [ Tamara Morrow ], Albert Makhtsier [ Mirzha Gabrea ], Deirdre Lovejoy [ Hernandez ], Sharon Washington [ Dr. Benedict ], Peter Giles [ Peter Haver ], Mark H. Dold [ Reservations Agent ], Lynn Sellers [ Louise ], Craig Wroe [ Terrance (Morrow's Attorney) ], Robert Carroll [ Balloon Vendor ], Leith Burke [ Orderly ]

An attorney suspected of keeping a Romanian immigrant as a sex slave is linked to a woman's murder. A police psychologist interviews the SVU detectives and tells Cragen that one of his detectives should be removed from duty.

May 19, 2000
Written by Lisa Marie Petersen & Dawn DeNoon
Directed by Ted Kotcheff

=================================================================================

Some of the information on Season 1 comes from the episode guides of *Law & Order* and *Law & Order: Special Victims Unit* written by Donna Lemaster and Bob Ashley.

### Home --- Next Season

©1999-2008 by Tom Myers. All rights reserved.

Law & Order: Special Victims Unit Episode Guide Page 1 of 69



# Law & Order: Special Victims Unit Episode Guide



### 1. Payback
**First aired:** 9/20/1999
**Writer:** Dick Wolf
**Director:** Jean de Segonzac
**Guest star:** Dean Winters (Det. Brian Cassidy), Michelle Hurd (Det. Monique Jeffries), Isabel Gillies (Kathy Stabler), Leslie Hendrix (M.E. Rodgers), Angie Harmon (A.D.A. Abbie Carmichael), Chris Orbach (Ken Briscoe) , Gordana Rashovich (Anya Rugova), Elizabeth Ashley (Serena Benson), Ned Eisenberg (Jerry Kleinert), Tina Benko (Mrs. Panacek), Ronald Guttman (Gallery Owner), P.J. Brown (Bremmer), Ramsey Faragaliah (Taxi Driver), Rebecca Creskoff (Waitress), Angela Bullock (Prosecutor), Mark Nelson (Robert Stevens), Jeremy Bergman (Nicholas Stevens), Matt Skollar (Victor Spicer), Mark Zimmerman (Mr. Dupree), Mili Avital (Marta Stevens), Irma St. Paule (Aunt Jashari), Sevanne Martin (Ileana Jashari), Daniel Bess (Policeman), Judy Del Giudice (Judge Elizabeth Masullo), Bill Driscoll (Mr. Kloster), Vivian Nesbitt (Farley)
**Global rating:** 8.9

The grisly murder and castration of a New York cabbie draws the elite Special Victims Unit of the NYPD, including veteran Detective Elliot Stabler and his partner, Olivia Benson, who soon discover that the victim had assumed the identity of another man, mainly because he himself was a wanted man.

### 2. A Single Life
**First aired:** 9/27/1999
**Writer:** Miriam Kazdin
**Director:** Lesli Linka Glatter
**Guest star:** Dean Winters (Det. Brian Cassidy), Michelle Hurd (Det. Monique Jeffries), Angie Harmon (A.D.A Abbie Carmichael), Erin Broderick (Maureen Stabler), Jeffrey Scaperrotta (Dickie Stabler), Chris Orbach (Ken Briscoe), Welly Yang (Tech), Isabel Gillies (Kathy Stabler), Leslie Hendrix (M.E. Rodgers), Patricia Cook (Elizabeth Stabler), Holiday Segal (Kathleen Stabler) , Dennis Boutsikaris (Dr. Mark Daniels), Paul Hecht (Robert Sidarsky), Laila Robins (Ellen Sidarsky Travis), Michael Nouri (Dallas Warner), Walt MacPherson (Detective Mourad), Leslie Lyles (Dr. Chatman), Liam Craig (Hawkins), Keenan Shimizu (Grocer), Randy Lutterman (Neighbor), John Elsen (Policeman #1), Lou Bonacki (Policeman #2), Douglas D. McInnis (Trent Peterson), Virginia Louise Smith (Page), Clyde Baldo (Little Suit), Julia K. Murney (Waitress), Michael Wiggins (Waiter), Clif Thorn (Yuppie Guy), Mary Hammett (Yuppie Girl), Andrew Boyer (Maitre D'), Matthew Arkin (Mr. Daniels), Michael Gaston (Woody)
**Global rating:** 8.9

When the body of Gretchen Quinn is found wearing only a red slip after having gone through an upper-story window, Benson and Stabler soon find out that 'Gretchen Quinn' has never existed. While trying to piece together her life, the detectives are led to Gretchen's psychiatrist and a well-known television newscaster, both of whom were sleeping with her, and through an overdue library book finally trace Gretchen back to a young woman who changed her name and identity after graduating high school to get away from her sexually abusive father. Cragen and Benson find it easy to identify with the young woman, as they both have ghosts of their own from which they must escape. Detectives manage to contact the victim's sister, who experienced the same trauma growing up.

### 3. ...Or Just Look Like One
**First aired:** 10/4/1999
**Writer:** Michael R. Perry
**Director:** Rick Rosenthal
**Guest star:** Dean Winters (Det. Brian Cassidy), Michelle Hurd (Det. Monique Jeffries), Erin Broderick (Maureen

Stabler), Jeffrey Scaperrotta (Dickie Stabler), Chris Orbach (Ken Briscoe), Isabel Gillies (Kathy Stabler), Patricia Cook (Elizabeth Stabler), Holiday Segal (Kathleen Stabler) , Jesse L. Martin (Det. Ed Green), Bebe Neuwirth (Nina Laszlo), Catherine Dent (Deborah Latreil), Ritchie Coster (Carlo Parisi), Rica Martens (Mrs. Johnson), Gary Klar (Lt. Joey Poole), Saidah Arrika Ekulona (Dr. Lakhmajara), Elizabeth Van Dyke (Attorney Harris), Ray Virta (Schecter), Felix Solis (Nick), Rafael Ferrer (Mooney), Frank Senger (Pampas), Carl Palmer (E.M.T.), Nancy McDoniel (Nurse), Lawrence Woshner (Doctor Sullivan), Carolyn McCormick (Dr. Elizabeth Olivet), Peter Marx (Tom Burgess), Michael Mastro (Postal Medic), Laura Poe (Sue Burgess), Liana Pai (Assistant D.A.), Todd Stashwick (Ricky Blaine), Damian Young (Hampton Trill), Jerry Orbach (Det. Lennie Briscoe)
**Global rating:** 8.9

Benson and Stabler investigate after a teenager is dumped, beaten and raped, in front of a hospital's emergency room, and Stabler finds it hits a little close to home when the evidence leads to the world of modeling and its emphasis on waif-like appearances.

## 4. Hysteria
**First aired:** 10/11/1999
**Writer:** Dawn DeNoon, Lisa Marie Petersen
**Director:** Richard Dobbs
**Guest star:** Dean Winters (Det. Brian Cassidy), Michelle Hurd (Det. Monique Jeffries), Erin Broderick (Maureen Stabler), Jeffrey Scaperrotta (Dickie Stabler), Welly Yang (Medical Examiner's Assistant), Isabel Gillies (Kathy Stabler), Leslie Hendrix (M.E. Rodgers), Patricia Cook (Elizabeth Stabler), Holiday Segal (Kathleen Stabler) , Garrett M. Brown (Peter Ridley), Joe Lisi (Sal D'Angelo), Lisa Tharps (Prosecutor), Frederick B. Owens (John Henderson), Brad Beyer (Dennis Caulfield), Lisa Summerour (Carol Henderson), Delphi Harrington (Evelyn Caulfield), Gloria Sauvé (Jacelyn Myers), Page Johnson (Harry Rosen), Redman Maxfield (Charles Caulfield), Susan Willis (Mrs. Overton), Dan Snook (Bill Griswold), Shantell Herndon (Angie), Selenis Leyva (Lorinda Guterrez), Anne Kanengeiser (Court Reporter), Katy Grenfell (B.J.), Dana Lynn Mauro (Maria), Bridgit Antoinette Evans (Tawana), Sondra James (Agnes Rosen), David Newer (Defense Attorney), Irene Mazeski (Candy), Nashom Benjamin (Chick), Scott Weston (Lola), Judy Del Giudice (Judge), James Coyle (Forensics Tech), Tom Gerard (Fredo Valenti), Samara Harris (Nurse (uncredited)), Jillian Bowen (Rose), Jerry Orbach (Det. Lennie Briscoe)
**Global rating:** 8.8

When a young woman is found dead, she is initially believed to be a prostitute and the latest in a long line of victims, but when looking into her home life Benson and Stabler realize that she does not fit the pattern, and may not be connected to the other deaths after all, but the other deaths have a connection no one anticipated.

## 5. Wanderlust
**First aired:** 10/18/1999
**Writer:** Wendy West
**Director:** David Jones (III)
**Guest star:** Dean Winters (Det. Brian Cassidy), Michelle Hurd (Det. Monique Jeffries), Erin Broderick (Maureen Stabler), Jeffrey Scaperrotta (Dickie Stabler), Isabel Gillies (Kathy Stabler), Patricia Cook (Elizabeth Stabler), Holiday Segal (Kathleen Stabler) , Lynn Collins (Virginia Hayes), Patricia Richardson (Annabel Hayes), John Dossett (Tom/Scott Dayton), Henry Strozier (John Freeman), Lisa Tharps (Prosecuting Attorney), William Westenberg (Ed Sostek), Marisa Redanty (Dr. Ramsdale), Liza Lapira (Waitress), Anne Hubbard (Allison LoGreco), Kamal Marayati (Patel), Michael David Mantell (Jimmy Delmonico), John Thrall Bush (Tourist), Bruce Barney (Richard Schiller), Roxanne Raja (Policewoman)
**Global rating:** 8.8

After a travel writer is found tied up with a woman's undergarments choking off his air supply, Benson and Stabler initially suspect his landlord's boyfriend, but suspicion soon turns to the landlord and her daughter. Both seem far too interested in what their tenant is doing with his time. After learning the daughter had a sexual relationship with the tenant, things take an even stranger turn.

### 6. Sophomore Jinx
**First aired:** 10/25/1999
**Writer:** John Chambers
**Director:** Clark Johnson
**Guest star:** Dean Winters (Det. Brian Cassidy), Michelle Hurd (Det. Monique Jeffries), Erin Broderick (Maureen Stabler), Jeffrey Scaperrotta (Dickie Stabler), Frank Deal (A.D.A.), Chris Orbach (Ken Briscoe), Isabel Gillies (Kathy Stabler), Angie Harmon (A.D.A. Abbie Carmichael), Leslie Hendrix (M.E. Rodgers), Patricia Cook (Elizabeth Stabler), Holiday Segal (Kathleen Stabler) , Kohl Sudduth (Riley Cougar), Al Sharpton (Himself), Lothaire Bluteau (James Henry Rousseau), Sean Squire (Chuck Mosley), Tom O'Rourke (Anthony Schlasser), Novella Nelson (Mrs. Mosley), Claire Lautier (Shelley Brown), George Martin (II) (Father McCourt), John Elsen (Weatherbee), Bill Mitchell (Judge), Julian Gamble (Vargas), Rose Stockton (Mrs. Gallagher), Lauren Stamile (Sarah), Barbara Caruso (Dr. Sara Goodnall), Carla Bianchi (Mrs. Dunbar), Michael Hobbs (Mr. Gallagher), Teri Lamm (Becky Underwood), Christopher Murphy Carley (Adam)
**Global rating:** 8.6

After a female student is murdered at a local college, Benson and Stabler turn their attention to the school's basketball team. However, the college blocks their investigation at every turn because they are not willing to risk the negative publicity that the investigation could bring to the school and the upcoming championship.

### 7. Uncivilized
**First aired:** 11/15/1999
**Writer:** Wendy West, Robert Palm, Robert Palm
**Director:** Michael Fields
**Guest star:** Erin Broderick (Maureen Stabler), Jeffrey Scaperrotta (Dickie Stabler), David Jung (Forensics Tech), Caren Browning (Mrs. Davies), Isabel Gillies (Kathy Stabler), Michelle Hurd (Det. Monique Jeffries), Dean Winters (Det. Brian Cassidy), Patricia Cook (Elizabeth Stabler), Holiday Segal (Kathleen Stabler) , Stephen Bogardus (Bill Turbit), Jessica Hecht (Miss Croitzer), Ian Reed Kesler (Jimmy G.), Austin Lysy (Mike D.), Terry L. Beaver (State Attorney General Morris Klein), Torquil Campbell (Christopher James), Steve Ryan (Hank), Randy Danson (Dr. Greenblatt), Lisa Tharps (Assistant D.A.), Adam Grupper (Dr. Malloy), Mike Hodge (Captain Llorai), James Coyle (Forensics Tech Asst.), Bill Mitchell (Judge Connolly), Camilia Enders (Teacher), Myk Watford (Mr. Davies), Ellen Horst (Girl Scout Mom), Jonathan Fried (Angry Father), Ryan Shively (Policeman), Jerry Careccio (First Boy in Park), Dominick Charles Carbone (Second Boy in Park), Joanna Wolff (Girl Scout), Anthony Fortunato (Kid), Elaine Formicola (Mrs. James)
**Global rating:** 8.7

When a young boy is found murdered, suspicion leads Benson and Stabler to a recently paroled child molester. Although they both hate what the man has done in the past, it is soon obvious to the detectives that the teenagers who initially steered them in the man's direction are hiding secrets of their own.

### 8. Stalked
**First aired:** 11/22/1999
**Writer:** Roger Garrett
**Director:** Peter Medak
**Guest star:** Chris Orbach (Ken Briscoe), Dean Winters (Det. Brian Cassidy), Michelle Hurd (Det. Monique Jeffries) , Bruce Kirkpatrick (Richard White), Allison Mackie (Kimberly Phillips), Jack Hallett (Barlow), Charles Brown (Mr. Krim), Sandra Shipley (Lila White), Ben Lin (Tong), Linda Powell (Armstrong), Bruno Gioiello (Maggio), Nat deWolf (Mr. Cummings), Dominic Fumusa (Detective Lopez), Don Creech (Atkins), Lorca Simons (Joan Simon), Mark Alan Gordon (Detective Carlyle), Joel Rooks (Grandfather), Barbara McCulloh (Mills), Michael Phelan (Boy), Santi Formoso (Flower Boy), Adrienne Dreiss (Louise Billings), Steve Routman (Harold Levin)
**Global rating:** 9.1

When the body of an assistant district attorney is found raped and beaten in Central Park, Benson lets her emotions get the best of her as she takes it upon herself to bring the suspected rapist, a local realtor, to justice.

Stabler tries to get the man's business partner to help him, but Benson may be the one who ends up needing help.

## 9. Stocks & Bondage
**First aired:** 11/29/1999
**Writer:** Michael R. Perry
**Director:** Constantine Makris
**Guest star:** David Jung (Tsumuru), Leslie Hendrix (M.E. Rodgers), Michelle Hurd (Det. Monique Jeffries), Dean Winters (Det. Brian Cassidy) , Geoffrey Nauffts (Frank Martin), V Craig Heidenreich (Fred Tucker), Lourdes Benedicto (Angela Torres), Maria Tucci (Anne Briggs), Christopher McCann (David Kelp), Francesca Faridany (Amy Tanner), P.J. Brown (Elijah), Jeannine Comeau (Attendant), Nina Landley (Doreet), Don T. Maseng (Shaked), Sean Arbuckle (Medical Examiner), Monica Steuer (Anna Faust), Sarah Zhang (Debbie Minh), Gordon Joseph Weiss (David McKuin)
**Global rating:** 8.3

The death of a local businesswoman throws the team into the world of bondage and sado-masochism where they first investigate the woman's colleagues but are soon on the trail of a host of individuals involved in the world of whips and chains.

## 10. Closure
**First aired:** 1/7/2000
**Writer:** Wendy West
**Director:** Stephen Wertimer
**Guest star:** Angie Harmon (A.D.A. Abbie Carmichael), Michelle Hurd (Det. Monique Jeffries), Dean Winters (Det. Brian Cassidy), Rob Bartlett (Milton Schoenfeld [uncredited]) , Tracy Pollan (Harper Anderson), Neil Maffin (Kenneth Clearly), Roger Bart (Benjy Dowe), Olivia Birkelund (Jane Tyler), Michael Kell (Sam Lardner), Michael H. Ingram (Super), Harriet D. Foy (Admit Nurse), Terry Serpico (Ron Johnson), Mary Sharmat (Older Woman), Liam Craig (Jeff McClintock), Keskhemnu (Detective Halligan), Evy O'Rourke (Beautiful Woman), Simon Brooking (Number Five), Christopher Baker (Number Two), Bruce Barney (Number One), Tommy Humphreys (Number Three), Ross Gibby (E.R. Doctor), Jerry D. O'Donnell (Uniform)
**Global rating:** 9.0

Benson does her best to help a rape victim who is able to describe her attack in perfect detail, yet unable to properly identify her attacker when push comes to shove. When the detectives revisit the case a few months later, they find the woman even less willing to talk about what happened, as she claims she has moved on. Things turn sticky when Benson and Cassidy spend the night together, because Benson just wanted one great night, but Cassidy is left wanting more.

## 11. Bad Blood
**First aired:** 1/14/2000
**Writer:** Dawn DeNoon, Lisa Marie Petersen
**Director:** Michael Fields
**Guest star:** Chris Orbach (Ken Briscoe), Angie Harmon (A.D.A. Abbie Carmichael), Michelle Hurd (Det. Monique Jeffries), Dean Winters (Det. Brian Cassidy), Leslie Hendrix (M.E. Rodgers) , James McCaffrey (Jesse Hansen), Amy Ryan (Lorraine Hansen), Stephen Barker Turner (Steven Hale), Peter Rini (Joe Bandolini), Jerry Lanning (William H. Langdon), Leonid Citer (Andre Lasnik), Anthony Mangano (Mancini), Irene Mazeski (Cindy), Scott Robertson (Attorney Shore), Joseph Jamrog (Detective Pete), Alex Sullivan (Mikey), Michael Early (Gerald), Ken Land (Bob), Zoe Yeoman (DNA Tech), Carla Klein (Victim Voiceover), Stephen Beach (Ray Gunther)
**Global rating:** 9.0

The death of a young gay man initially leads Benson and Stabler to investigate his father, a Conservative well-known for his homophobic viewpoints, but once they start looking into the young man's living arrangements they realize the person they're looking for may be closer than they think. Munch tries to help Benson find the man who raped her mother, and could potentially be her father.

## 12. Russian Love Poem
**First aired:** 1/21/2000
**Writer:** Eva Nagorski
**Director:** Rick Rosenthal
**Guest star:** Chris Orbach (Ken Briscoe), Michelle Hurd (Det. Monique Jeffries), Dean Winters (Det. Brian Cassidy) , Olek Krupa (Alexander Strizhov), Nadine Stenovitch (Katya Ivanova), Christian Lincoln (Adam Harlin), Russ Anderson (Charlie Poe), Deborah Rush (Christina Harlin), Guy Ale (Russian Cousin), Vitali Baganov (Bartender), Dmitry Gliot (Mafia Type), Chuck Lewkowicz (Doorman), Marin Rybchevsky (Natasha), Portia Thomas (Receptionist), Ray Michael Karl (Policeman #1), Russell B. Hunston (Andrew Harlin), Jonathan Sharp (Bull Dozer), Michael Aronov (Spa Owner), Spiro Malas (Russian Businessman), Snezhana Kushnir (Sonya Pietrovics), Allison Munn (Emily Harlin), Melissa Sagemiller (Becky Sorenson)
**Global rating:** 8.5

When multi-millionaire Andrew Harlin is found murdered in his home, Benson and Stabler turn their suspicion to Harlin's long list of lovers, which includes both men and women. Evidence at the crime scene leads detectives to a pair of Russian escorts, but before they can get the truth from them, one turns up dead, and the boyfriend of the other confesses to murder.

## 13. Disrobed
**First aired:** 2/4/2000
**Writer:** Janet Tamaro
**Director:** David Platt
**Guest star:** Frank Deal (A.D.A.), Chris Orbach (Ken Briscoe), Leslie Hendrix (M.E. Rodgers), Michelle Hurd (Det. Monique Jeffries), Dean Winters (Det. Brian Cassidy) , Kathryn Meisle (Gina Silver), Jack Gwaltney (Roger Silver), Bill Marcus (Marcus (State Attorney General)), Angie Everhart (Emily Waterbury), Brenda Pressley (Carole Pinto), Lanette Ware (Sheena Reid), David Mucci (Sergeant), Judy Frank (Winnie Varella), Echo Allen (LaVonne), Ken Garito (Uniform #1), Otto Sanchez (Delfino Melendez), Pammy Martin (Jillian Silver), Charles Tuthill (Peter Tyler), Linda Halaska (Varella's Secretary), Kelly De Martino (Junkie)
**Global rating:** 8.7

After a judge is found murdered in his car, the detectives begin looking into his background and learn that he often delivered special verdicts for women in return for sexual favors and was also behind the funding of a local governor's bid for re-election. The team soon turns their eye to a battered wife with a secret.

## 14. Limitations
**First aired:** 2/11/2000
**Writer:** Michael R. Perry
**Director:** Constantine Makris
**Guest star:** Leslie Ayvazian (Trail Judge #2), Harvey Atkin (Judge Ridenour), Peter Francis James (Judge Beck) , Jenny Bacon (Jennifer Neal), Judith Hawking (Victoria Kraft), Jenna Stern (A.D.A. Kathleen Eastman), Seana Kofoed (Lois Creen), John Driver (Police Commissioner Lyle Morris), Sam Freed (Private Investigator), Isiah Whitlock Jr (Robbery Division Captain), John Doman (Dan Latimer), Paul Reggio (Roy), Tom Bloom (Andrew Garrick), Gustave Johnson (Max), Francesca Rizzo (Ruby Mazzanti), Nicholas J. Giangiulio (Tony), Kate Hampton (Younger Quaker), Michael Ornstein (Charles Denis), Margaret Goodman (Older Quaker Woman)
**Global rating:** 8.8

At the request of a victim, the police commissioner comes to Cragen with a special request -- close the case of the man who raped three women nearly five years ago before the statute of limitations expires. The detectives finally get a lead when they realize one of the victims knows the rapist, but she's not willing to talk.

## 15. Entitled Part 1
**First aired:** 2/18/2000

**Writer:** Robert Palm, Wendy West, Dick Wolf, Robert Palm, René Balcer

**Director:** Ed Sherin

**Guest star:** Angie Harmon (Abbie Carmichael), Leslie Hendrix (Dr. Elizabeth Rodgers), Chris Orbach (Ken Briscoe) , Jerry Orbach (Lennie Briscoe), Sam Waterston (Jack McCoy), Steven Hill (Adam Schiff), Katy Seiverstone (Emily Shore), Jane Alexander (Regina Mulroney), Nahanni Johnstone (Helen Katish), Josef Sommer (Patrick Rumsey), Noelle Beck (Stephanie Mulroney), Jesse Doran (Police Commissioner's Aide), Sean Cullen (Arthur Pruitt), Betsy Aidem (Mrs. Brecker), Amy Hohn (Delea), Bill Hoag (Barry Rhinehart), Sophie Hayden (Dr. Winters), Jordan Lage (Alfred), Samantha Buck (Waitress), Thomas Schall (Doctor), Chris Lindsay-Abaire (Moira), Randy Lewis (C.S.U. Tech), Gregory Nothrop (C.S.U. Detective), Anthony Barrile (Lab Tech), Nick Muglia (Eddie), Joe Pentangelo (Sammy), Allison Krizner (Julie Templeton), David Toney (Building Manager), Michael Cavalier (Neighbor #1), Diane Cossa (Neighbor #2), Drew Richardson (Reporter #1), Patrick F. Kline (Snotty Guy), Dara Brown (Snotty Girl), Jim Barry (Reporter #2), Dennis Higgins (Bailiff), Patrick Tovatt (Judge Barry Abrams), Jesse L. Martin (Det. Ed Green), Steve Richard Harris (Uniform)

**Global rating:** 8.5

After a salesman is murdered, the detectives turn their attention to Stephanie Mulroney, the youngest daughter of a well-known family with some deep connections. But as they join forces with the officers from the two-seven, they realize that their case is connected with a long-unsolved case that Briscoe once handled years ago with his former partner, Mike Logan.

## 16. The Third Guy

**First aired:** 2/25/2000

**Writer:** Dawn DeNoon, Lisa Marie Petersen

**Director:** Jud Taylor

**Guest star:** Welly Yang (Tech), J.K. Simmons (Dr. Emil Skoda), Lance Reddick (Dr. Taylor) , Denis O'Hare (Jimmy Walp), Eugene Byrd (Carlos Medina), Katherine Borowitz (Ms. Fahey), Liz Larsen (Ms. Regal), Vincent Guastaferro (Stan Bosick), William C. Mitchell (Judge), Peggy Pope (Sylvia), David Adkins (P.D. Trax), Madison Arnold (Owner), Diego Lopez (Emmanuel), Francine Beers (Francis Reiner), P.J. Brown (Corelli), Teddy Coluca (Landlord), Patrick Garner (Patient #1), Cynthia Darlow (Waitress), Michelle Hurst (Gloria Milton), Charlie Fersko (P.D. David Venko), Randy Lewis (C.S.U. Tech), Philip McAdoo (Patient #2), Natalia Ortiz (Sonia Medina), Jose Radelo (Hispanic Man), Stu 'Large' Riley (Johnny Schmidt), John Rafael Peralta (Hiphop), Rick Gonzalez (Alfonso Cardenas)

**Global rating:** 8.6

An elderly woman is found tied up and sexually assaulted in her apartment, and suspicion is initially on the young men that had broken into her home and robbed her, but once the detectives catch the young men, they learn that there was someone else in the apartment. The offered plea bargain initially doesn't go over well, but they finally reach a deal which leaves the detectives with a new case - whether or not the person that sexually assaulted the woman was mentally handicapped.

## 17. Misleader

**First aired:** 3/31/2000

**Writer:** Nick Kendrick, Nick Harding, Nick Kendrick

**Director:** Richard Dobbs

**Guest star:** Linda Powell (C.S.U. Tech Brice), Welly Yang (Tech), Chris Orbach (Ken Briscoe), Leslie Hendrix (M.E. Rodgers) , Robert Foxworth (Dr. Ben Hadley), Anne Twomey (Sharon Hadley), Richard Thompson (Brad Weber), Norbert Leo Butz (John Fenwick), Harry Goz (Hotel Security Manager), Bo Foxworth (Ben Hadley Jr.), Jim Weston (Dr. Weeman's Lawyer), Michael James Gannon (Bartender), Al Thompson (Tony), Kelly Deadmon (Lana Hoffman), Patrick Boll (Room Service Manager), Christopher D. Wells (Ben Weeman's Lawyer), Matthew Lawler (Povill's Lawyer), Iraida Polanco (Maid), Kirby Ward (Brad Weber's Lawyer), Rich Hebert (Burglary Detective), Tom Lacy (Professor), John Benjamin Hickey (Assistant District Attorney)

**Global rating:** 8.4

After the pregnant daughter-in-law of a prominent religious figure is found murdered in her hotel room, the detectives turn their eyes on her well-connected family only to discover that her infidelity, and the probable father of her child, was probably what lead to her death.

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 84 of 110 PageID #: 294

## 18. Chat Room

**First aired:** 4/14/2000
**Writer:** Roger Garrett
**Director:** Richard Dobbs
**Guest star:** Erin Broderick (Maureen Stabler), Isabel Gillies (Kathy Stabler) , Paz de la Huerta (Karen Raye), Reed Birney (Harry Waters), Jenna Stern (A.D.A. Kathleen Eastman), Siobhan Fallon (Melissa Raye), Rita Gardner (Doris Harrington), Ellen Muth (Elaine Harrington), Mark Zeisler (McClintock), Angela Bullock (Hammond), Jeffrey Bean (Wallis), Adam LeFevre (Principal), Wally Dunn (Michael Marolo), Ray Fitzgerald (F.B.I Agent Schreck), Mark Matkevich (Keith), Joanne Bayes (Old Woman), John Fiske (Pedophile #1), Richard C. Johnson (Pedophile #2), John C. Havens (Johnstone), Ben Shenkman (Kenneth Brill)
**Global rating:** 8.6

When a teenage girl comes into the squad room to tell the detectives that she was raped by a man she met on the Internet, the detectives set up a special sting operation, but ends up stepping on some highly-placed toes as Munch plays the kid to net the big fish.

## 19. Contact

**First aired:** 4/28/2000
**Writer:** Wendy West, Robert Palm
**Director:** Michael Zinberg
**Guest star:** Peter Francis James (Judge Kevin Beck), Chris Orbach (Ken Briscoe), Welly Yang (C.S.U. Tech) , Nicole Sullivan (Jen Caulder), Sal Viscuso (Sal Avelino), Bruce Bohne (Bruce Abbott), Reiko Aylesworth (A.D.A. Erica Alden), Tom McCarthy (Nick Ganzner), Sylvia Kauders (Mare), Gerard O'Brien (E.R. Doctor), Richard Litt (Super), Bruce Birns (Bruce's Lawyer), Kamal Marayati (Ahmal), Rosalyn Coleman (Flower Vendor), Michael Broughton (Mr. Dewell), Leonora Gershman (Sidra Lonstein), Tracey Toomey (Sporty Spice), Danielle Fradette (Kelli), Dina Pearlman (Lisa Scopes), Ellen Whyte (Signer), Kim Cea (Angry Woman), Michelle Parylak (Meek Pink), Christina Campanella (Waitress), Wendy Walker (Mascara), Ron Castellano (Wrestler), Tricia Paoluccio (Sal's Lawyer), Audra McDonald (Audrey Jackson), John Littlefield (CPA Schreiber), Angel David (Uniform Policeman), Peter Appel (Det. Greenberg)
**Global rating:** 8.8

After seven young women in a six month time span are raped by a flash and dash assailant on the city subways, the brass calls in a psychiatrist to help the team get into the head of the prep. When he is caught, he possesses the driver's license of a new victim who could put him away. Jeffries decides to keep a very close eye on the man they believe is guilty of the crimes until the others can talk to her.

## 20. Remorse

**First aired:** 5/5/2000
**Writer:** Michael R. Perry
**Director:** Alexander Cassini
**Guest star:** Peter Francis James (Judge Kevin Beck) , Jennifer Esposito (Sarah Logan), Reiko Aylesworth (A.D.A. Erica Alden), Josh Pais (Robert Sorensen), Christopher Evan Welch (William Lexner), Patrick Fitzgerald (Tommy McConaughy), Michael Medico (E.M.T.), Richard Petrocelli (Buck), Richard V. Licata (Bartender), Christa Scott-Reed (Producer), Sandra Daley (Rosa Farris), Chris Fischer (Firefighter), Jason Field (Mark Krieger), Juan Carlos Hernandez (Prison Source), Kristen Lee Kelly (Krieger's Date), Jayce Bartok (P.K.), Daniel Sunjata (Bomb Squad Officer)
**Global rating:** 9.1

Television reporter Sarah Logan refuses to let her recent rape get her down, and talks about her experiences on the air which leads to the arrest of a young man that the police feel is responsible by Benson and Stabler, as Munch finds himself forming a bond with the brave reporter.

## 21. Nocturne

**First aired:** 5/12/2000

**Writer:** Wendy West
**Director:** Jean de Segonzac
**Guest star:** Jeffrey Scaperrotta (Dickie Stabler), Peter Francis James (Judge Kevin Beck), Isabel Gillies (Kathy Stabler), Patricia Cook (Elizabeth Stabler), Jerry D. O'Donnell (Officer Tulia) , Wilson Jermaine Heredia (Evan), Kent Broadhurst (Larry Holt), Marc John Jefferies (Jonathan), Tibor Feldman (Oslow), Dennis Paladino (Video Store Owner), Joseph Edward (Jonathan's Father), Tanya Alexander (Single Mom), Gregory Esposito (Ricky), Brian Guzman (Taylor Campbell), Robert Jason Jackson (Grocer), Bruce Birns (P.D. Lawyer), Steven Lee Merkel (Clerk), Barbara Tirrell (Judge Rothman), Nancy Ticotin (Evan's Mother), Alex Draper (Larry Holt Jr.), Carole Shelley (Judge Pamela Mizener), John Benjamin Hickey (Assistant D.A.), Julian Caiazzo (Evan, Age 8), Anton Nadler (Evan, Age 15)
**Global rating:** 8.9

After a pharmacy turns over some disturbing photos of a young boy, Benson and Stabler arrest a piano teacher for child molestation. After the boy claims to have seen other pictures of young boys at the teacher's house, the detectives get a warrant and while going through his personal affects, they find a series of videos that document the life of a young boy named Evan. Believing he can make or break their case, the team hunts Evan down only to realize that his testimony may not help at all because Evan is scarred far more deeply than they realized.

## 22. Slaves
**First aired:** 5/21/2000
**Writer:** Dawn DeNoon, Lisa Marie Petersen
**Director:** Ted Kotcheff
**Guest star:** Harvey Atkin (Judge Ronald Mannheim), Lance Reddick (Dr. Taylor) , Andrew McCarthy (Randolph Morrow), Reiko Aylesworth (A.D.A. Erica Aiden), Mary Lou Rosato (Constanta Condrescu), Audra McDonald (Audrey Jackson), Susan Floyd (Mrs. Morrow), Layla Alexander (Ilena), Kirsten Sans (Lab Tech), Natacha Roi (Lindsay Haver), Dyanne Iandoli (Tamara Morrow), Albert Makhtsier (Mircha Gabrea), Deirdre Lovejoy (Alex), Peter Giles (Peter Haver), Mark Dold (Reservations Agent), Lynn Sellers (Louise), Craig Wroe (Morrow's Attorney), Robert Carroll (Balloon Vendor), Leith M. Burke (Orderly), Kelly Bishop (Homicide Detective), Michael Kelly (Barry), Evelyn Furtak (NYU Admissions Director)
**Global rating:** 9.1

After a shopkeeper brings a note for help to the squad, the detectives begin trying to locate a young Romanian woman named Ilena, only to find her aunt, who hasn't seen the girl in months. The squad eventually find her at the home of the Morrows, a successful yuppie couple. A forensic psychologist analyzes the team, and presents disturbing findings to Cragen, suggesting that one of the detectives be removed from the team.

## 23. Wrong Is Right
**First aired:** 10/20/2000
**Writer:** Jeff Eckerle, David J. Burke
**Director:** Ted Kotcheff
**Guest star:** Erin Broderick (Maureen Stabler), Isabel Gillies (Kathy Stabler), J.K. Simmons (Dr. Emil Skoda), Lance Reddick (Dr. Taylor) , Adam Kaufman (Michael Goran), Stephanie March (A.D.A. Alexandra Cabot), Gerry Bamman (Craig Prince), John Driver (Police Commissioner Lyle Morris), Paul Wesley (Danny Burrell), Nathan Wetherington (Jason Sloan), Laura Regan (Denise Sandler), Lauren Kressel (Student #2), Michael X. Martin (Principal Dietz), Christopher Wynkoop (Local Police Officer), Geoffrey C. Ewing (Ralph Noble), Denise Burse (Counselor Schneider), Albert Bigelow (Ryan Witherspoon), Suzanne Grodner (Teacher), Michael Hollick (Coach), T.J. Kenneally (Public Defender Eisenbrath), John A. McGinty (Policeman #1), Elizabeth Martin (School Secretary), Curtis Holbrook (Student #1), John Doman (Munch's Informant), Ice-T (Det. Odafin Tutuola [uncredited])
**Global rating:** 9.0

Stabler's daughter, Maureen, bears witness to a horrific crime scene; the murder of a man who was set on fire. The internal investigation into the psyches of the SVU detectives yields interesting results.

## 24. Honor

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 86 of 110 PageID #: 296   Page 86 of 69

**First aired:** 10/27/2000
**Writer:** Robert F. Campbell, Jonathan Greene (II)
**Director:** Alan Metzger
**Guest star:** Welly Yang (Georgie), J.K. Simmons (Dr. Emil Skoda), Harvey Atkin (Judge Alan Ridenour), Tom O'Rourke (Judge Mark Seligman) , Tom Tammi (Deputy Commissioner), James Murtaugh (Mr. Gibson), Jennifer Hall (Annette Fleming), Frank Girardeau (Tomas), Kirsten Sans (Lab Technician), Tim Kirkpatrick (Walson), Tony Hoty (Hollander), Tony Ray Rossi (Security Chief), Lou Martini Jr. (Paramedic #1), Jeff Branson (Chris Lyons), Jeanne Lehman (Mrs. Weinberger), Brooke Delaney (Foreperson), Tanya Berezin (Prof. Halbersham), French Napier (Paramedic #2), Danny Burstein (Mr. Brookfield), Ralph Nieves (Examiner), Michael Patterson (David Lyons), Giovanni San Seviero (CSU Tech #1), Michael Kaycheck (Court Clerk), Marshall Manesh (Saleh Amir), Susham Bedi (Aziza Amir), James McCauley (Park Precinct Officer), John Speredakos (Ross Campo)
**Global rating:** 9.0

The vicious assault of an Afghan diplomat's daughter uncovers clues that may suggest Taliban traditions justify 'honor killings' when the child defies the wishes of their parents or their culture.

## 25. Closure Part 2
**First aired:** 11/3/2000
**Writer:** Wendy West, Judith McCreary, David J. Burke, Wendy West
**Director:** Jean de Segonzac
**Guest star:** Tom O'Rourke (Judge Mark Seligman), William H. Burns (Lynch) , Peter Davies (Cleary's Boss), Tracy Polian (Harper Anderson), Neil Maffin (Kenneth Cleary), Evy O'Rourke (Meredith Cleary), Ned Eisenberg (Rothberg), Doris Belack (Judge Margaret Barry), Stina Nielsen (Lori Thatcher), Rob Barlett (Milton Schoenfeld), Bob Freschi (Clerk), Tonye Patano (Ann), Polly Adams (Mrs. Walton), Amy Hart Redford (Susan Welch), Eliza Pryor Nagel (Mona Sharpe), Sian Heder (Joyce Rich), Stephen Peabody (Colson), Carlo Vogel (Billy Smith), Kiry Mitchell (Suspect Three), Damon K. Sperber (Suspect Five), Daniel Travis (Suspect One), Erik Lautier (Suspect Two), Zachary Knower (Adams), Ron McClary (Det. Hammond), Jerry Mayer (I) (George)
**Global rating:** 9.1

Stabler and Benson investigate a sexual assault very similar to one they worked six months ago whose victim follows her alleged attacker and reports his activities to the police.

## 26. Legacy
**First aired:** 11/10/2000
**Writer:** Jeff Eckerle
**Director:** Jud Taylor
**Guest star:** Joanna Merlin (Judge Lena Petrovsky), Craig Wroe (James Woodrow), J.K. Simmons (Dr. Emil Skoda) , Jennifer Dundas (Jamie McKenna), Yancey Arias (Denny Corea), Paul Michael Valley (Randall McKenna), Skye McCole Bartusiak (Jennifer), Kevin Gray (Henry Abadin), Adam Zolotin (Justin McKenna), Don Sparks (Doorman), Brian Keane (Dr. Peters), Divina Cook (Mrs. Fergus), Nicole E. Lewis (Admitting Nurse), Ann McDonough (Mrs. Dunlap), Michelle Hurst (Social Worker), Jean De Baer (Lois Huntington)
**Global rating:** 9.0

An abused 7-year-old girl lays comatose as the detectives investigate members of her dysfunctional family to determine the source of the abuse, in a case that hits close to home for Munch.

## 27. Baby Killer
**First aired:** 11/17/2000
**Writer:** Dawn DeNoon, Lisa Marie Petersen
**Director:** Juan J. Campanella
**Guest star:** David Jung (Tech), John Hartmann (Clerk), Leslie Ayvazian (Family Court Judge) , Nicolas Marti Salgado (Elias Barrera), Carlos Leon (Nicky Crow), Josh Pais (Robert Sorenson), Sara Ramirez (Mrs. Barrera), Robert Montano

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 87 of 110 PageID #: 280

(Mr. Barrera), Gloria Irizarry (Dorothea Strada), LaChanze (Ms. Pivik), Jeffrey DeMunn (Charlie Phillips), Jalyl Ali Lynn (Jamal Morales), Donovon Ian Hunter McKnight (Tommy James), Jomo Morris (Sammy), Gene Canfield (Det. Geary), Patricia Rae (Sonia Paredes), Ira Hawkins (Arraignment Judge), Gilbert Cruz (Magazine Vendor), Daniel Roman (Tony Calas), Tracy Howe (Police Officer), Sidne Anderson (Lorena Jackson), James Villani (Bobby Cruise), Jimi Lorio (Ballistics Tech), Frank Lombardi (Off. Larrabe), Ming Lee (Kyung Kwan), Maria Elena Mestayer (Mrs. Ortiz), Linda Hazel Humes (Mrs. Watson), Sasha Todd (Rosario), Ron Bohmer (Dr. Randall Forbes), Antonio D. Charity (Man in Crowd), Wendy Barrie-Wilson (Dr. Elise Heath), Michele Ragusa (Reporter #1), Dan Remmes (Reporter #2), Carolyn McCormick (Dr. Elizabeth Olivet), Brian Adam DeJesus (Rafael McCreary), Vanessa Quijas (Reyna McCreary)
**Global rating:** 9.1

The tragic shooting death of a young girl leads investigators to a little boy, and they soon realize that the gun used has been used in another crime scene.

## 28. Noncompliance
**First aired:** 11/24/2000
**Writer:** Judith McCreary
**Director:** Elodie Keene
**Guest star:** Tom O'Rourke (Judge Mark Seligman), Welly Yang (Georgie), J.K. Simmons (Dr. Emil Skoda), Tamara Tunie (M.E. Melinda Warner), Kevin Breznahan (Mark Nash), Kathleen Chalfant (Mrs. Nash), William Youmans (Ben Moreland), Maryann Urbano (Dr. Klein), Byron Jennings (Matt Wooding), Helen Hanft (Mrs. Billings), Tony Campisi (Gary Wheeler), Chris Ceraso (Sanitation Manager), Lou Bonacki (Alvin Maddox), Michelle Daimen (Dawn DeNoon), Michael Pemberton (Assistant Warden), Jamie Custis (Government Shop Clerk), Parri Gaffney (Receptionist), Philip Hoffman (Doctor #1), Frank Lombardi (Policeman #1), John Piumpis (Doctor #3), David Titus (Clerk), Kennley Noble (Homeless Man), Alay Mehta (Doctor #2), Daniel Mastrogiorgio (Earl Miller), Laura Esterman (Mrs. Sandomir)
**Global rating:** 8.6

The question of patients' rights surfaces when a schizophrenic man refusing to take his medication is a suspect in the stabbing death of psychiatric doctoral student.

## 29. Asunder
**First aired:** 12/1/2000
**Writer:** Judith McCreary
**Director:** David Platt
**Guest star:** Joanna Merlin (Judge Lena Petrovsky), Peter Francis James (Judge Kevin Beck), John Hartmann (Clerk #2), Amy Carlson (Patricia Andrews), Nestor Serrano (Sgt. Lloyd Andrews), John Ramsey (Judge Walter Schreiber), Jerome Preston Bates (Officer Clarkson), Tom Tammi (Deputy Commissioner), Mario Mendoza (IAB Detective Santiago), Mark Lotito (IAB Detective Howard), Brennan Brown (Brendan Walsh), Victor Verhaeghe (Off. Powell), Meryl Goodfader (Clerk #1), Paul Stolarsky (Cyrus Parker), Dylan Price (Det. Danny Tatum), Kevin O'Rourke (Sam Tiffany)
**Global rating:** 8.5

The truth behind the alleged rape of a woman by her police officer husband comes to light when a history of domestic abuse is uncovered. Jeffries makes a decision about her future with the SVU.

## 30. Taken
**First aired:** 12/15/2000
**Writer:** Dawn DeNoon, Lisa Marie Petersen
**Director:** Michael Fields
**Guest star:** Harvey Atkin (Judge Ridenour), Jenna Lamia (Siobhan Miller), Brian Connors (Mr. Tupper), Bill Winkler (Beau Miller), Craig Braun (Allen Thorpe), Michelle Daimen (Ramsay's Public Defender), Rick Lohman (Hotel Manager), Randy Cherkas (Linch), Amanda Diaz (Receptionist), Susan Rollman (Terri Wilde), Steven Mark Friedman (Thorpe's Attorney), Damon DiMarco (Officer Thomasson), Jeff Woodman (Fitzpatrick), Michael Kell (Oscar), Keri Setaro (Shelly

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 88 of 110 PageID #: 298

Leevak), Ismail Bashey (Dr. Dhar), Lou Carbonneau (CSU Technician), Richard Ziman (Winston), Tim Hopper (Kyle Kiviahan), Derek Cecil (Russell Ramsay), Nealy Glenn (Patricia Ann Miller)
**Global rating:** 9.0

The case of a seventeen-year-old rape victim during the opening festivities of a luxury hotel takes a strange turn when her immediate family tries to keep the scandal quiet by preparing a lawsuit. Detectives soon realise that the girl isn't the innocent she pretends to be. Cragen tells Benson that her mother died outside the Velvet Room, and Benson bounces back quicker than anyone thought she would.

## 31. Pixies
**First aired:** 1/12/2001
**Writer:** Tracey Stern, Clifton Campbell, Jeff Eckerle, Tracey Stern
**Director:** Jean de Segonzac
**Guest star:** Welly Yang (Georgie), Erin Broderick (Maureen Stabler), Tamara Tunie (M.E. Melinda Warner) , Kate Mara (Lori), Armand Schultz (Kyle Hubert), Steven Marcus (Willie Maxwell), Philip Casnoff (Elya Korska), Elaine Bromka (Nancy Meyerson), Richard M. Davidson (Sterner), Julia Mueller (Ann Brice), Terry Layman (Martin Meyerson), Ariel Arce (Danielle), Fidel Vicioso (Det. Reynaldo), Daniel Stewart (Jewelry Salesman), Alba Oms (Mrs. Pappov), Gregory Porter Miller (Sanitation Worker #1), Frank Bonsangue (Sanitation Worker #2), Noah Bean (Shoe Store Clerk), B.J. Crosby (Ruth Jay), Antone Pagan (Hot Dog Vendor), Tom Cappadona (Apartment Mananger), Peyton List (Patsy), Blythe Auffarth (Amanda), Courtney Jines (Hannah Miller)
**Global rating:** 8.6

The investigation of a gymnast's murder involves her strict trainer, a wealthy benefactor and a competitor.

## 32. Consent
**First aired:** 1/19/2001
**Writer:** Jeff Eckerle
**Director:** James Quinn
**Guest star:** Welly Yang (Georgie), Craig Wroe (James Woodrow), David Jung (Lockhart) , Chris Beetem (Joe Templeton), Marika Dominczyk (Tess Michner), Michelle Monaghan (Dana Kimble), Matt Kautz (Hank Ludlow), Zak Orth (Wally Parker), Alton Fitzgerald White (Nick Monroe), Richard Topol (Harry), Mary McCann (Ms. Wilkerson), Emily Loesser (Nurse), Brian Keane (Dr. Peters), Pilar Witherspoon (Off. Owens), Mark Goldbaum (Instructor), Jen Drohan (Female Jogger), Kevin Thomas Conroy (Male Jogger), Mark La Mura (Templeton's Attorney), Lee Brock (Geraldine Richter), Elizabeth Hendrickson (Mandy Schumacher), Robin Paul (Jodie Tomlinson), Tammy Blanchard (Kelly D'Leah), Joe Gonzalez (Matt Stein)
**Global rating:** 8.6

A college girl is raped during a frat party, but can't remember anything that happened. The detectives then find that she had a date rape drug in her system, leaving the detectives with many suspects and accomplices.

## 33. Abuse
**First aired:** 1/26/2001
**Writer:** Dawn DeNoon, Gwendolyn M. Parker, Dawn DeNoon, Lisa Marie Petersen, Lisa Marie Petersen
**Director:** Richard Dobbs
**Guest star:** Craig Wroe (James Woodrow), Leslie Ayvazian (Family Court Judge), Tamara Tunie (M.E. Melinda Warner) , Christine Andreas (Ricki Austin), Francesca Faridany (Sarah), Hayden Panettiere (Ashley Austin Black), Amy Bouril (Holly), Teresa Yenque (Housekeeper), Ryan Woodring (Dr. Mandolar), Timur Kocak (Heavy Hitter #1), Allen Fitzpatrick (Dr. Safford), Bill Fairbairn (Heavy Hitter #3), Ben Epps (Officer Grant), Brian Cahill (Uniform Policeman), Christopher Burns (Officer Hall), James Weston (Edwards), Fiddle Viracola (Mrs. Roqueford), Paul Tiesler (Corbin), Peter Samuel (Parsons), Josh Prince (Heavy Hitter #2), Michael Phelan (Seth), LaTonya Borsay (Marianne Weston), Carolyn McCormick (Dr. Elizabeth Olivet), Carole Troll (Mrs. Laughlin), Babo Harrison (Connie), Michael Weaver (David Russo)
**Global rating:** 9.0

Stabler and Benson suspect parental neglect may have led to the tragic death of the son of two famous singers, leading them to fear for their little girl. Benson develops a strong attachment to the girl, who has a history of serious injuries. Her parents don't like Benson around their daughter, so they take out a restraining order and put Benson's job in jeopardy.

## 34. Secrets
**First aired:** 2/2/2001
**Writer:** Robert F. Campbell, Wendy West, Robert F. Campbell, Jonathan Greene (II), Jonathan Greene (II)
**Director:** Arthur W. Forney
**Guest star:** Joanna Merlin (Judge Lena Petrovsky), Frank Deal (A.D.A. Don Newvine), Lou Carbonneau (CSU Technician Martin), Tamara Tunie (M.E. Warner) , Dean Nolen (Philip Montrose), M. Neko Parham (Ethan Chance), Tom Bloom (Dr. Bennett Alston), Daniel McDonald (Dr. Byron Marks), Cynthia Vance (Hostess), Harry S. Murphy (Brian Denker), Omar Sharif Scroggins (Marcus Cole), Robert Patrick Brink (Host), Chevi Colton (Mrs. Cutler), Lawrence Nathanson (Jimmy the Super), Fred Boateng (Kevin), Clark Jackson (Safety Officer), Deirdre Lovejoy (Officer Hernandez), Sophina Brown (Mrs. Williams), Jeff McCarthy (Mr. Matthews), Saidah Arrika Ekulona (Principal), Mark Pinter (Jordan Owens), Suzzanne Douglass (Mrs. Chance)
**Global rating:** 8.6

A case involving the rape and murder of a teacher hits a snag after the woman's illicit sexual history is exposed.

## 35. Victims
**First aired:** 2/9/2001
**Writer:** Nick Kendrick
**Director:** Constantine Makris
**Guest star:** Lou Carbonneau (CSU Technician) , Eric Roberts (Sam Winfield), Ann Dowd (Louise Durning), Rosemarie DeWitt (Gloria Palmera), Sylva Kelegian (Lindsay Branson), Phyllis Somerville (Mrs. Moss), Jay Christianson (Trent Wills), Rob Sedgwick (James Campbell), José Ramón Rosario (Mario Tomassi), Susan Pellegrino (Dr. Weddington), Tony Cucci (Erik Pulham), Stacey Lynn Brass (Sabrina Milton), Turham Caylak (Morgue Attendant), Ellen Horst (Virginia Koeler), Brianna Steinhilder (Corrine Wilson), Joe Bacin (Detective Dalton), Myk Watford (Paul Cormick), Pearce Bunting (Josh Branson), Joe Pacheco (Earl Zito), Linda Hazel Humes (Receptionist), Rasheera Sampson (Mother), Krista Marie Bonura (Wendy Campbell)
**Global rating:** 9.1

A former police officer, now a community activist, is a suspect in the murders of known sex offenders, all of whom share a certain characteristic that scars their victims for life.

## 36. Paranoia
**First aired:** 2/16/2001
**Writer:** Robert F. Campbell, Jonathan Greene (II)
**Director:** Richard Dobbs
**Guest star:** Chris McKinney (Off. Michael Towne), P.J. Morrison (Uniform Policeman), Kirsten Sans (Lab Tech Felicia Young), Brennan Brown (Bates' Attorney), Liam Craig (ADA David Goreman), P.J. Marshall (Homeless Man #2), Jason Kolotouros (Off. Mitch Murray), Brian M. O'Neill (Chief Sullivan), James Hanlon (Off. Austin Bates), Dominic Fumusa (IAB Lt. Coates), Daniel Pearce (Attorney Egan), Ray Robertson (Homeless Man #1), Isiah Whitlock Jr (Todd Smythe), E.J. Carroll (Ronnie), Sandra Daley (Marina Garza), Sam Coppola (Uncle Sammy), Scott Sowers (Lt. Waldman), Khandi Alexander (Sgt. Karen Smythe)
**Global rating:** 8.6

The rape of a veteran police officer, who trained Benson, is first linked to her ex-husband's gambling debts, and then to her fellow officers.

Case 2:12-cv-05796-ADS   Document 113   Filed 11/26/12   Page 90 of 110 PageID #: 300

## 37. Countdown

**First aired:** 2/23/2001
**Writer:** Dawn DeNoon, Lisa Marie Petersen
**Director:** Steve Shill
**Guest star:** Joanna Merlin (Judge Lena Petrovsky), Jeffrey Scaperrotta (Dickie Stabler), Frank Deal (A.D.A. Don Newvine), Lou Carbonneau (CSU Technician), Kent Cassella (Detective Palmieri), Isabel Gillies (Kathy Stabler), Patricia Cook (Elizabeth Stabler) , Debbon Ayer (Mrs. Douglas), Andrea Bowen (Sophie Douglas), Jonathan Fried (Clayton Mills), Ray Iannicelli (Saul Garner), Jeffrey DeMunn (A.D.A. Charlie Phillips), Ann Talman (Mrs. Lehr), Ted Sutton (Robert), Thomas Schall (Dawson), Kia Joy Goodwin (Shari), Uzi Parnes (Joe Hayes), Kristin Rohde (Det. Becker), Jonathan F. McClain (Isaac Yarbrough), Christine Toy Johnson (Dr. Anderson), Ramsey Faragallah (Market Owner), Brian Liam Cahill (Uniform Policeman), Rafael Ferrer (Detective Trainor), Timothy Shew (Charles Guzek), Tracie Higgins (Jeanne Guzek), Alicia Sedwick (Sheila), Lisa Summerour (Defense Attorney Dylan), Jim Gaffigan (Oliver Tunney), Dylan Price (Queens Detective Danny Tatum), Lisa Roberts Gillan (Mrs. Simmons)
**Global rating:** 9.2

The detectives become a little edgy after working around the clock to find an abducted girl when clues point to a serial murderer and rapist who kills his victims on the third day. After trapping the killer, they are prepared to give him the death penalty untill they find out that one of his victims was never found and offers her location as a plea bargain.

## 38. Runaway

**First aired:** 3/2/2001
**Writer:** Nick Kendrick, David J. Burke
**Director:** Richard Dobbs
**Guest star:** Kent Cassella (Edmond Love), Lance Reddick (Dr. Taylor) , Sean Nelson (Tito Frank), Dan Ziskie (Sgt. Frank Foster), Darrell Hammond (Ted Bolger), Jared Blank (Will), David Matalon (Editor), Chet Carlin (Doorman), Al Roffe (Vendor), Kevin Elden (Policeman), Joseph Franquinha (Teen One), Effie Johnson (Trudy), Louis Martinez (Ronnie), Margie Lee Michaels (Receptionist), Louis Cantarini (Gary), Martha Thimmesch (IAB Detective #2), Kelly Karbacz (Jill Foster), Reg Flowers (Lance Kanick), Anna Kathryn Holbrook (Lorna Frankel), Kristen Griffith (Mrs. Foster), Baird Wallace (Jill´s Brother), Scott Sowers (Lt. Waldman), David Anzuelo (Hostage Lieutenant)
**Global rating:** 9.1

The search for a police officer's runaway daughter, which leads the detectives through an underground rave culture that caters to wayward teens, is seen through the eyes of the squad room personnel and their interviews with the Internal Affairs division.

## 39. Folly

**First aired:** 3/23/2001
**Writer:** Todd Robinson
**Director:** Jud Taylor
**Guest star:** J.K. Simmons (Dr. Emil Skoda), Patricia Kalember (Leslie DeSantis) , Eddie Cahill (Tommy Dowd), Simon Jones (Darien Marshall), J. Tucker Smith (Gary Sutton), Linda Stephens (Mrs. Dowd), Marguerite MacIntyre (Darlene Sutton), Susan Stahnke (Hotel Manager), Lee Bryant (Claudia Baines Marshall), Stuart Zagnit (Harrison Barnett), Mark Zimmerman (Attorney Katz), Leo V. Finnie, III (Bartender Joe), Mercedes Herrero (Sarah Dolan), Todd Williams (Uniform Policeman #1), Colin Egglesfield (Steven), Debra Eisenstadt (Lab Technician Ellen Matthews), Jason Harris (Leo), Amanda Naughton (Lisa), Jeff Robins (Bartender Bill), Greg Stuhr (Uniform Policeman #2), Steven Bienske (Ira), Darien Sills-Evans (Foster), Richard Vincent Holmes (James Coe)
**Global rating:** 9.0

The beating of a young man uncovers a dangerous male escort service where the boss may have reasons for sending her staff on potentially deadly dates.

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 91 of 110 PageID #:301

## 40. Manhunt

**First aired:** 4/20/2001
**Writer:** Jeff Eckerle
**Director:** Stephen Wertimer
**Guest star:** Ed Bogdanowicz (CSU), David Jung (Technician) , Adam LeFevre (Walden Falls Police Chief), Dan Frazer (Ontario Provincial Judge), Mike Dooly (ATF Agent Gus Stone), Charlotte Maier (Ms. Michaelson), Anna Belknap (Sarah Kimmel), Robin Morse (II) (Walden Falls Officer Cheryl Baxter), Paddy Croft (Aunt Mary), Tom Alan Robbins (Ed Kushner), Joshua Harto (CSU Technician), Meg Hartig (Annie Tassier), Jesse Shafer (Medic), Dennis Predovic ('Olive' Olivetti), Brian DeLate (McCartney), Robert Westenberg (Colonel Marsden), Nancy McDowell (Secretary), Tom Malloy (Uniform #1), Thomas Bolster (Sergeant Pierre), Paul Sparks (Marty Potter aka Marvin Posey), Lou Sumrell (Frank Taggart), Luther Creek (Eldon), Jerry Walsh (Manager), Andrew Elvis Miller (Butch McGee), Robert Prescott (Jordan Briggs), Anita Flanagan (County Coroner (Walden Falls)), Larry Cahn (Dom Boquist), Marc Forgey (Thomas Picard), R. E. Rodgers (Darryl Kern)
**Global rating:** 9.1

The details of a kidnapping are similar to a series of rapes and murders that may link the crime to a serial killer.

## 41. Parasites

**First aired:** 4/27/2001
**Writer:** Martin Weiss
**Director:** David Platt
**Guest star:** Lance Reddick (Dr. Taylor) , Mili Avital (Irina Burton/Ava Paroulis), Victor Steinbach (Razvan Toscu), Michele Pawk (Valentina Valescu), Matt Servitto (Dr. Brad Stanton), Melissa Bowen (Pamela Stanton), Gary Basaraba (George Burton), Michael Berresse (Matt Sloane), Neal Ben-Ari (Dr. Lowenstein), Peter Van Wagner (Al Shipley), Elza Zagreda (Slavic Woman), Yuka Takara (Mahlin Amos), Jillian Stacom (Julia Burton), Carol Schneider (Mrs. Sawyer), Manu Narayan (Henry), Samuel Maupin (Mr. Sawyer), Jerome Le Page (Paul Amos), Jon Krupp (Walt), Stacy Highsmith (Aide), Marcia Hufrecht (Mrs. Varella), Scott Andrew Harrison (Worker #2), Steven Michael Harper (Andrew Heaton), Joseph Vincent Gay (Reynolds), Michael Creo (Worker #1), Andrea Burns (Teacher), Lili Bordan (Oksana), Iren Bordan (Theresa), Ezra Barnes (Jack Greenwalt), Guy Ale (Tavia)
**Global rating:** 8.9

When the remains of a young woman are found buried in an apartment courtyard with a collar and leash, Stabler and Benson determine that the dead woman is Ava Parulis, a Romanian immigrant who was brought to the United States for an arranged marriage. They discover from Ava's estranged twin, Irina, that the dead woman had left her abusive husband, and made a habit of taking advantage of the riches of wealthy suitors.

## 42. Pique

**First aired:** 5/4/2001
**Writer:** Judith McCreary
**Director:** Steve Shill
**Guest star:** Tamara Tunie (M.E. Melinda Warner), Harvey Atkin (Judge Alan Ridenour), Rob Bartlett (Milton Schoenfeld), B.D. Wong (Dr. George Huang), Lou Carbonneau (Crime Scene Technician), John Hartmann (Clerk) , Margot Kidder (Grace Mayberry), Bruce MacVittie (Colin Tandy), Doris Belack (Arraignment Judge Margaret Barry), Terry Alexander (Security), Chad Lowe (Jason Mayberry), Keesha Sharp (Charlene), Martin Kildare (Trenton ADA Malcolm Sanderson), Elizabeth Canavan (Theresa Steele), Barbara Marineau (Maid), Robert Turano (Sergeant Fuller), Randy Lewis (CSU Technician #2), Bruno Jannone (Mr. Reynolds), Bruce Smolanoff (Greg Spector)
**Global rating:** 9.0

Observed by an FBI psychiatrist, the detectives uncover a horrifying motive for the slaying of a software company employee by a fired colleague when they learn of the suspect's true relationship with his overbearing mother.

## 43. Scourge
**First aired:** 5/11/2001
**Writer:** Jonathan Greene (II), Robert F. Campbell, Neal Baer
**Director:** Alex Zakrzewski
**Guest star:** Tamara Tunie (M.E. Melinda Warner), Joanna Merlin (Judge Lena Petrovsky), Tom O'Rourke (Judge Mark Seligman), B.D. Wong (Dr. George Huang), Frank Deal (ADA Don Newvine), Lou Carbonneau (CSU Technician Martin), Kent Cassella (Detective Palmieri), John Hartmann (Clerk), Nick Freni (TARU Tech Morales), Karen Allen (Paula Varney), David Chandler (Malcolm Hunt), Kevin O'Rourke (Sam Tiffany), Donna Mitchell (Mrs. Lindberg), Brian M. O'Neill (Chief Sullivan), Jim Weston (Quentin Lindberg), Richard Thomas (Daniel Varney), Cortez Nance Jr. (Koenig), Liza Lapira (Rebecca Chang), Tasha Lawrence (Honey the Hooker), Rosalind Brown (Sally), Anthony Apina (Street Vendor), Kes Kwansa (Kabral N'Cuma), Kofi Boakye (Sekou Obeng), Bobby J. Brown (Uniform #1), Sourabh Chatt (Souvenir Shop Owner), Jason Furlani (Norman Fredericks), John A. McGinty (Uniform #2), Brian Starr (Crowd Member #2), Jack McCormack (Arson Captain Malloy), David Roya (Joey), Floyd Resnick (Crowd Member #1), Bernadette Quigley (Jean Weston), George T. Odom (Jury Foreman)
**Global rating:** 9.1

The team searches for a serial killer who justifies his crimes with paranoid religious motivation set on by a rapidly deteriorating medical condition.

## 44. Repression
**First aired:** 9/28/2001
**Writer:** Marilyn Osborn
**Director:** Henry J. Bronchtein
**Guest star:** Tamara Tunie (M.E. Melinda Warner), Joanna Merlin (Judge Lena Petrovsky), Tom O'Rourke (Judge Mark Seligman), B.D. Wong (Dr. George Huang) , Ron Leibman (Exec. A.D.A. Stan Villani), Amy Irving (Rebecca Ramsey), Brian Kerwin (Evan Ramsey), Shirley Knight (Dr. Warton), Kelly Hutchinson (Megan Ramsey), Blythe Auffarth (Jody Ramsey), Jose Zuniga (Forensics Tech), George Hearn (Charles Southerland), Jim Frangione (Richard Weiss), Steven Mark Friedman (Attorney Willington), Cheryl Alexander (Social Worker), Opal Alladin (Marina), Tom Verri (Uniform Policeman), Sarah Hyland (Lily Ramsey), Lou Carbonneau (CSU Tech)
**Global rating:** 8.4

After therapy uncovers repressed memories of abuse and fearing her seven-year-old sister is currently being molested, an eighteen-year-old girl brings charges of rape against her father who winds up murdered when those charges are dismissed.

## 45. Wrath
**First aired:** 10/5/2001
**Writer:** Judith McCreary
**Director:** Jean de Segonzac
**Guest star:** Ned Eisenberg (Roger Kressler), B.D. Wong (Dr. George Huang) , Rob Leo Roy (Dr. Talbot), Trey Wilson (Bruce), Stephen Paul Johnson (Dr. Lawrence), Richard Joseph Paul (Adam Cordell Jr.), John Doman (Rod Franklin), Lee Shepherd (Mr. Platt), Ed Bogdanowicz (ESU Officer), Ebony Jo-Ann (Mrs. Harding), Daryl Edwards (Group Home Leader), Divina Cook (Mrs. Barrantes), Ben Gazzara (Executive Assistant District Attorney), Justin Kirk (Eric Plummer), Orlagh Cassidy (Valerie Plummer), Melissa Maxwell (Bank Manager), Patrick Husted (Warehouse Landlord), Larry Block (Lonnie), Hassan Johnson (Junior), Jernard Burks (Russell Williams), Denise Bessette (Janice), John Bianco (Victor Klaussen), Larry Mitchell (Book Seller), Brent Meyer (Michael), Irene Mazeski (Shirley), Michael McCauley (FBI Agent #2), Dave Trovato (FBI Agent #1)
**Global rating:** 9.2

The detectives investigate three murders that seemingly have with no connection to each other, but each one has ties to Benson's previous cases and the detectives worry that Benson is the intended target.

**46. Stolen**
**First aired:** 10/12/2001
**Writer:** Robert F. Campbell, Jonathan Greene (II)
**Director:** James Quinn
**Guest star:** Tamara Tunie (M.E. Melinda Warner), William H. Burns (Uniform Policeman #2), Rob Bartlett (Milton Schoenfeld), B.D. Wong (Dr. George Huang) , Kerri Green (Michele Daricek), Ted King (Tony Daricek), Celia Weston (Margaret Talmadge), Bruce Altman (Mark Sanford), John Seitz (Herbert Talmadge), Josh Pais (Attorney Robert Sorenson), Linda Cook (Susan Young), Charlotte Colavin (Judge Serani), Randy Lutterman (Berman), Jen Albano (Alicia Brown), Elizabeth Hanly Rice (Linda Cook), Ian Cronin (Tyler Blake/Stephen Talmadge), Saundra McClain (Nurse), Ellen Parker (Erin Blake), John Sloman (Adam Blake), David Aaron Baker (Robert Cook), Oliver Solomon (Sgt. Sheldon), David DeBeck (Attorney Stern), Adrienne Dreiss (Rebecca Reiter), John Randolph Jones (Security Chief), Liam Gearity (Stock Boy), Ross Hellwig (Uniform Policeman #1), Jeff Zubernis (Boy #1)
**Global rating:** 9.0

The kidnapping of an infant at a grocery store leads to a scheme of snatching and selling babies for adoption which brings back a case from twelve years ago that involved Captain Cragen and his partner, the late Max Greevey.

**47. Rooftop**
**First aired:** 10/19/2001
**Writer:** Jonathan Greene (II), Robert F. Campbell, Neal Baer, Robert F. Campbell, Jonathan Greene (II)
**Director:** Steve Shill
**Guest star:** Tamara Tunie (M.E. Melinda Warner), Audrie Neenan (Judge Marilyn Haynes), Tom O'Rourke (Judge Mark Seligman), B.D. Wong (Dr. George Huang), Jill Marie Lawrence (Conrad) , Jamilla M. Perry (Nashika Morris), Ron Leibman (Exec. A.D.A. Stan Villani), Kahshanna Evans (Vanessa Hiltz), Asio Highsmith (Malik Harris), Todd Williams (Rodney Thompson), Mylika Davis (Shareen White), Brenda Thomas Denmark (Judge Elmore), Adriane Lenox (Alva Tate), Liz Larsen (Ms. Regai), Dorian Missick (Leon Tate), Malachi Weir (Tommy Epps), John Ottavino (Burt Ferris), Jack Landron (Darnell French), Trish McCall (Angela Dupree), Reggi Wyns (Benny), Tracee Beazer (Melissa), Mark C. Hutchinson (Uniform Policeman), Kyndra Reevey (Tanya), John Henry Redwood (Felix), Madina Milano (Rapper), Ruperto Vanderpool (Man), Jermaine Hopkins (Store Clerk)
**Global rating:** 8.9

When an HIV-positive male with a record of assaulting underage girls is discovered in a sexual clincher with a young woman on a rooftop, the detectives are determined to put him back inside. After a series of rapes and murders that cannot be traced to him, though, they begin to wonder if they've been looking the wrong way.

**48. Tangled**
**First aired:** 10/26/2001
**Writer:** Lisa Marie Petersen, Dawn DeNoon
**Director:** Jean de Segonzac
**Guest star:** Tamara Tunie (M.E. Melinda Warner), B.D. Wong (Dr. George Huang), Jordan Gelber (Fritz Kestler) , Tracy Sallows (Judy), John Luke Montias (Martin Wexler), Steve Pickering (P.I. Voltz), Lisa Eichhorn (Peyton Kleberg), Tuck Milligan (Phillip Karr), Geoffrey Wigdor (Jesse Kleberg), Justin Hagen (Vincent 'Vinnie' Boyd), Lisby Larson (Mrs. Thurmond (Bank Manager)), Liza Weil (Lara Todd), Ciaran O'Reilly (Doorman), Robert Vincent Smith (Mr. Dunlap), Jennifer Dorr White (Sharon Filmore), Paul Geier (Warner Mason), Elisabeth Noone (Marilyn Dunlap), Lauren Mufson (Diane), Kevin Carolan (Officer Farlow), Ann Kittredge (Vicki), Mark Hofmaier (Rick), Edmund C. Davis (Ed), Matt Stinton (Steve Callahan), Joe Gonzalez (OTB Teller)
**Global rating:** 9.1

When arriving party guests find a prominent doctor murdered and his wife raped, the investigation starts with his estranged son and a former patient, then moves to his mistress and her neighbor and the realization that the wife was the intended victim.

### 49. Redemption
**First aired:** 11/2/2001
**Writer:** Jeff Eckerle
**Director:** Ted Kotcheff
**Guest star:** Tamara Tunie (M.E. Melinda Warner), B.D. Wong (Dr. George Huang) , John Knox (Tobias), Danny Musico (CSU Tech #1), David Keith (John Hawk), Kevin Chamberlin (Roger Berry), Ken Marks (Arthur 'Artie' Blessard), Michael E. Knight (David Stedman), Anne Pitoniak (Ethel Berry), Marni Nixon (Mrs. Dunas), Fernando López (Forensics Technician), Ashley Rose Orr (Lucy), Elizabeth Hobgood (Beverly Parsons), Joe Costa (Warren Johnston), DeAnn Mears (Phyllis Johnston), Maggie Lacey (Jane Merrill), Sarah Knapp (Darcy Chaney), Ray Iannicelli (Charlie), Allen Fitzpatrick (Defense Counsel), Ernest Mingione (Archive Clerk), Tim Hayes (Court Officer), Gary Evans (Office Manager), Kristin Marks (Woman), Virginia Louise Smith (Admissions Nurse), Neerja Sharma (Resident), Jesse Shafer (Paramedic)
**Global rating:** 9.1

Stabler is teamed up with John 'Hawk' Hawkins to capture a serial rapist/murderer whom Hawk originally convicted years earlier. The more investigation done, the more unlikely it becomes that the convicted culprit was innocent. Hawk is then at a crossroads about his life and his prestige as an officer.

### 50. Sacrifice
**First aired:** 11/9/2001
**Writer:** Javier Grillo-Marxuach, Samantha Howard Corbin, Javier Grillo-Marxuach
**Director:** Lesli Linka Glatter
**Guest star:** Fernando Lopez (Forensics Technician), Rob Bartlett (Milton Schoenfeld), B.D. Wong (Dr. George Huang), John Hartmann (Clerk), Ed Bogdanowicz (Policeman) , Lucy Martin (Judge), Juliette Dudnik (Delia), Mark-Paul Gosselaar (Wesley Jansen), Elizabeth Banks (Jaina Jansen), Tom Gilroy (Cal Oman), Joseph Murphy (Ray Borland), Kevin Geer (Phil Casner), Mia Dillon (Georgia Jansen), Dylan Chalfy (William Mueller), Joseph Latimore (Detective Steve Nathan), Jon Korkes (Terrence Moore), Luke Reilly (Chester Jansen), Hazel J. Medina (Nurse), Fenton Lawless (Buck), Phil Tabor (Frank), James O'Connor (Kenny), Emily Merryn (Receptionist), Heather MacRae (Landlady), Michael Fragale (Bruce), Audrey Twitchell (Mara Jansen)
**Global rating:** 8.6

A shooting outside of a gay bar leads the detectives to the victim's family, which includes a bitter feud with his parents, and his wife's involvement in pornographic movies.

### 51. Inheritance
**First aired:** 11/16/2001
**Writer:** Kathy Ebel, Michele Fazekas, Tara Butters, Kathy Ebel
**Director:** Juan J. Campanella
**Guest star:** Lance Reddick (Dr. Taylor), Harvey Atkin (Judge Alan Ridenour), Fernando Lopez (Forensics Technician), B.D. Wong (Dr. George Huang) , Danny Maseng (Randall Coffey), David H. Kramer (Director of Halfway House), Arthur French (Starnes), Ron Leibman (Exec. A.D.A. Stan Villani), LaDonna Mabry (Martha Shelby), Marcus Chong (Darrell Guan), Diane Baker (Margot Nelson), Nelson Lee (Johnny Chen), Billy Chang (Detective Matt Tsu), Wai Ching Ho (Susan Guan), Sharrieff Pugh (Michael Tatum), Kevin Louie (Dao Tran), Saxon Palmer (Jogger), Ben Wang (Massage Parlor Owner), Ron Nakahara (Sammy Sing), Miou (Jiang Li), Brian Keane (ER Doctor), Mona Chiang (Sonja Yung), Lynn Chen (Helen Chen), Eliot Chang (Larry Tang), Denise Burse (Pamela Tatum), Youn Kim (Hostess)
**Global rating:** 9.0

The search for a serial rapist leads to a suspect who was himself a product of rape, and whose father was convicted of that crime. The young man's attorney blames his genetics as the reason for his actions.

### 52. Care

**First aired:** 11/23/2001
**Writer:** Dawn DeNoon, Lisa Marie Petersen
**Director:** Gloria Muzio
**Guest star:** Tamara Tunie (M.E. Melinda Warner), Fernando Lopez (Forensics Technician), B.D. Wong (Dr. George Huang) , Lou Carbonneau (CSU Tech), Jerry D. O'Donnell (Uniform Policeman), Piper Laurie (Dorothy Rudd), Colin Fickes (Glenn Rudd), Jamie Goodwin (Danny Marston), Keith Davis (Duke Henry), Erika LaVonn (Tashandra Adams), Robin Moseley (Adoption Agency Caseworker), Parris Nicole Cisco (Tanya Adams), Kathleen Wilhoite (Jane Rudd), Worth Howe (Reporter #2), Conn Horgan (Carpenter), Toni DiBuono (Teacher), Julia Barnett (Reporter #1), Tom Ligon (Bluebell Agency Executive), Reade Kelly (General Contractor)
**Global rating:** 8.8

The battered body of a five-year-old girl in foster care is discovered, and suspicion soon turns to the girl's foster brother, who is into violent video games and doesn't seem quite right in the head. The investigation turns to the girl's biological mother as well as to her foster mother and grandmother as the team tries to figure out who is the real guilty party, and who is only a red herring.

## 53. Ridicule

**First aired:** 12/14/2001
**Writer:** Judith McCreary
**Director:** Constantine Makris
**Guest star:** Leslie Ayvazian (Arraignment Judge Valdera), Joanna Merlin (Judge Lena Petrovsky), Tamara Tunie (M.E. Melinda Warner), B.D. Wong (Dr. George Huang), John Hartmann (John Hartmann) , Ron Leibman (Exec. A.D.A. Stan Villani), Pete Starrett (Peter Smith), Diane Neal (Amelia Chase), Paige Turco (Pam Adler), Dianne Wiest (District Attorney Nora Lewin), Joe Narciso (Assistant Medical Examiner), Andrew Heckler (Andrew Green), Brian Corrigan (Assistant District Attorney), CCH Pounder (Carolyn Maddox), David Adkins (Attorney Barry Fordes), Patrick Quinn (Milo Walther), Natalie Jovan (Beth), Kimberly Hughes (Amelia's Assistant), Crista Moore (Mandy Guevere), Leo Luncaro (Jury Foreman)
**Global rating:** 9.1

What appears as an accidental death leads to a case involving a male stripper who claims that the deceased was one of three women who raped him at a bachelorette party.

## 54. Monogamy

**First aired:** 1/4/2002
**Writer:** Michele Fazekas, Tara Butters
**Director:** Constantine Makris
**Guest star:** Tamara Tunie (M.E. Melinda Warner), Erin Broderick (Maureen Stabler), Audrie Neenan (Judge Marilyn Haynes), B.D. Wong (Dr. George Huang), Peter Hermann (Trevor Langan), Fernando Lopez (Ramone Vargas), Tyler Reign (Paramedic #1) , John Ritter (Dr. Richard Manning), Marianne Hagan (Erin Sena), Tricia Paoluccio (Nicole Manning), Robert Funaro (Police Officer), Bobby Cannavale (Kyle Novacek), Erin Leigh Peck (Melanie), John Plumpis (Wireless Phone Technician), Starla Benford (Carol Daley), Michael Goldstrom (Kevin), Herman Chaves (Parking Attendant), Michael Collins (Attending Physician), Derek Kelly (Paramedic #2)
**Global rating:** 9.2

After a psychiatrist's seven-month pregnant wife is found unconscious and bleeding in a parking garage with her unborn child missing, the paramedic reports to Benson that it appears as though the woman sustained massive abdominal trauma that appeared to be an emergency caesarean section. After the investigation uncovers a trail leading to infidelity and questions about the paternity of the baby, Stabler begins to feel the stress of the investigation.

## 55. Protection

**First aired:** 1/11/2002
**Writer:** Robert F. Campbell, Jonathan Greene (II)

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 96 of 110 PageID #: 306

**Director:** Alex Zakrzewski
**Guest star:** Fernando Lopez (Ramone Vargas), Ed Bogdanowicz (2nd CSU Cop) , Eipidia Carrillo (Maria Ramos), Jean-Luke Figueroa (Luis Ramos), David Zayas (Detective Milton), Louie Leonardo (Fredo Garcia), Elain R. Graham (Principal), Liz Larsen (Ms. Regal), Cortez Nance Jr. (Security Officer Jones), Dylan Price (Detective Danny Tatum), Sevanne Martin (Nurse Lisa), Zabryna Guevara (Annie Colon), Teresa Yenque (Graciella Hernandez), Otto Sanchez (Eddie Fuentes), Anthony J. Ribustello (Fast Food Manager), Carlos Pizarro (Lookout), Naomi Peters (Nurse #1), Susan Pellegrino (Dr. Barrett), Michael Mosley (Ronnie (the Informant)), Bill Goldoner (Sergeant DaCosta), Al Espinosa (Andy Penza), Oscar A. Colón (Liberty Apartment Manager), Paul Baron (Kevin McDonald)
**Global rating:** 8.7

A 6-year-old boy wounded in a shooting is brought to the hospital ER but abandoned by the brother who reported it and their mother. The case leads the detectives to a woman who is on the run from her abusive lover, a drug dealer whom she saw kill a rival.

## 56. Prodigy
**First aired:** 1/18/2002
**Writer:** Lisa Marie Petersen, Dawn DeNoon
**Director:** Steve Shill
**Guest star:** Joanna Merlin (Judge Lena Petrovsky), Jill Marie Lawrence (Cleo Conrad), B.D. Wong (Dr. George Huang), Fernando Lopez (Vargas), Lou Carbonneau (Harry), Daniel Sunjata (CSU Tech Burt Trevor) , Mike Doyle (Asst. M.E. Karlan), Michael Pitt (Harry Baker), Brian Sullivan (Joe Poletti), Ira Hawkins (Humane Law Enforcement Supervisor), Robert Clohessy (Vinnie), Michele Pawk (Daisy Baker), Antonio D. Charity (Albert), Michael Goduti (Off. Dorsey), Ellen Lancaster (Dr. Di Remegio), Michael X. Martin (Ned Rubens), Mariann Mayberry (Candy Forrester), Danny Musico (New Jersey CSU), Guthrie Nutter (Scotty Wells), Lenore Pemberton (Edie Jenks), Jacob Smith (Phillip Mahoe), Shaheen Vaaz (Shaheen Puniwar), Katie Walder (Corey Thorne), Joan Wooters (Mrs. Boggs), Todd Etelson (Foreperson)
**Global rating:** 8.8

When an animal rights activist is found decapitated in the park, Benson and Stabler must determine which of their two main suspects – a sociopathic teenager or a recently paroled rapist – is responsible for the murder.

## 57. Counterfeit
**First aired:** 1/25/2002
**Writer:** Amanda Green
**Director:** Arthur W. Forney
**Guest star:** B.D. Wong (Dr. George Huang), Tamara Tunie (M.E. Warner), Daniel Sunjata (CSU Tech Burt Trevor), Robert John Burke (IA Sgt. Ed Tucker) , Michael O'Keefe (Marcosi), Khrystyne Haje (Francesca Jesner), Paul Regina (Trapani), Armand Schultz (Ragola), Jenn Thompson (Mandy Mangun), William Cote (Bartender)
**Global rating:** 8.9

A woman is found raped and killed by her car. Benson and Tutuola try to figure out why there were drugs in the victim's trunk but then find that a similar rape was committed. This victim says that a police officer raped her after pulling her over for a supposed driving violation. The D.A. now has to zero in on the corrupt cop.

## 58. Execution
**First aired:** 2/1/2002
**Writer:** Judith McCreary
**Director:** Alex Zakrzewski
**Guest star:** B.D. Wong (Dr. George Huang), Daniel Sunjata (CSU Tech Burt Trevor) , William Hill (Allen Cooper), Laura Hughes (Hannah Cooper), Ty Burrell (Alan Messinger), Nick Chinlund (Matt Brodus), Timothy Wheeler (Robert Rule), Jerome Preston Bates (Mr. Henderson), Anthony Chisholm (Leroy Russell), Madison Arnold (Plumbing Company Owner), Glynis Bell (Judge Whitemore), Saidah Arrika Ekulona (Det. Yorkin), James Hindman (Mr. Reichart), Heather MacRae (Andrea Mason), Adam Mucci (Det. Janowicz), John Roney (Death Row Guard), Ellen Horst (Woman), Michael

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 97 of 110 PageID #: 307

Stever (Young Attorney (uncredited))
**Global rating:** 8.9

As an inmate gets closer and closer to his death penalty sentence, Stabler struggles to find out whether that man was the perpetrator of a different crime with an unidentified murderer. Dr. Huang assists Stabler but the investigation goes haywire to mixed results.

## 59. Popular
**First aired:** 3/1/2002
**Writer:** Stephen Belber, Stephen Belber, Kathy Ebel
**Director:** Jean de Segonzac
**Guest star:** Isabel Gillies (Kathy Stabler), Allison Siko (Kathleen Stabler), Rick Johnson (Court Clerk), Brittany Slattery (Cynthia Wilmont), Christopher Orr (Ross McKenzie), Billy Kay (Tommy Kessler), Jason Fuchs (Nick Radsen), Elena Franklin (Amy Bergen), William Charlton (Mr. Charest), Laura Stepp (Darlene Wilmont), Ned von Leuck (Mr. Wilmont), Myra Lucretia Taylor (Principal), Danny Johnson (Alan Hanley), Craig Woe (James Woodrow), Ann Arvia (Sheila), Christy Baron (Mrs. Bergen), Sprague Grayden (Mia Kessler)
**Global rating:** 8.9

Stabler's wife tells him that her friend (a nurse) treated a young girl for rape by a teacher. Despite being advised not to find out further details, Stabler, with help from Benson, crack open the case to disturbing details. The girl had been part of a club in which sexual favors were given for drugs in a group of teenagers.

## 60. Surveillance
**First aired:** 3/8/2002
**Writer:** Jeff Eckerle
**Director:** Steve Shill
**Guest star:** Joel de la Fuente (TARU Tech Ruben Morales), Peter Hermann (Trevor Langan), B.D. Wong (Dr. George Huang), Lou Carbonneau (Harry), Tyler Reign (Paramedic), Emily Deschanel (Cassie Germaine), Robert Bogue (Kevin Wilson), Danton Stone (Building Super), Nate Mooney (Terry Willard), Lena Georgas (Valerie Baxter), Michael Nader (Robert Prescott), Michael Lewis Wells (Paul), Max Leavitt (Jeff Doolittle), Susan Pellegrino (Dr. Barrett), Wayne Pretlow (Ralph Grady), Tony Maxwell (Flower Delivery Guy), Greg Esposito (Orderly), Julie Thaxter-Courlay (Police Officer #1), Brian Cahill (Police Officer #2), Joseph Adams (Ray Campbell), Mark Bove (Stagehand), Bill Massof (Doctor)
**Global rating:** 8.9

The sexual assault of a cellist leads the detectives to a stalking case where the suspect uses surveillance equipment.

## 61. Guilt
**First aired:** 3/29/2002
**Writer:** Michele Fazekas, Tara Butters
**Director:** David Platt
**Guest star:** Ned Eisenberg (Roger Kressler), Joel de la Fuente (TARU Tech Ruben Morales), B.D. Wong (Dr. George Huang), Joanna Merlin (Judge Lena Petrovsky), Beau Gravitte (Roy Barnett), Kay Lenz (Linda Cavanaugh), Bret Harrison (Sam Cavanaugh), Lee Pace (Benjamin Tucker), Thomas Poper (Tommy Priore), Don Sparks (Dr. Phil Mitrano), Danny Musico (CSU Technician), Michael Balin (Court Clerk)
**Global rating:** 9.2

When A.D.A. Cabot is faced with a reluctant witness in a child molestation case, she goes above and beyond the normal scope of duty in her search for evidence to convict the serial abuser. But her passion supercedes her compliance with the law as she misrepresents herself to Benson and Stabler to bring them into an illegal search of the traumatised boy's home -- jeopardising not only her case, but the careers of all involved. SVU Bureau Chief Elizabeth Donnelly is faced with the frustrating task of bringing Cabot in line to preserve the integrity of the Special Victims Unit.

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 98 of 110 PageID #: 308

## 62. Justice
**First aired:** 4/5/2002
**Writer:** Lisa Marie Petersen, Dawn DeNoon
**Director:** Juan J. Campanella
**Guest star:** Judith Light (Elizabeth Donnelly), Daniel Sunjata (CSU Tech Burt Trevor) , Keir Dullea (Judge Walt Thornburg), Kathleen Goldpaugh (Sister Kay), Cloie Wyatt Taylor (Mary Elizabeth), Valerie Mahaffey (Brooke Thornburg), Michael Luggio (Tony Degalio), Bonnie Dennison (Heather Porter)
**Global rating:** 9.0

In investigating the sexual assault of a 16-year-old, it's discovered that the victim is the rebellious stepdaughter of a judge.

## 63. Greed
**First aired:** 4/26/2002
**Writer:** Robert F. Campbell, Jonathan Greene (II)
**Director:** Constantine Makris
**Guest star:** Judith Light (Elizabeth Donnelly), Joanna Merlin (Judge Lena Petrovsky), Daniel Sunjata (CSU Tech Burt Trevor), Rob Bartlett (Milton Schoenfeld), David Lipman (Judge Arthur Cohen) , Roy Thinnes (Curtis Johansen), Derek Kelly (Medic #2), Mary Beth Hurt (Jessica Blaine Todd), Henry Winkler (Edwin Todd), Louis Mustillo (Holland), Sherri Parker Lee (Denise Johansen), Alex Feldman (Danny Ryan), Sarah Knowlton (Valerie Emerson)
**Global rating:** 8.8

Investigating the assault of the wife of a restaurateur during a robbery, leads the detectives to a similar assault, and to a locksmith.

## 64. Denial
**First aired:** 5/3/2002
**Writer:** Judith McCreary
**Director:** Steve Shill
**Guest star:** Judith Light (SVU Bureau Chief Elizabeth Donnelly), Joanna Merlin (Judge Lena Petrovsky), Tamara Tunie (M.E. Melinda Warner), Tom O'Rourke (Judge Mark Seligman) , Charles Goad (Court Clerk), Martha Plimpton (Claire Rinato), Michael Knowles (Arthur Felton), Mary Steenburgen (Grace Rinato), Sam Guncler (Gary Barbour), Estelle Parsons (Rose Rinato), J. Kyle Manzay (Malcolm), Danny Johnson (Sean Kramer), Andrew Polk (Dr. Phillip Devere), Magaly Colimon (Doctor), William Oliver Watkins (Uniform Officer #1), Chris Meyer (Harding), Noel True (Tina), Nadia Bowers (Bella), Sal Petraccione (Hotel Clerk), Albert Jones (Uniform Officer # 2)
**Global rating:** 9.0

When a heroin junkie is found raped, Tutuola takes an interest in Claire, but he's not the only one. When they find a finger in her purse, it opens a can of worms that spans back thirteen years, to when a teenaged Claire witnessed her mother beating her baby sister Lisa to death, and even further back, when Claire's grandmother, Rose, turned Grace in for the murder of her first-born son, Anthony, years before Claire was born.

## 65. Competence
**First aired:** 5/10/2002
**Writer:** Jonathan Greene (II), Jonathan Greene (II), Robert F. Campbell, Jeff Eckerle, Robert F. Campbell
**Director:** Jud Taylor
**Guest star:** Ned Eisenberg (Roger Kressler), Peter Hermann (Trevor Langan), B.D. Wong (Dr. George Huang), Harvey Atkin (Judge Alan Ridenour), Judith Light (SVU Bureau Chief Elizabeth Donnelly) , Jason Pensky (Andy McCollum), Craig Alan Edwards (N.D. Man), Ezra Knight (Kevin Caldwell), Darren Pettie (Joe Parker), Michael Duran (Pharmacist), Tony Rizzoli (Deli Owner), Kelley Fahey (Nurse), Ray Fitzgerald (Ray Dunstan), C.J. Wilson (Scott Lucas), Matt DeCaro (Abe Cheney), Lois Smith (Rebecca Tolliver), Andrea Fay Friedman (Katie Tolliver), James Badge Dale (Danny Jordan)

**Global rating:** 9.1

The investigation into the rape and impregnation of a young girl with Down's Syndrome uncovers a serial rapist who preys on handicapped young girls under the guise of being their benefactor.

## 66. Silence
**First aired:** 5/17/2002
**Writer:** Patrick Harbinson
**Director:** Steve Shill
**Guest star:** Rick Johnson (Court Officer), Judith Light (SVU Bureau Chief Elizabeth Donnelly), B.D. Wong (Dr. George Huang), Tom O'Rourke (Judge Mark Seligman), Charlayne Woodard (Sister Peg), Tamara Tunie (M.E. Melinda Warner), Ned Eisenberg (Roger Kressler) , Kris Eivers (Gus Yoder), Christopher Mann (CSU Technician), Nance Williamson (Lara Retafian), Hardy Hawls (Detective Jimmy Moresco), Jayne Houdyshell (Judge Linden), Edward O'Blenis (Darius Retafian), Davis Sweatt (Todd Ramsay), Lizbeth Mackay (Mrs. Douglas), Jordan Charney (Rory O'Halloran), Patrick Collins (Bishop Mallinson), Sean Dugan (Bobby Douglas), Robert Harte (Ben Campion), Eric Stoltz (Father Michael Sweeney)
**Global rating:** 8.4

A murder in a church leads Benson and Stabler to an alleged cover-up involving sexual abuse by a priest.

## 67. Chameleon
**First aired:** 9/27/2002
**Writer:** Tara Butters, Michele Fazekas
**Director:** Jean de Segonzac
**Guest star:** Rick Johnson (Court Officer #1), David Lipman (Judge Arthur Cohen), Ed Bogdanowicz (ESU Cop #1), Kent Cassella (Detective Palmieri), Charlayne Woodard (Sister Peg), Tamara Tunie (M.E. Melinda Warner), Judith Light (SVU Bureau Chief Elizabeth Donnelly) , Dwandra Nickole (Mrs. Kerber), Andrea Landi (Woman #2), Maria di Angelis (Woman #1), Rose Sias (Vice Cop), Leo Kittay (Guy in Suit), Keith Tisdell (Ballistics Tech), Joe Passaro (Night Manager), Magaly Colimon (Dr. Erica Olsen), Jurian Hughes (Krista Bertram), James Biberi (Vice Sergeant Edward de Ricco), Frankie Dellarosa (Court Officer #2), Lair Torrent (Officer Cabrera), Gary Calone (Uniform Cop #2), E.J. Carroll (Sketch Artist), Lonette McKee (Meredith Greer), Dianne Wiest (District Attorney Nora Lewin), Sharon Lawrence (Maggie Peterson), Sara Ramirez (Lisa Perez), Luke Trainer (Joey)
**Global rating:** 9.2

The detectives go on the trail of a recently paroled rapist responsible for the murder of a prostitute during a raid at a men's club and are called to the scene where he was shot in self defense by his own gun. However, the murder weapon was also used in another crime while he was still in prison, leading the detectives to investigate the victim through a trail of previously unsolved cases, a spending spree and another victim.

## 68. Deception
**First aired:** 10/4/2002
**Writer:** Michele Fazekas, Tara Butters
**Director:** Constantine Makris
**Guest star:** Peter Hermann (Trevor Langan), Jill Marie Lawrence (Cleo Conrad), Harvey Atkin (Judge Alan Ridenour), Katie McGee (Reporter #2), William H. Burns (PoliceOfficer), Daniel Sunjata (CSU Tech Burt Trevor) , Sherilyn Fenn (Gloria Stanfield), Frank Grillo (Frank Barbarosa), Jonathan Bennett (Kyle Fuller), Gerry Bamman (Schaeffer), Darcy Pulliam (Fullers' Housekeeper), Jennifer Michelle Brown (Chloe Fuller), Tom Mason (Lawrence Fuller), Amy Bouril (Emily Savage), David Eye (Desk Clerk #1), Alan Mozes (Reporter #3), Ray Iannicelli (Store Clerk), Tommy Savas (Sanjeev), Brett Tabisel (Brian), Melissa Murray (Vivianne Hendrix), Barbara Pitts (E.R. Pediatrician), John Douglas Thompson (E.R. Doctor), Jon Dolton (Desk Clerk #2), Bill Kocis (Reporter #1), Joyce Curtis (Court Clerk)
**Global rating:** 8.8

A family portrait painted by a kindergartner leads the detectives to investigate her mother for child sexual abuse

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 100 of 110 PageID #: 310

of her teenage stepson. When the boy's father is found murdered, the focus of the investigation shifts to the boy - - and his stepmother goes to great lengths to protect him and prevent the detectives from learning the truth.

## 69. Vulnerable

**First aired:** 10/11/2002
**Writer:** Lisa Marie Petersen, Dawn DeNoon
**Director:** Juan J. Campanella
**Guest star:** Tamara Tunie (M.E. Melinda Warner), Tom O'Rourke (Judge Mark Seligman) , Mary Kay Place (Hope Garrett), Andy Powers (Hal Shipley), Valerie Geffner, Sean Grennan (Wilkins), Georgine Hall (Millie), Jay Thomas (Joe Sherman), Jane Powell (Bess Sherman), Elaine Kussack (Lois), Leo Leyden (Mr. Leonard), Marilyn Raphael (Darlene), Arthur French (Mr. Jackson), Lou Martini Jr. (Building Super), Ryan Patrick Bachand (Andy Sherman), Natalie Toro (Maria Sanchez (Housekeeper)), Patricia R. Floyd (Lori Helen Loy), Gary Cowling (Archivist), Jason Weinberg (Attorney for Hope Garrett), Juliet Pritner (Officer Karen Gongola), Rosalyn Coleman (Gloria Padilla), Robert Donlon Kelly (Armando Padilla), Robert Hock (Mr. Hamrick), Magaly Colimon (Doctor Erica Olsen), Angela Pierce (Nurse Jones), Iris Flick (Nurse Whetzel), Cristina L. Fadale (Secretary)
**Global rating:** 8.9

When an elderly woman breaks into an apartment, the detectives discover she had been mistreated but have to investigate with no credible information from the victim because of Alzheimer's. They discover that she had been released from a nursing home to the custody of her financially scheming son who becomes the prime suspect. However, they go back to the nursing home to find a pair of suspects, including the director who details the dangers faced by both patients and staff with her own heroics precariously standing out.

## 70. Lust

**First aired:** 10/18/2002
**Writer:** Amanda Green
**Director:** Michael Fields
**Guest star:** Joanna Merlin (Judge Lena Petrovsky), Tamara Tunie (M.E. Melinda Warner), Lou Carbonneau (CSU Technician) , George Palermo, Matt Servitto, Gregory Russell Cook, Kel O'Neill, Maeve McGuire (Bonnie Vernon), Manny Perez, James Doerr (Vartan Dadian), Kate Levering (Kate), Chris Tardio, Libby Langdon (Darla), Michael Gross (Arthur Esterman), Brian Rogalski (Roger Pomerantz), Jamie Sorrentini (Vincenza Agosto), Barbara Dana (Veterinary Tech Carol), Eric Michael Gillett (Dr. Portugal), Mike Babel (Brad), Christine Toy Johnson (Health Commissioner Chung), Tracy Howe (Officer Lanigan), Frank Biancamano (Vito), Scott Johnsen (Parks Department Ranger), Linda Romoff (Receptionist), Lisa Trader (Reporter)
**Global rating:** 8.9

The wife of a retired attorney, a public-health doctor, is found murdered and raped in Central Park. Her work involved contacting sexual partners of HIV patients which gives the detectives a long list of suspects. The discovery of a second body in Central Park with the same signature shifts the focus to a serial killer; however, the trail leads to a man who has no knowledge of the crimes but has a distant connection to the doctor and her husband.

## 71. Disappearing Acts

**First aired:** 10/25/2002
**Writer:** Judith McCreary
**Director:** Alex Zakrzewski
**Guest star:** Lou Carbonneau (CSU Tech Supervisor) , Pam Grier (Claudia Williams), Michael Kelly (Mark), Joe Maruzzo (Joe Tucci), John Heard (Peter Sipes), Thomas Guiry (Gavin Sipes), Caprice Benedetti (Amanda Curry), Brian DeLate (U.S. Marshal #2), David St. Louis (U.S. Marshal #1), Laura Poe (FBI Agent #1), Craig Mathers (FBI Agent #2), Grigory Gurevich (Sergei Perlman), John Henry Redwood (Judge Ernest Volpe), Barbara McCulloh (Lynn Moody), Frank Rodriguez (Guard), Michael Bolus (Michael Kerring), Keith Reddin (Lab Tech), Kelly Kirklyn (Doctor), Kevin Corstange (Waiter), Brian Cahill (Paramedic), Karen Joy Mobley (Secretary)
**Global rating:** 8.9

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 101 of 110 PageID #: 311

The detectives respond to a brutal rape only to have the victim taken into custody by federal agents on racketeering charges. The investigation leads them to a father-son duo who are in the federal witness protection program and an agent who appears bound and determined to protect them, regardless of consequence, so they can testify against the Russian mob.

## 72. Angels

**First aired:** 11/1/2002
**Writer:** Robert F. Campbell, Jonathan Greene (II)
**Director:** Arthur W. Forney
**Guest star:** Tamara Tunie (M.E. Melinda Warner), Peter Hermann (Trevor Langan), Welly Yang (Georgie) , Michael Hayden (Dr. Walt Massey), Pablo Santos (Ernesto Diaz), Kate Skinner (Laura Massey), Glenn Fleshler (Dr. Noah Kamon), Mike Hodge (Port Authority Supervisor), Gideon Jacobs (Shawn Massey), Will Arnett (Tony Damon), Patrick Cassidy (Dr. Stewart Lynch), Bo Kaprall (Head Dispatcher), Camilla Enders (Nora), John Knox (Henry), Michael Lopez (Juan Lynch), Felipe Dieppa (Ramon Lynch), Danny Dennis (Starter), Craig Bockhorn (Mr. Lambert), Lenore Pemberton (Katie Moore), Yvette Mercedes (Bus Driver #2), James Andrew O'Connor (Bus Driver #1), Alice Niedermair (Woman), Steve Smaldon (K-9 Officer)
**Global rating:** 9.2

The body of a battered young boy found in a luggage compartment of an airport shuttle bus sends the detectives to his guardian who was discovered to be a pedophile only to find his corpse in bed with his genitals removed. The subsequent investigation leads them to a travel agency specializing in exotic trips for sexual predators.

## 73. Dolls

**First aired:** 11/8/2002
**Writer:** Amanda Green
**Director:** Darnell Martin
**Guest star:** Daniel Sunjata (CSU Tech Burt Trevor), Joel de la Fuente (TARU Tech Ruben Morales), Tamara Tunie (M.E. Melinda Warner), Jordan Gelber (Layton) , David Harbour (Terry Jessup), Gloria Reuben (Violet Tremain), Barbara Andres (Eleanor Marshall), Ileen Getz (Mrs. Preston), Geoffrey Owens (Forensic Anthropologist), Cynthia Mace (Community Center Director), Susan Misner (Ronnie Marshall), Conan McCarty (Mike Flecker), Frank Medrano (Jake), Capathia Jenkins (Thelma Price), Michael Alexis Palmer (Peter Jackson), Ron Lee Jones (Rev. Allastair), Thaddeus Daniels (Super), Dominic Colón (Dave), Sharron Bower (Reporter), Rony Clanton (Pat), Jeffrey V. Thompson (Joe), Teala Dunn (Nina), Austin Jones (Junkie)
**Global rating:** 9.0

When the decomposing body of sexually molested five-year-old girl is discovered, Detectives Benson and Stabler's investigation leads them to the painful reality that they are searching for a serial pedophile as they race to save the life of his latest victim. As the mother of the missing girl frantically awaits news of her daughter's whereabouts, she must reconcile the fact that her own recent bout with addiction may have played a part in her daughter's fate.

## 74. Waste

**First aired:** 11/15/2002
**Writer:** Dawn DeNoon, Lisa Marie Petersen
**Director:** Donna Deitch
**Guest star:** Peter Hermann (Trevor Langan), Jill Marie Lawrence (Cleo Conrad), Philip Bosco (Davis Langley), David Lipman (Judge Arthur Cohen), Rob Bartlett (Milton Schoenfeld), Rick Johnson (Clerk) , Judy Gold (Forensic Gynecologist), Bruce Davison (Dr. Mandell), Henry Woronicz (Mr. Rawley), Steve Key (Wesley Dilbert), Rainn Wilson (Mr. Baltzer), Lisa Pelikan (Dr. Garrison), Ian Kahn (David Anderson), Chandra Wilson (Jenkins), JoBeth Williams (Mrs. Rawley), Carmen Roman (Yates), John C. Vennema (Upson), Thomas Lyons (Dr. Sedaly), Lucia Brawley (Maxine Hatters), Dion Graham (Samuel Hill), Darren Ritchie (Clark Jensen)
**Global rating:** 8.9

The investigation into the rape of a comatose woman leads to a doctor whose stem cell research is funded by a

Case 2:12-cv-05790-ADS   Document 1-3   Filed 11/26/12   Page 102 of 110 PageID #: 312

billionaire with Parkinson's disease who is desperate for a cure.

## 75. Juvenile
**First aired:** 11/22/2002
**Writer:** Michele Fazekas, Tara Butters
**Director:** Constantine Makris
**Guest star:** Tamara Tunie (M.E. Melinda Warner), Judith Light (SVU Bureau Chief Elizabeth Donnelly), Harvey Atkin (Judge Alan Ridenour), Jordan Gelber (CSU Technician Layton), William H. Burns (Narcotics Officer) , Jonathan Walker (II) (Mr. Connor), Illeana Douglas (Public Defender Gina Bernardo), Becky Ann Baker (Mrs. Brice), Shane E. Lyons (Jeremy Brice), Connor Paolo (Zachary Connor), Richard Topol (Dr. Hayman), Lisa Emery (Mary Ellen Lesinski), Toby Poser (Mrs. Connor), Robert Turano (Alfonso Corrales), Alysia Reiner (Cindy Kerber), Kyle Gallner (Marc Lesinski), Tony DeVito (Vincent Paglione), James Biberi (Narcotics Lieutenant), Ross De Marco (PAA), Frank Anderson (Jury Foreman), Leslie Frohberg (Juror #2), Janet Bushor (Juror #3)
**Global rating:** 8.8

A cancer patient who was growing marijuana in her apartment is found raped and murdered, sending the detectives on a hunt for two junior-high students, each blaming the other. The prosecution team is faced with the dilemma of trying the older boy as an adult, despite evidence that he was not mentally capable of being able to carry out the crimes.

## 76. Resilience
**First aired:** 12/6/2002
**Writer:** Patrick Harbinson
**Director:** Joyce Chopra
**Guest star:** Tamara Tunie (M.E. Melinda Warner), Leslie Ayvazian (Judge Valdera), Jill Marie Lawrence (Cleo Conrad), Jordan Gelber (CSU Tech Layton) , Billy Lush (Karl Sirett), Illeana Douglas (Gina Bernardo), Anna Berger (Karen's Grandmother), Drew McVety (James Randall), Justine Caputo (Sally Landricks), Cynthia Ettinger (Angie Landricks), Rachael Bella (Jackie Landricks), Titus Welliver (Tom Landricks), Sandra Daley (Miranda Bowen), Ernest Mingione (Larry Delay), Kevin Campbell (Charles Eno), Wally Dunn (Jeff), Ajay Mehta (Dr. Gurdip Sohal), Claudia Fielding (ACS Supervisor), Brian Donahue (Chris)
**Global rating:** 8.9

When a fifteen year old girl is saved from jumping in front of a train, SVU is called in to help her. She falsely accuses an ex-boyfriend of raping her, but when the search turns to her dysfunctional family, surprise discoveries are made. From an overly helpful father, mysterious children, an overaffectionate little girl, a bracelet, and finally sperm from two men who never raped, SVU discovers that the family is even worse off than they thought.

## 77. Damaged
**First aired:** 1/10/2003
**Writer:** Barbie Kligman
**Director:** Juan J. Campanella
**Guest star:** Jordan Gelber (CSU Tech Layton), Ned Eisenberg (Roger Kressler), Joanna Merlin (Judge Lena Petrovsky), Tom O'Rourke (Judge Mark Seligman), Sheila Tousey (Judge Danielle Larsen), Judith Light (Elizabeth Donnelly), Daniel Sunjata (CSU Tech Burt Trevor) , Max Vogler (Dr. Daniel Foster), David Bryant (Mr. Curtis), Maura Clifford (Witness #1), Tim Miller (Court Clerk), Wayne Scott (EMT), Mark Kachersky (Arthur Campbell), Keira Naughton (Sarah), George Smith (John Marcum), Jennifer Roszell (Gina), Dan Lauria (Peter Kurtz), Michael Gaston (Malcolm Field), Ari Graynor (Missy Kurtz), Glynnis O'Connor (Raquel Kurtz), Christopher Denham (Joey Field), Pierre Epstein (Al), Erik Palladino (Dave Deuthorn)
**Global rating:** 9.0

When a six-year-old girl who was critically injured in an apparent robbery gone bad and later dies is found to have tested positive for a sexually transmitted disease, detectives investigate the family, the store clerk, and the son of a prominent attorney who had appeared to foil the crime. After evidence turns up that the little girl's older

Case 2:12-cv-05796-ADS   Document 1-3   Filed 11/26/12   Page 103 of 110 PageID #: 313

sister was dating the alleged sexual predator, Cabot has to work some legal magic to eradicate the deal that had been made with the older sister for her testimony.

## 78. Risk
**First aired:** 1/17/2003
**Writer:** Robert F. Campbell, Jonathan Greene (II)
**Director:** Juan J. Campanella
**Guest star:** Isabel Gillies (Kathy Stabler), Robert John Burke (Ed Tucker), Daniel Sunjata (CSU Tech Burt Trevor) , Ernest Waddell (Terrell), Matt Mulhern (Brad Kendall), Joe Murphy (Keith Gerard), Bryan Callen (Derek Pfeiffer), Paul Diomede (Frank Barry), Erica Tazel (Lynn Hauser), Robert Funaro (Philly Panzaretti), Laurie J. Williams (Laura Pfeiffer), Christian Monzon (Johnny), DeVone Lawson Jr. (Dwayne), Katherine Cunningham Eves (Mother), Sarah McKee (Woman), Brian Cahill (Police Officer #1), Kelly Kirklyn (ER Doctor), Nathaniel Eyde (Security Supervisor), Tony Cucci (Bartender), Maria Elena Ramirez (Abby), Courtney S. Bunbury (Basketball Player)
**Global rating:** 9.1

An infant overdoses on cocaine mixed in the baby food and the detectives arrest a suspect. Upon receiving resistence from Internal Affairs, the entire squad goes undercover to flush out a drug ring run by dirty cops.

## 79. Rotten
**First aired:** 1/24/2003
**Writer:** Judith McCreary
**Director:** Constantine Makris
**Guest star:** Peter Hermann (Trevor Langan), Tamara Tunie (M.E. Melinda Warner) , William Mapother (Officer Luke Edmunds), Terry Serpico (Les Cooper), Robert Stanton (P.B.A. Representative), Agustín Rodríguez (Hector Ramirez), Jason Catalano (Officer Randall Grant), Gene Canfield (John Royce), Bruce Kirkpatrick (Desk Sergeant), Joie Lee (Prison Nurse), Chad L. Coleman (Uniform Officer), Scott Sowers (Fraud Division Detective), Johnny Pruitt (Andrew Pennington), J. Bernard Calloway (Guard #1), A.B. Lugo (Jose Ortega), Amy Landecker (Stephanie Grayson), Nathan A. Perez (Nathan Duarte), Chazz Menendez (Broussard), James Joseph O'Neil (Chris Hartford), Helen Coxe (Mrs. Hartford), Victor Colicchio (Club Rendevouz Bartender), R. L. Brazil (Guard #2), Jose Pablo Cantillo (Wilberto 'Willie' Angel)
**Global rating:** 8.7

In their investigation of a prisoner's death, Benson and Tutuola learn that he was assaulted before being incarcerated.

## 80. Mercy
**First aired:** 1/31/2003
**Writer:** Christos N. Gage, Ruth Fletcher
**Director:** David Platt
**Guest star:** Viola Davis (Donna Emmett), Tamara Tunie (M.E. Melinda Warner), Judith Light (SVU Bureau Chief Elizabeth Donnelly), Caren Browning (Dr. Sheila Queen), Sheila Tousey (Judge Danielle Larson), Jordan Gelber (CSU Tech Layton) , Paul Adelstein (Steven Kellerman), Judd Hirsch (Dr. Judah Platner), Larry Bryggman (Attorney Rowan), Gregg Edelman (Daniel Brown), Stephen Schnetzer (Rabbi), Ned Luke (Roger Swanson), Patty Weaver, Elizabeth Mitchell (Andrea Brown), Heather Goldenhersh (Ellen Swanson), Nathalie Paulding (Patty Swanson), Keno Rider (Dr. Klein), Gerry Rosenthal (Paul Howley), Allison Briner (Colleen Swanson), Michael Deeg (Frank Savvas), Dean Alai (Jeff), Lisa Barnes (Jury Foreman), Chris Chalk (Leo)
**Global rating:** 9.0

When the body of a baby girl is found inside a cooler, the detectives need to investigate just who she is, and how she got there. They soon learn that the little girl had a genetic disorder known as Tay-Sachs disease, and that her name is Sarah Brown, and she is the only daughter of Andrea and Daniel Brown. When Andrea admits to having killed her daughter, Alex has to put aside her own feelings of sympathy to prosecute Andrea Brown for the murder of her daughter.

**Exhibit P**

COUNTY COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-----------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK,

                               Plaintiff,              **Indictment Number:**
                                                                **1169-2007**

          -against-

**THOMAS F. GREEN,**

                              Defendant.
-----------------------------------------------------------------X

State of New York )
                  ) ss.:
County of Suffolk )

       PAUL GIANELLI, an attorney duly admitted to practice before the Courts of the State of

New York hereby affirms under the pains and penalties of perjury the following:

      1.      I served as trial counsel to Thomas Green in the above entitled matter.

      2.      I have reviewed certain exhibits submitted to me by attorney Ronald L. Kuby.

These include a copy of the serial number on the reverse of People's Exhibit 32, a letter from the

Polaroid Corporation stating the significance of the serial number on the reverse of People's 32,

documents from the U.S. Patent and Trademark Office relating to the mark "Princess

University," an Affidavit from Thomas Green, Jr. attaching photographs of his children during

various time periods, documents from the U.S. Patent and Trademark Office related to People's

Exhibit 20, the Turbo Twist speller, and documents from the internet, and authenticated by NBC

related to the first airing of Law & Order SVU.

3.      Prior to its introduction, I never examined the reverse of People's 32, nor did I seek to obtain any of the documentation denoted above.

4.      There was no strategic reason for my failure to do so. In fact, such materials would have proved indispensable in presenting our defense and discrediting the People's witnesses.

5.      With respect to the hearsay testimony presented by the numerous so-called "outcry witnesses," I failed to object to this testimony. There was no strategic reason for my failure to do so. Indeed, the "outcry witnesses" were damaging to our case, as it bolstered the testimony of the complaining witnesses through hearsay repetition.


Dated:  Hauppauge, New York
        January 26, 2009


PAUL GIANELLI

**Exhibit Q**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---------------------------------------------------------x

THE PEOPLE OF THE STATE OF NEW YORK,    :    Court Case No. 1169-2007

                            :

             - against -              :    **AFFIDAVIT**

                            :

                            :

THOMAS GREEN,                    :

                            :

             Defenant        :

---------------------------------------------------------x

STATE OF NEW YORK    )
                      ) ss.
COUNTY OF NASSAU    )

JAY SALPETER, being duly sworn, deposes and says:

    1.    I am a licensed private investigator in the State of New York under license number 11000041048.

    2.    In February, 2007, I was retained by Defendant Thomas Green's former trial counsel, Paul Giannelli, Esq. for the purposes of investigating the allegations pertaining to the arrest of Thomas Green.

    3.    During the course of my investigation and through April, 2008, I had regular contact with Mr. Giannelli as well as Thomas Green. It is my practice that unless I am relieved of my investigative duties, that I am on continued retainer to provide investigative functions for my client and defense counsel. Notwithstanding, Mr. Giannelli did not contact me pertaining to the defense of Mr. Green from in or about April, 2008.

    4.    On or about July 22, 2008, I received a phone call from my client Thomas Green who notified me that the trial would begin the very next day. This was the first and only time that I was notified as to the commencement of Mr. Green's trial. As stated above, at no time prior to this date was I informed by Mr. Giannelli that a trial date was approaching or that my services would be required for the duration of the upcoming trial. I notified Mr. Green that I would be out of town for the next couple of days and gave him the name and phone number of Private Investigator Laurie Mizrahi in the event that any investigative services would be needed in my absence. Upon my return, Ms. Mizrahi informed me that she received no phone calls from either Mr. Green or Mr. Giannelli.

1

5.      Upon my return to New York City and through the duration of Mr. Green's trial, I never received any calls from Mr. Giannelli for the purposes of assisting him in the defense of Thomas Green.  Due to the fact that I received no calls, I presumed that my services were no longer needed by Mr. Giannelli.

6.      It is my normal practice to make myself available to counsel during the course of a trial on a round the clock basis to assist and investigate any matters that might arise and necessitate my immediate investigative action during trial.

7.      In fact, the next time I heard of the case was through the media reports of Mr. Green's conviction.

8.      On October 14, 2008 I was contacted by Mr. Green's new defense team for the purposes of participating in his post-conviction defense.  I immediately provided my continued services to Mr. Green as requested by new counsel.

9.      On October 30, 2008 I along with Private Investigator Andrew Cilenti and Defense Counsel was afforded the opportunity to view the evidence presented by the prosecution during Mr. Green's trial.

10.     I photographed the evidence with particular attention to serial numbers and other identifying factors of this evidence.  As an example of what could have been done had Mr. Giannelli utilized my services, within less than 24 hours of viewing the Polaroid photograph presented at trial by the prosecutor as People's exhibit 32, through the Polaroid Corporation, I was able to establish that the testimony pertaining to the date of the photo being June, 1998 as presented at trial was erroneous.

11.     My investigative team would have further been able to show that the Halloween photograph known as People's 18 was also improperly presented by the prosecution to the jury to be a 1998 photograph.

12.     With regard to the Turbo Twist Speller ("Speller") introduced into evidence at trial by the prosecution as a gift given from Thomas Green to Barbara Monaco during the 1998-1999 time period, my investigative team would have been able to easily ascertain through the United States Patent and Trademark Office that the earliest date the Speller entered commerce was August 25, 2000.

13.     With regard to the Law and Order Special Victims Unit air date, I was able to do a quick internet search that immediately revealed that the very *first* episode of this program was September 20, 1999.  I was able to further verify this information by placing a simple phone call to NBC's legal department who verified the information obtained online---i.e. that the program did not air until September 20, 1999.  I was instructed by NBC's legal department that this information would be provided in admissible form following service of a subpoena.

2

14.     I was never afforded the opportunity by Mr. Giannelli to investigate on behalf of Mr. Green, the authenticity of any of the evidence, let alone the foregoing evidence that was presented to the jury in the course of the People's case against Thomas Green.

JAY SALPETER

Sworn to before me this
17th day of January, 2009

Notary Public

2012

3